# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
Pensacola   Division

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Wendell  Currin                    ,

Inmate ID Number: R58567      ,

_____,

*(Write the full name and inmate ID*
*number of the Plaintiff.)*

Union Correctional Institution

OCT 0 4 2022

Received for mailing by C. W.

**Case No.:** 3:22CV 20350 MCR-2CB
*(To be filled in by the Clerk's Office)*

v.

Sgt. Timothy  Beavers          ,

Sgt. Walter   Goyer           ,

Lt. Derrick  Purvis          ,

*(Write the full name of each*
*Defendant who is being sued. If the*
*names of all the Defendants cannot*
*fit in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names. Do not include*
*addresses here.)*

**Jury Trial Requested?**
☑ YES  ☐ NO

_____/

FILED USDC FLND PN
OCT 11 '22

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: <u>Wendell Currin</u>   ID Number: <u>R58567</u>

List all other names by which you have been known: <u>N/A</u>

_____

Current Institution: <u>Union Correctional Institution</u>

Address: <u>P.O. Box 1000</u>

<u>Raiford, Fl. 32083</u>

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: <u>Timothy ~~Ferris~~ Beavers</u>

   Official Position: <u>Sergeant</u>

   Employed at: <u>Walton Correctional Institution</u>

   Mailing Address: <u>691 Institution Road</u>

   <u>DeFuniak Springs FL 32433</u>

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

2. Defendant's Name: Walter Goyer

Official Position: Sergent

Employed at: Walton Correctional Institution

Mailing Address: 691 Institution Road

Defuniak Springs, FL 32433

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: Derrick Purvis

Official Position: Lt.

Employed at: Walton Correctional Institution

Mailing Address: 691 Institution Road

Defuniak Springs, FL 32433

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☑ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

<u>　　　　　　　　　　N/A　　　　　　　　　　</u>

<u>　　　　　　　　　　N/A　　　　　　　　　　</u>

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

Defendant No. 1 Sergent Temothy Beaver: Defendant #1 used excessive force causing Bodly harm Breaking plaintiff right hand pointer finger and damage my vision in my right eye while in hand restraints Defendant #1 punched and kick plaintiff while ~~and~~ in restraints he begin to drag plaintiff Refusing to let plaintiff see medical on 2/21/22

Defendant No. 2 Sergent Walter Goyer: Along with defendant #1 and #3 Sergent Goyer punched and kick plaintiff while in hand restraints and Begin to drag plaintiff causing Bodly harm and refuse to let plaintiff see medical after finger was Broke By all Defendants using excessive force on 2/21/22

Defendant No. 3 Lt. Derrick Purvis: Used exsessive force along with other defendants causing Bodly harm by Breaking my finger and damaging my

**Statement of Facts Continued** *(Page __1__ of __2__ )*

Right eye vision By punching and kicking me
while in hand restraints then dragon plaintiff
then refused plaintiff medical treatment on 2/21/22

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

the claims are for all Defendants
Eighth Amendments violations Excessive use of force and Deliberate in differnt to medical needs.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

$500,000 actual damages each Defendant
$500,000 punitive damages each Defendant

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

□ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ N/A _____ Case #: _____ N/A _____

   Court: _____ N/A _____

2. Date: _____ N/A _____ Case #: _____ N/A _____

   Court: _____ N/A _____

3. Date: _____ N/A _____ Case #: _____ N/A _____

   Court: _____ N/A _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

□ YES   ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ N/A _____ Parties: _____ N/A _____

Court: _____ N/A _____ Judge: ____ N/A _____

Date Filed: __ N/A ___ Dismissal Date *(if not pending)*: __ N/A ____

Reason: _____ N/A _____

2.   Case #: ___ N/A _____ Parties: _____ N/A _____

Court: _____ N/A _____ Judge: ____ N/A _____

Date Filed: ___ N/A ____ Dismissal Date *(if not pending)*: __ N/A _____

Reason: _____ N/A _____

C. Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☑ NO

If you answered yes, identify all lawsuits:

1.   Case #: ____ N/A _____ Parties: _____ N/A _____

Court: _____ N/A _____ Judge: ____ N/A _____

Date Filed: __ N/A ___ Dismissal Date *(if not pending)*: __ N/A _____

Reason: _____ N/A _____

2.   Case #: _____ N/A _____ Parties: _____ N/A _____

Court: _____ N/A _____ Judge: ____ N/A _____

Date Filed: __ N/A ___ Dismissal Date *(if not pending)*: __ N/A _____

Reason: _____ N/A _____

3.   Case #: _____ N/A _____ Parties: _____ N/A _____

Court: _____N/A_____ Judge: _____N/A_____

Date Filed: _N/A_ Dismissal Date *(if not pending)*: _N/A_

Reason: _____N/A_____

4. Case #: _____N/A_____ Parties: _____N/A_____

Court: _____N/A_____ Judge: _____N/A_____

Date Filed: _N/A_ Dismissal Date *(if not pending)*: _N/A_

Reason: _____N/A_____

5. Case #: _____N/A_____ Parties: _____N/A_____

Court: _____N/A_____ Judge: _____N/A_____

Date Filed: _N/A_ Dismissal Date *(if not pending)*: _N/A_

Reason: _____N/A_____

6. Case #: _____N/A_____ Parties: _____N/A_____

Court: _____N/A_____ Judge: _____N/A_____

Date Filed: _N/A_ Dismissal Date *(if not pending)*: _N/A_

Reason: _____N/A_____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/04/22 Plaintiff's Signature: Wendell Currin

Printed Name of Plaintiff: Wendell Currin

Correctional Institution: Union C.I.

Address: P.O. Box 1000

Raiford, FL. 32083

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the ___4th___ day of ___October___ ,
20 _22_ .


Signature of Incarcerated Plaintiff: _Wendell Curoin_

WITH AGENCY CLERK
MAY 13 2022
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

Union Correctional Institution

OCT 0 4 2022

Received for mailing by C. W.
U3102L

| CURRIN, WENDELL | R58567 | 22-6-12325 | UNION C.I. | |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

W. MILLETTE

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

RECEIVED
APR 25 2022

Rec'd
4/19/22

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

Department of Corrections
Inmate Grievance Appeals

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Curtin | Wendell | P | R58567 | Union C.I. |
|--------|---------|---|--------|------------|
| Last | First | Middle Initial | DC Number | Institution |

---

### Part A – Inmate Grievance

22-6-12325

I am filing this ~~formal grievance~~ appeal for formal grievance log # 2203-108-055 for DC log # 108-220310. In my argument I qouted ch 33-601.304(2)(E)(F)(G) There is no way I can make 3 different statements and strike 3 physically fit officers all at the same time 11:45pm. As it states it is possible for me to make that happen in 60 seconds, log#108-220310 states I stated "Fuck you cracker" and struck LT.Purvis in the abdomen with a close fist, log# 108-220311 states, I stated "Fuck your fat ass" and grabbed SGT.Goyer by the neck and struck him in the left shoulder with a close fist. log# 108-220312 states I stated "fuck you, im going to run you all night long" and kicked SGT.Beavers several times in the lower right leg during the struggle. How can I accomplish all of these actions in 60 seconds. However I recieved this infraction on 2/21/2022 delivered to inmate on 2/28/2022 and went to Dr hearing on 3/10/2022 however thats a total of 13 working days A violation of 33-602.220(3)(A) How come this Dr hearing was not conducted the same day as log # 108-220311 both Dr's are from the same incident, the basis of decision from the hearing information, the hearing delay comments states the exact same thing as Dr log# 108-220311 so if these infractions are the same incident the Dr hearing should have been conducted at the same time, because the investagation process was the same process because its the same incident. So why was there a delay with this Dr hearing. And there is no such thing as ch33-601.04 The remedy I seek is to have this Dr dismissed and removed off my record, and Transfered off CM back to a open population.

| 4/18/2022 | Wendell Curtin R58567 |
|-----------|----------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

0 / Wendell Curtin

| # | Signature |

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 4/18/22

(Date)

Institutional Mailing Log #: 129868

S.Thomas

(Received By)

05e

2203-(108)-055

(1-15) 2/21/22

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION. /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 15 2022

ASST WARDEN PROGRAMS
WALTON C.I.

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Cuccin          Wendell     P | R58567 | Walton. C. I. |
|---|---|---|
| Last      First      Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**          2203 108 055

I am filing this appeal for log # 108-220310 is in violation of **F.A.C 33-601.304(2)(E)(F)**
**(G)** However if you look at all (3) infractions for 1-15 I recieved on 2/31/22 all state the
same time I stated 3 different statements 11:45 and are all claiming I struck
them at the same time 11:45 this infraction states I said "Fuck you cracker" and
struck him in the abdomen with a close fist. However this infraction does not state
any immediate actions taken nor does it states any SPECIFIC facts necessary for
understanding the charge. However it states Post use of force physical is attached and
no photographs were taken due to no visible injuries. But it does not state inmate
was taken to medical for a pre-confinement evaluation nor does it state inmate
was seen by on duty medical staff to evaluate I did have multiple visible injuries.
**F.A.C 33-602.222(2)(A)** Inmates **SHALL** be given pre-confinement medical evaluations
by medical staff prior to being place in disciplinary confinement, which institution failed
to do so. This infraction is in violation of **33-602.220(3)(A)** Disciplinary charges are pending
and the inmate needs to be temporarily removed from the general population in order
to provide security or safety until such time ⊖ as the disciplinary **HEARING**
is **HELD**. The length of the time spent in administrative confinement **SHALL NOT**
exceed 7 working days unless the ICT authorizes an extension of 5 working
days. This extension **SHALL** be documented on form DC6-229. Daily record of special housing
However I recieved this or on 02/31/2022 delivered to inmate 02/28/2022 and
didn't do D.R court until 03/16/2022 at 7:11 a total of 13 working days and 8
working days after it was delivered to the inmate. However according to 33-602.220(3)
(A) that make this a violation of the 7 working days process. This infraction also is in violation
of **F.A.C. 33-601.308(1)(2)(A)** The disciplinary team or hearing officers **SHALL** enumerate
the **SPECIFIC** facts derived from the disciplinary report, the disciplinary investigative
report or the witness statement and what **SPECIFIC** evidence was ─(CONT.)

| 03/14/2022 | Wendell C ──── R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ø / Wendell C

| # | Signature |
|---|---|

DOC/OSI

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____    Institutional Mailing Log #: _____

(Date)                                                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.          2

-(CONT.) used in the disciplinary team's or hearing conclusion. However the basis for decision from log# 108-220310 Findings and Actions states, Based on the written report, All evidence presented and verified through the investigation. But what written report their was multiple written. There were no **SPECIFIC** Facts used except for the lieutenant improper statement as used in the statement of facts of the infraction. (2)(A) states, The dismissal of a disciplinary report may occur due to procedural errors, technical errors or duplication of charges. This infraction is in procedural errors because it does not state inmate was escorted to medical for a preconfinement evaluation nor does it state inmate was seen by on duty Medical staff, It violate the 7 working days. And its a duplication of charges cause if you look at all of the 1-15 Infractions from 02/21/2022 they all say 11:45pm and they all say the exact same thing in the statement of facts, up until I supposedly made a statement at 11:45pm and did. some type of physical act towards Staff. However this infraction is a violation of **F.A.C. 33-208.002** (12)(19) no employee shall falsify reports or records, no employee shall knowingly submit inaccurate or provide untruthful information on any reports, records or documents However on findings and Action from 03/10/2022 at 7:11 log# 108-220310 in the comments section it states, The inmate **NOT** provide a written statement. However thats not true I did provide a written statement during the investigation process on 02/28/2022. The remedy I seek is to have this DR thrown out and dismissed off my record. the CM recommendation denied, and recieve a negative transfer because with no Infractions how can it be a CM recommendation

x 03/14/2022                              x Wendell C_____ R58567

**PART B - RESPONSE**

Union   U3102

| CURRIN, WENDELL | R58567 | 2203-108-055 | WALTON C.I. | |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

YOU WERE FOUND GUILTY OF 1-15, BATTERY OR ATTEMPTED BATTERY ON A CORRECTIONAL OFFICER, BASED UPON LT. PURVIS' WRITTEN REPORT AND CONFIRMED IN THE INVESTIGATION.  LT. PURVIS STATED THAT HE RESPONDED TO C-DORMITORY AFTER RESPONDING TO A CALL FOR A DISORDERLY INMATE.  LT. PURVIS OBSERVED YOU DISRUPTING THE NORMAL OPERATIONS OF THE DORM.  YOU THEN STATED, "FUCK YOU CRACKER," AND STRUCK LT. PURVIS IN THE ABDOMEN WITH A CLOSED FIST.   YOU CLAIM THAT DR LOG NUMBERS: 108-220310, 108-220311, AND 108-220312 COULD NOT HAVE HAPPENED AT THE SAME TIME; HOWEVER, THERE ARE 60 SECONDS IN A MINUTE AND DURING THIS KIND OF CONFRONTATION, IT IS POSSIBLE. PER CHAPTER 33-601.04, THE PRE-CONFINEMENT EVALUATION DOES NOT HAVE TO BE INCLUDED IN THE STATEMENT OF FACTS.   PER CHAPTER 33-602.220(3)(A) "THE LENGTH OF TIME SPENT IN ADMINISTRATIVE CONFINEMENT FOR THIS REASON SHALL NOT EXCEED SEVEN WORKING DAYS UNLESS THE ICT AUTHORIZES AN EXTENSION OF FIVE WORKING DAYS," WHICH THE ICT DID AUTHORIZE.  YOU CALLED WITNESSES IN YOUR BEHALF AND WITNESS STATEMENTS WERE READ AND CONSIDERED DURING THE DISCIPLINARY HEARING.  YOU HAVE NOT PRESENTED ANY NEW EVIDENCE THAT WOULD CHANGE THE DISCIPLINARY HEARING TEAM'S FINDING OF GUILTY.

GRIEVANCE DENIED.

YOU MAY OBTAIN FURTHER REVIEW OF YOUR COMPLAINT BY PROPERLY COMPLETING A DC1-303, PROVIDING ATTACHMENTS AS REQUIRED BY CHAPTER 33-103 AND FORWARDING YOUR COMPLAINT TO THE BUREAU OF INMATE GRIEVANCES, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FL  32399-2500.

| S. CARROLL | T. KNIGHT, WARDEN | 3-30-22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**MAILED/FILED WITH AGENCY CLERK**

MAY 1 3 2022

Department of Corrections
CENTRAL WENDELL : Appeals

**PART B - RESPONSE**

| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |
|---|---|---|---|---|
| | R58567 | 22-6-12327 | UNION C.I. | U3102L |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

W. MILLETTE

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|
| | | 4/28/22 |

RECEIVED
APR 25 2022
Department of Corrections
Inmate Grievance Appeals

4/19/22

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Cullin Wendell P | R58567 | Union C.I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**         22-6-12321

I am filing this appeal for formal grievance log # 2203-108-056 For Dr infraction log # 108-220311, In my argument I quoted ch 33-601.304(2)(E)(F)(G), There is no way I can make 3 different statements and strike 3 different physical fit officers all at the same time 11:45PM while being restraint by all 3, As it states it is possible for me to make that happen in 60 seconds. Dr log # 108-220311 States, I stated "Fuck your fat ass" and ~~struck~~ grabbed SGT goyer by the neck and struck him in the left shoulder with a close fist, Dr log # 108-220312 states, I said "Fuck you, im going to run you all night long" and Kicked SGT Beavers several times in the lower right leg during the struggle, Dr log # 108-220310 states, I stated "Fuck you cracker" and struck LT Purvis ~~the~~ in the abdomen with a close fist. How is it possible for me to accomplish all of these actions in 60 seconds. LT Purvis may have been the O.I.C. But nowhere in the statement of facts dous it states the O.I.C. approved and authorized or was notified the writing of this report. Per ch 33-601.303(2), I argued ch 33-601.307(1)(B) If you review the audio and video from 3/3/22 any time before 7:54 observing cell Front H1108 where I was housed H1108L not one time did anyone approach my cell and afford me the opportunity to attend Dr hearing nor did anyone approach my cell with any type of form none the less form DC6-1120 and ask me to sign and I refused to do so. ch 33-601.307(1)(B) States, the reason for the inmate's absence shall be explained in the basis of decision section of the disciplinary report. OK on formal grievance log # 2203-108-056 it only states The fixed wing camera was reviewed and shows SGT. Head at your cell door on 3/3/22 at 6:23am, OK why it dont state your cell H1108, as I argued on my appeal showing my cell Front H1108, and there is no such thing as chapter 33-601.04, The remedy I seek is to have this infraction dismissed and removed off record

| 4/18/22 | W/ahll Cullin R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

|   | 0 | 1 | Wendell Cullin |
|---|---|---|---|
|   | # | | Signature |

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 4/18/22         Institutional Mailing Log #: _____         S. Thornton
                     (Date)                                                    (Received By)

                                          129867                                    05A

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | 2203-108-056 |
|---|---|---|---|
|   | INMATE (2 Copies) | INMATE | |
|   | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY | (1-15) 2/21/22 |
|   | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | |
|   |   | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)         Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

U3102

| CURRIN, WENDELL | R58567 | 2203-108-056 | WALTON C.I. | H1001 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

YOU WERE FOUND GUILTY OF 1-15, BATTERY OR ATTEMPTED BATTERY ON A CORRECTIONAL OFFICER, BASED UPON SGT. GOYER'S WRITTEN REPORT AND CONFIRMED IN THE INVESTIGATION. SGT. GOYER STATED THAT HE WAS IN C-DORMITORY AFTER RESPONDING TO A CALL ABOUT A DISORDERLY INMATE. SGT. GOYER OBSERVED YOU DISRUPTING THE NORMAL OPERATIONS OF THE DORM. YOU THEN STATED, "FUCK YOUR FAT ASS," AND GRABBED SGT. GOYER BY THE NECK AND STRUCK HIM IN THE LEFT SHOULDER WITH A CLOSED FIST. YOU CLAIM THAT DR LOG NUMBERS: 108-220310, 108-220311, AND 108-220312 COULD NOT HAVE HAPPENED AT THE SAME TIME; HOWEVER, THERE ARE 60 SECONDS IN A MINUTE AND DURING THIS KIND OF CONFRONTATION, IT IS POSSIBLE. LT. PURVIS WAS THE O.I.C. AND APPROVED THIS DISCIPLINARY REPORT PER CH 33-601.303(2). YOU REFUSED TO BE PRESENT DURING THE DISCIPLINARY HEARING AND REFUSED TO SIGN THE DC6-112D, WAIVER OF RIGHT TO BE PRESENT AT DISCIPLINARY HEARING WHICH WAS SIGNED BY TWO WITNESSES. ALL WITNESSES STATEMENTS WERE READ AND CONSIDERED. YOU CLAIM THAT NO EVER CAME TO YOUR CELL TO GIVE YOU THE OPPORTUNITY TO APPEAR OR SIGN THE WAIVER. THE FIXED WING CAMARA WAS REVIEWED AND SHOWS SGT. HEAD AT YOUR CELL DOOR ON 3/3/22 AT 6:23 A.M. SGT. HEAD WAS QUESTIONED AND HE STATED THAT YOU REFUSED TO APPEAR AND THAT YOU REFUSED TO SIGN THE FORM. SGT. MILLER WITNESSED THIS. PER CHAPTER 33-601.04, THE PRE-CONFINEMENT EVALUATION DOES NOT HAVE TO BE INCLUDED IN THE STATEMENT OF FACTS. YOU CALLED WITNESSES IN YOUR BEHALF AND THE WITNESS STATEMENTS WERE READ AND CONSIDERED DURING THE DISCIPLINARY HEARING. YOU HAVE NOT PRESENTED ANY NEW EVIDENCE THAT WOULD CHANGE THE DISCIPLINARY HEARING TEAM'S FINDING OF GUILTY.

GRIEVANCE DENIED.

YOU MAY OBTAIN FURTHER REVIEW OF YOUR COMPLAINT BY PROPERLY COMPLETING A DC1-303, PROVIDING ATTACHMENTS AS REQUIRED BY CHAPTER 33-103 AND FORWARDING YOUR COMPLAINT TO THE BUREAU OF INMATE GRIEVANCES, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FL  32399-2500.

| S. CARROLL | T. KNIGHT, WARDEN | 3-30-22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Y

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 15 2022

ASST WARDEN PROGRAMS
WALTON C.I.

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Cuccia          Wendell          Ø | R58567 | Walton C.I. |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

<u>Part A – Inmate Grievance</u>          2203108056

I am filing this appeal for Dc log# 168-220311 is in violation of **F.A.C. 33-601.304**(3)(e)(f)(g) However if you look at all of the (3) infractions I recieved for 1-15 they all state the same time. I stated three different statements and all are claiming I struck them all at the same time 11:45 this infraction states I said "Fuck your fat ass" and grabbed him by the neck and struck him in the left shoulder with a close fist. However this infraction does not state any immediate actions taken nor does it state any specific facts necessary for understanding the charge. However it states post use of force physical is attached and no photographs were taken due to no visible injuries. But it does not state inmate was taken to medical for a pre-confinement evaluation nor does it state inmate was seen by on duty medical staff to evaluate & did have multiple injuries. **33-602.222**(2)(A) states Inmates **SHALL** be given pre-confinement medical evaluations by medical staff prior to being placed in disciplinary confinement which was failed to take place. Also a violation of **F.A.C 33-601.303**(3) if the employee cannot resolve the matter through a verbal reprimand or corrective consultation the employee **SHALL** consult with and obtain approval from his or her supervisor regarding the **PREPARATION** of a formal disciplinary report, unless the employee is at the department head level or correctional officer lieutenant level or above. However no where in the statement of facts does it state the **OIC** approved and authorized or was notified the writing of this report. However this infraction is a violation of **F.A.C. 33-601.308**(1)(3)(A) The disciplinary team or hearing officer's findings **SHALL** enumerate the specific facts derived from the disciplinary report, the disciplinary investigative report or the witness statements and what **SPECIFIC** evidence was used in the disciplinary team's or hearing conclusion. However the basis for decision from log# 168-220311 findings and Actions states Based on the officers written report, Any and All evidence present and verified through the investigator. There was no **SPECIFIC** facts used except for the officers improper statement ~~was~~ as used in the statement –(CONT.)

| 03/14/2022 | Wendell Cuccia — R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

_____          0Sd          # _____   Ⓧ , Wendell Cuccia

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____          Institutional Mailing Log #: _____          _____
                    (Date)                                                                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

(CONT.) of facts of the infraction. 33-601.308(a)(A) states The dismissal of a disciplinary report may occur due to procedural errors, technical errors, or duplication of charges. This infraction is in procedural errors because this infraction was not authorized and obtain approval or notified of the OIC of the writing of this report, nor does it states inmate was escorted to medical for a pre-confinement evaluation nor was inmate seen by on duty medical staff, Its also a violation of 33-601.307(1)(B) And its a duplication of charges cause if you look at all (3) infractions I recieved for 1-15 or 2/21/2022 they all say 11:45 and they all state the exact same thing up until I suspesedly made a statement and did same type of physical act towards them ~~struck out text~~ F.A.C. 33-601.307(1)(B) states, If the inmates waives the right to be present or refuses to be present, form DC6-112D, 24 hour/refusal to appear form, SHALL be signed by the inmate and witness by an employee. However on the findings and action from 03/03/2022 at 7:54 in the comment section states, inmate Curtin refused to appear at his disciplinary hearing and refused to sign form DC6-112D, noting waiver of right to be present at disciplinary hearing which was witnessed by 2 staff. But if you review the audio and video from 03/03/2022 any time befer 7:54 observing cell front H1108 where I was housed H1108L not one time did anyone approach my cell and afford me the opportunity to attend DC hearing nor did anyone approach my cell with any type of form none the less form DC6-112D and ask me to sign and I refuse to do so. 33-601.307(1)(B) Also states, The reason for the inmates absence SHALL be explained in the basis of decision section of the disciplinary report. Which the hearing team failed to do so. This infraction also in violation of F.A.C. 33-208.002(12)(14) no employee shall falsefy reports or records, no employee shall knowingly submit inaccurate or provide untruthful information on any department reports, records or documents. However on the finding and actions from 03/03/2022 comments contain false information. The remedy I seek is to have this DC thrown out and dismissed off my record. The CM recommendation denied and recieve a negative transfer. Please & thank you

X 03/14/2022                    X Curtin C — R58567

MAILED/FILED
WITH AGENCY CLERK

MAY 0 4 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| CURRIN, WENDELL | R58567 | 22-6-11479 | UNION C.I. | U3102L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

You have not presented sufficient evidence or information to warrant overturning the disciplinary report.

Your administrative appeal is denied.

W. MILLETTE

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*W. Millette*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

4/22/22

DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

APR 18 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Cussin, Wendell P | R58567 | Walton C.I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

Union CI

### Part A – Inmate Grievance

22-6-11479

I am filing this appeal for formal grievance log# 2203-108-025 for DR log# 108-220315 In my argument was because the infraction is in violation of F.A.C 33-601.307(i)(B) If you look at Disciplinary report findings and action section from 03/03/2022 It states the hearing was held at 7:54am. However on the formal grievance log# 2203-108-025 states SGT. ~~it~~ ~~you~~ ~~he~~ Head was at your cell door at 6:23am. It does not take SGT. 5 minutes from K-dorm to Y-dorm where dr hearing is held. So why does it take over 1 hour and a half after I so called refused? I never refuse to go to dr court because that hinder my appeal process and I always fight my case. This makes this formal grievance as well as the DR Infraction as argued in my appeal a violation of 33-208.002(12)(19) why wasn't I giving a response on formal grievance to the appeal violating this rule? cause They know this rule is being violated. However if you review the audio and video recording you will not see SGT. Head approach my cell at all on 03/03/2022 yes it was someone on the wing pulling inmates for DR court that same morning but I wasn't one of those inmates cause I was up all morning after breakfast was served, waiting to go to DR Hearing. I'm a morning person I never go back to sleep after breakfast being doing this for 16 1/2 years straight. So IF SCO was to actually review the **AUDIO** and **VIDEO** recording and not just take the Inst. word and give me some proper justice and view it your self, you will see as I stated on my appeal, showing my cell front H1108 where i'm house at **H1108L** However you see the response on formal grievance only states, The **FIXED** wing camera was reviewed and shows SGT. Head at your cell Door on 3/3/2022 at 6:23am, OK improper cause you have the time and date but wheres the place. Nowhere in this response does it states the dorm i'm housed in nor does it states my cell location, so where is your cell? Why doesn't it state your cell H1108? It also says which was signed by 2 witnesses, but only states SGT. Miller witnessed Tw5. ok who is the other witness. **33-601.307(i)(B)** states The reason for the inmate absence **SHALL** be explained in the basis of decision section of the disciplinary report which was failed (CONT)

| 03/29/2022 | Wendell Cussin R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

| & / Wendell Cussin |
|---|
| #   Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 4/1/22 (UM) Institutional Mailing Log #: _____

(Date)

(Received By)

05A

2203 (108)-025

(1-15) 2/21/22

DISTRIBUTION:   INSTITUTION/FACILITY   CENTRAL OFFICE
INMATE (2 Copies)   INMATE
INMATE'S FILE   INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

(CONT.) to do so. It was only mention on the comment Section of findings and actions, according to chapter 33 its on the wrong section of the disciplinary report cause In the Basis of decision there's no explanation. The institution respondee is only going by the comment section of the disciplinary report and the falsefy documents signed and noted by SGT. Miller. That was one of my arguments on my appeal, Why wasn't a refute to this infraction being in violation of 33-208.002(12)(19)? whats the reason for why that didn't take place on formal grievance response. In addition this infraction was also in violation F.A.C. 33-602.210(F)(G)(H)(3)(c)(5)(6)(7) It states, A video camera operator SHALL commence recording ALL reactionary use of force incidents upon arrival at the scene as soon as possible. Video recordings SHALL continue uninterrupted from commencement until the situation is stable and under control and the inmate is placed in a secure cell or transport vehicle for transfer. Additionally, the camera operator SHALL, to the best of his or her ability, ensure that all staff actively involved in ANY use or force and Capture within the view finder of the camera is identified by rank/title and name. (c) video recordings of post use of force medical exams SHALL be conducted through a window or at a distance in such a manner so to provide the maximum amount of privacy needed for the exams and so as to limit the disclosure of inmate protected health information to the minimum amount necessary. Inmates INVOLVED in an organized USE OF FORCE SHALL be video recorded UNTIL they have been placed in a vehicle for transportation or in a cell. (5) ANY use of force SHALL cease being applied whenever an inmate complies with orders or ceases the behavior for which the force was necessary. (6) use of force SHALL not be applied for punishment. (7) Inmates SHALL not be carried, dragged or lifted by restraint devices. However in the statement of facts it states, POST use of force physical is attached and no photographs were taken due to no visible injuries. This also makes this infraction a violation of F.A.C. 33-208(12)(19)-(CONT.)

-(CONT) However on Feb 21, 2022 I was never put on video recording. (All use of force incidents **SHALL** be video recorded) the camera, Appx 11:50-12:00 pm from H-dorm wing1 will show me get rolled on the wing in a wheel Chair with leg irons and handcuffs and get thrown into the shower and SGT. Beavers and SGT goyer and LT. Purvis all left off scene without taking restraints off of me after I was ~~~~~~ physically abused while in restraints. Not one time will you see them put me on camera and proceded with the procedures, for a **POST** use of Force Medical exam. As it states in subsection (c) However in the Statement of Facts it does not even state I was seen by on duty staff from Medical or was~ I given a pre-confinement evaluation prior to being placed in administrative confinement. The force was applied as a use of punishment cause I was trying to checkin go(pm) status, So I called a Medical emergency as I stated in the disorderly conduct I recieved log #108-220305 I recieved Feb 21, 2022 at 11:40 pm tha ignition of the battery situation. There was no cause for the use of force. I was not resisting any orders, nor was I being disorderly. How can I recieve a battery on staff and approved for cm1 when there was no photographs provided by a medical exam to prove that they have been battered or assvalted nor is there a use of force video to show that Force was used. (3) All organized use of force incidents **SHALL** be recorded, the camera operator **SHALL** to the best of his or her abilty ensure that **ALL** staff actively involved in **ANY** use of force and captured within the view finder of camera is identified by rank(title and name. However SGT. goyer, SGT Beavers and LT. Purvis cannot provide a use of force video with me in the same recording plus H-dorm wing1 camera will see me be escorted from shower to cell H1108 without me being an use of force video, A major violation. So How can I have these 1-15 infractions Battery on staff and approved for cm1 when the Basis For cm recommendation comments section indicates force was applied by all 3 Staff, But However they did not properly follow use of force proccedures I The remedy I Seek is to have this infraction thrown out and overturn, the CM placement and dismissed off my record and recieve a negative transfer. Please & thank you

X 03/28/2022                    X Wardell C _ - R58567

## PART B - RESPONSE

| CURRIN, WENDELL | R58567 | 2203-108-025 | WALTON C.I. | H1108L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

DISCIPLINARY REPORT LOG #108-220311 HAS BEEN REVIEWED.  YOU REFUSED TO BE PRESENT DURING THE DISCIPLINARY HEARING AND REFUSED TO SIGN FORM DC6-112D, WAIVER OF RIGHT TO BE PRESENT AT THE DISCIPLINARY HEARING, WHICH WAS SIGNED BY TWO WITNESSES.  ALL WITNESS STATEMENTS WERE READ AND CONSIDERED.  YOU CLAIM THAT NOONE EVER CAME TO YOUR CELL TO GIVE YOU THE OPPORTUNITY TO APPEAR OR SIGN THE WAIVER.  THE FIXED WING CAMARA WAS REVIEWED AND SHOWS SGT. HEAD AT YOUR CELL DOOR ON 3/3/22 AT 6:23 A.M.  SGT. HEAD WAS QUESTIONED, AND HE STATED THAT YOU REFUSED TO APPEAR AND THAT YOU REFUSED TO SIGN THE FORM.  SGT. MILLER WITNESSED THIS.  YOU HAVE NOT PRESENTED ANY NEW EVIDENCE THAT WOULD CHANGE THE DISCIPLINARY HEARING TEAM'S FINDING OF GUILTY.

GRIEVANCE DENIED.

YOU MAY OBTAIN FURTHER REVIEW OF YOUR COMPLAINT BY PROPERLY COMPLETING A DC1-303, PROVIDING ATTACHMENTS AS REQUIRED BY CHAPTER 33-103 AND FORWARDING YOUR COMPLAINT TO THE BUREAU OF INMATE GRIEVANCES, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FL  32399-2500.

| S. CARROLL | T. KNIGHT, WARDEN | 3-24-22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

RECEIVED
MAR 0 7 2022
ASST. _____
WALTON _____

2-21-22
1-15
fm 3

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Currin, Wendell P | R58567 | Walton C.I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

| Part A – Inmate Grievance | 22031080 25 |
|---|---|

I am filing this Appeal for or log# 108-220311 Disciplinary report
Hearing Information is in Violation of F.A.C. 33-601.307(1)(B)
It states If the inmate waives the right to be present or
refuses to be present, form DC6-1120, 24 Hour/Refusal to Appear Waiver Form
SHALL be signed by the inmate and witnessed by an employee. If the
inmate refuses to sign this form, this shall be noted and sign by the employee
However when you look at the comments of the findings and Actions From 3/3/2022
at 7:54 it states inmate Currin refused to appear at his disciplinary hearing
and refused to sign the form DC6-1120, noting waiver of right to be present at
disciplinary hearing which was witness by 2 staff members. However because
of these actions that makes this infraction a violation of F.A.C. 33-208.002(13)(19)
No employee Shall Falsify reports or records, An employee shall knowingly
Submit inaccurate or provide untruthful information on ANY department records,
reports, or documents. Because if you review the audio and video From 3/3/22
any time before 7:54 showing cell front of H1108 where I was housed
H1108 not any time did any one approach my cell and afford me the
opportunity to appear at Dr Hearing and I refused, nor did any one approach
my cell with any type of form none to less form DC6-1120 for me to sign
and I refused to sign. 33-601.307(1)(B) also states The reason for the inmate's
absence SHALL be explained in the basis of decision section of the disciplinary
report. Which they failed to do so. The Remedy I seek is to have this
Dr thrown out, dismissed of my record, the CM recommendation denied and
receive a negative transfer because if theres no infraction how can there
be a CM recommendation.
                    Please & thank you   GOD Bless

| 03/06/2022 | Wendell C ___ R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Dpc DSd

| ☒  1 Wendell C ___ |
|---|
| #         Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____

(Date)                                                         (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**INTEROFFICE MEMORANDUM**

U3102

Uncor

**DATE:**       March 24, 2022

**TO:**         Inmate CURRIN, WENDELL       DC#R58567

                Institution : Walton CI

**FROM:**       Bureau of Policy Management & Inmate Appeals

**RE:**         CORRESPONDENCE

1)   Your administrative appeal was received, reviewed and answered on          . You should have or will soon receive a copy.

2)   Your administrative appeal has been received in our office and is still under investigation. As soon as our investigation is complete, you will receive an answer.

3)   Your administrative appeal has not been received in this office.

4)   Departmental Rule 33-103.007, Appeal to the Secretary, states, "attachments are considered a part of the grievance and will not be returned to the Inmate, except in those cases where the Inmate submits sufficient copies of the attachments at the time the grievance appeal is filed". In reviewing your file, I find that you did not provide sufficient copies of the documents required.

5)   There is no provisions in the Inmate Grievance Procedure for you to appeal a decision already rendered by this office.

6)   X   The grievance procedure requires that you: 1) use proper forms when initiating a grievance, and 2) that you initiate your grievance at the appropriate level of the procedure as outlined in Chapter 33-103, subsections .005 informal grievance; .006 formal grievance—institution or facility; and .007 appeals to the Office of the Secretary. Your communication to this office is returned to you for reason 1 or 2 or both as applicable. You may re-initiate your complaint following proper procedures. You must be within the appropriate time frame for your appeal to be accepted.

7)   X   1) The grievance procedure, or the grievance office, is not to be used for correspondence purposes. 2) The act of acting questions or seeking information, guidance, or assistance is not considered to be a grievance. 3) You cannot use the grievance procedure to complain about issues not under the control of the Department. Refer to Chapter 33-103.001.

8)   When resubmitting an appeal that has been returned in non-compliance, you must re-write that appeal on a new/unused DC1-303 form, attach all pertinent forms and continuation sheets (including the original appeal that was returned in non-compliance), and file within the appropriate time frame.

**NOTE:** Any questions and/or requests is required to be addressed upon a DC6-236, Inmate Request, to your current institution.

*A. Cochran*

A. Cochran, CSAC
Grievance Administrator

03/13/2022

To Whom May Concern,

I am by passing the institution grievance process because the nature of the previous appeals filed at the institution level. On 03/07/2022 I filed 3 appeals with classification officer Mr. Mason they was placed in the grievance box apprx 7:12, I filed appeals for log#'s 108-220311, 108-220233, 108-220305 All Pertaining the same violation F.A.C. 33-601.307(1)(B) However I only recieved 2 Part c-reciepts Formal grievance log#'s 2203-108-025, and 2203-108-024 I'm assuming the one I didnt recieve was the one for Dr log# 108-220311 because I recieved a total of 5 Dr's all on 2/28/2022. However I was refused to be taking to Dr hearing on 03/03/2022 and I was founded guilty only on 2 of the 5 Dr's I recieved on 2/28/2022 log#'s 108-220311 and 108-220305. However all of a sudden on 03/10/2022 I'm taking to Dr hearing for log#'s 108-220310 and 108-220312 when these two infractions took place as 108-220311 actually their all the same incident as well as 108-220305. So on 3/11/2022 I Filed 2 more appeals with classification officer Mr. Mason apprx 7:10am one on log# 108-220305 and the other on 108-220311 written the exact same way on 33-601.307(1)(B) however I still have not recieved Part c-reciept for any of them yet. So on 03/11/2022 apprx 5:30-6:00am when Captain Marrief did her Moring rounds, I told her about My issues, she told me to write the A.W. Ralph and tell her she needs to Properly Process My appeals I told her I've done wrote A.W., She then told Me to By Pass the institution level and send appeals straight to tallassee. She also told Me I need to have outside support contact inspector general office on My behalf and make complaints. Its on audio and video captain at cell front H1108 where im housed H1108L telling me to by pass institution level grievance process. because institution is not Properly following Procedures in the appeal Process. Please accept My appeals.

If accept My appeals Please look at the nature of these
infractions as well as Procedure Policys lets use some common
sense too. Dc log# 108-220305 happened at the same time
as the infractions Im appealing enclosed in this envelope its
the suspesedly the disorderly situation. As I stated in My
statement of the investagation Process. I was in fear of My life
so yes I did run to the officer station and went to the wing back
door of the booth and yes I was whispering, so he stated in
the statement of facts telling him I need to get out the dorm
im in fear of My life, but he could not understand what I was
telling him. So he asked me was I having a Medical emergency
so I stated yes. So If I did as he stated in the statement
of facts. Why in the world would I attack My suspesedly
help when they arrive to the dorm to help Me. Now take
a look at the nature of the guys I suspesedly attacked
SGT W.Gayer 6'4, 6'5, Maybe 250lbs, C.O. T.Beavers 6'1, 6'2 atleast
240lbs and Lt. D.Purvis 6'1, 6'2 atleast 350lbs and their all
restraining Me at the same time Me im 6'1 168lbs, how can
I Make 3 different statements at one time, and strike 3
different People. grab one by the neck and Punch him in the
shoulder with a close fist, Punch one in the abdomen
with a close fist and Kick one in the lower right leg several
times all at 11:45 its impossible for that to happen. I was
beat up and lied on, thats why the institution are violating
the grievance Process and not Processing My appeal for 108-220311
because I only have until 03/18/2022 to get that appeal Process
and the institution are not Processing it so please properly
Process My appeals.   Please & thank you

X 03/13/2022                    X Wendell Craain R58567

APR 08 2022

**PART B - RESPONSE**

| CURRIN, WENDELL | R58567 | 22-6-09348 | UNION C.I. | U3102L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

The institution should be given the opportunity to respond to your issue.

Your request for Administrative Remedy has been filed in noncompliance with Chapter 33-103.007(2) (b), the inmate shall state his grievance in Part A. Only 2 additional pages of narrative will be allowed. If additional space is needed, the inmate shall use only 2 additional attachment pages and not multiple copies of Form DC1-303. If the inmate writes his complaint anywhere other than within the boundaries of Part A or on the 2 allowable attachment pages, his grievance shall be returned for non-compliance.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

A. COCHRAN

*A. Cochran*

4/04/22

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

| RECEIVED |
| --- |
| MAR 3 1 2022 |
| Department of Corrections Inmate Grievance Appeals |

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Cussin  Blendell   P | R58567 | Walton C.I. |
| --- | --- | --- |
| Last     First     Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**                              22-6-09348

I am filing this appeal for the placement of cml approval because Dr log#'s 108-220310, 108-220311 and 108-220312 All violated F.A.C 33-602.210(c)(A)(H)(3)(K)(5)(6)(7) it states a video camera operator SHALL commence recording ALL reactionary use of force incidents upon arrival at the scene as soon as possible. Video recordings SHALL continue uninterrupted from the commencement until the situation is stable and under control and the inmate in a secure cell or transport vehicle for transport. The camera operator SHALL to the best of his or her ability, ensure that all staff ACTIVELY involved in ANY use of force and captured within the view of the finder of the camera is identified by rank/title and name (c) video recordings of POST use of force medical exams SHALL be conducted through a window or at a distance in such manner so to provide the maximum amount of privacy needed for the exams and so as to limit the disclosure of the inmate protected health information to the minimum amount necessary. INMATES INVOLVED in an organized use of force SHALL be video recorded continually until they have been placed in a vehicle for transportation or in a cell (5) Any use of force SHALL cease being applied whenever an inmate complies with orders or cease his behavior for which the force was necessary (6) use of force SHALL not be applied for punishment. physical restraints such as handcuffs, leg irons, flex cuffs and other such devices SHALL be only for restraint purpose only and not punishment. However I have fresh scars on my wrists to where staff was trying to break my wrists (7) inmates shall not be carried, dragged or lifted by restraint devices. However All 3 infraction 1-15 statement of facts state POST use of force physical is attached and no photographs were taken due to no visible injuries. That make this infraction a violation of 33-208.008(12)(a)(9) However on Feb 21, 2022 I was Never even put on video recording as state (3) (ALL use of force SHALL be recorded) As well as cml recommendation comments to indicate force was applied while placing restraints on inmate However in the statement of facts on either Dr it does not state Imate was given a pre-conf'nd evaluation nor was I seen by on duty medical staff none the less was there a video recording for a POST use of ~(CONT.)

| 03/27/2022 | [signature]  R58567 |
| --- | --- |
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:      ☒ / [signature]

| # | Signature |

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution.  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 3/28/22        Institutional Mailing Log #: _____

(Date)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | (Received By) |
| --- | --- | --- | --- |
| | INMATE (2 Copies) | INMATE | 108  2c |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY | NF/DF |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

-(CONT.) Force medical exam. Force was applied as a punishment because I was trying to go PM as I stated in my statement I gave on 2/28/2022 when infractions was delivered to me, so I called a medical emergency as it states in the statement of facts for Dr log # 108-220305 the disorderly conduct, I recieved the same incident of these 1-15, Howcome this infraction not on CM recommendation this the disorderly situation staff was responding to. However there was no cause for the use of force, nor was there a reason to justify the action of the application of force being applied. I was not ~~cisisting~~ cisisting any orders nor was I being disorderly nor was I under the influence of any type of narcotic as stated in the CM recommendation comments. Why I didnt recieve an OR for an use of unknown Drug Or, I was actually glad to see my help arrive when staff got to dorm, Remember I called medical emergency as stated on Disorderly conduct Or trying to go PM so why would I attack my help coming to escort me out of dorm so I requested. So How is it possible to recieve 1-15 Battery of staff and get approved for CM! When there were no photographs provided by Medical through a Medical exam on staff to show that they have been battered or assaulted nor is there a use of force video show that force was applied as it statement of facts of All 3 1-15 Drs as well as it indicated on the CM recommendation Comments, (3) states, ALL organized use of force SHALL be recorded. The camera operator SHALL to the best of his or her ability ensure that ALL staff actively involved in ANY use of force and captured within the view finder of the camera is identified by RANK/TITLE and NAME. However Sergeant goyer. W, Sergeant Beavers. T and lieutenant Purvis. O CANNOT provide a use of force video recording with them from Feb 31, 2022 with me in that same video, eledging I caused a 1-15 battery or assault on ~~recommendation~~ clearly - (CONT.)

+(CONT.) indicates It was force used. However they did not properly follow procedures for the use of force. This make these infractions and CM placement a violation of F.A.C. 33-601.308(2)(A) Dismiss the charge. If the charge is dismissed the disciplinary report **SHALL** not be posted or placed in the inmate file. The dismissal of a disciplinary report may occur due to a procedural errors, technical errors or duplication of charges. However since the use of force was conducted out of procedures, that makes the CM recommendation was completed out of procedures following the chain of command to referred an inmate for CM. However on DC6-233 SCO Decision. section 1 Date of referral 03/04/22 at 16:07 but the Facility: Apalachee East Unit ~~there~~ theres no way this a typo error because this my second referral first on ~~on~~ 03/01/22 from the same classification, she made multiple errors on first referral but how can the facility on this one be a error when first referral say facility: Walton C.I., Section 3 ICT Hearing 3/14/2022 at 9:28 Facility states: Walton C.I. and I was recommended for CM1, section 4 date 3/14/2022 at 14:26 SCO Member: Swier Decision: Approved CM1 Basis for close management Decision, if applicable: they left it Blank. The Remedy I seek is the have all of these infractions involving these false allegation overturned and dismissed off of my record and the placement for CM1 approval overturned and not go to CM and Just recieve a negotive transfer to a program instition so I can obtain my GED and some skilled trades.

Please & thank you GOD bless

~~xx~~ 3/27/2022                     ~~x~~ 6c 1PP · DE8767

**PART B - RESPONSE**

| CURRIN, WENDELL | R58567 | 2203-108-118 | UNION C.I. | U3102L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

UPON REVIEW OF USE OF FORCE DOCUMENTATION, FIXED WING VIDEO FOOTAGE, AND HANDHELD VIDEO FOOTAGE, IT WAS DETERMINED THAT THE USE OF FORCE WAS APPROVED AND IN COMPLIANCE WITH POLICY AND PROCEDURE. FURTHERMORE, FIXED WING VIDEO AND WITNESSES SUPPORT THE STATEMENT OF FACTS WITHIN THE BODY OF THE DISCIPLINARY REPORTS. ALL DISCIPLINARY REPORTS AND INVESTIGATIVE DOCUMENTATION HAS BEEN REVIEWED AND FOUND TO BE IN COMPLIANCE WITH POLICY AND PROCEDURE.

GRIEVANCE DENIED.

YOU MAY OBTAIN FURTHER REVIEW OF YOUR COMPLAINT BY PROPERLY COMPLETING A DC1-303, PROVIDING ATTACHMENTS AS REQUIRED BY CHAPTER 33-103 AND FORWARDING YOUR COMPLAINT TO THE BUREAU OF INMATE GRIEVANCES, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FL 32399-2500.

| A. RALPH, AWP | T. KNIGHT, WARDEN | 4-13-22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

3

**FLORIDA DEPARTMENT OF CORRECTIONS**

~~REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL~~

RECEIVED

MAR 2 8 2022

Classification Department
Walton Correctional Institution

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

_Corrin, Wendell  P_          _R58567_          _Walton C.I._
Last    First    Middle Initial          DC Number          Institution

Part A – Inmate Grievance    2203-108-118

I am filing this appeal for the placement of CM/ approval because of log#'s
108-220310, 108-220311, and 108-220312 All violated F.A.C 33-602.210(F)(3)(4)(5)(6)(5)
(6)(7) It states a video camera operator **SHALL** commence recording **ALL** reactionary
use of force incidents upon arrival at the scene as soon as possible. Video recordings **SHALL**
continue uninterrupted from the commencement until the situation is stable, and under
control and the inmate is placed in a secure cell or transport vehicle for transport. The camera
operator **SHALL**, to the best of his or her ability, ensure that all staff **Actively** involved
in **ANY** use of force and captured within the view finder of the camera, is identified by
rank/title. **NAME** (c) video recordings of **POST** use of force medical exams **SHALL** be conducted
through a window or at a distance in such manner so to provide the maximum amount of privacy
needed for the exams and so to limit the disclosure of the inmate protected health information to
the minimum amount necessary. **INMATES** Involved in an organized use of force **SHALL** be video
recorded continually until they have been placed in a vehicle for transportation or in a cell. (5)
Any use of force shall cease being applied whenever an inmate complies with orders or cease the
behavior for which the force was necessary. (6) use of force **SHALL** not be applied for punishment,
physical restraints such as handcuffs, leg irons, flex cuffs and other such devices **SHALL** only be used
for restraint purposes only and not punishment. However I have scarss on my wrists where
staff was trying to break my wrist. (7) inmates **SHALL** not be carried, dragged or lifted by
restraint devices. However in All 3 infractions the statement of facts section It states **POST** use
of force physical is attached and no photographs was taken due to no visible injuries.
That make those infractions a violation of **F.A.C 33-208.002**(18)(19) However on Feb 21, 2022 I
was **NEVER** even put on video recording (**ALL** use of force **SHALL** be recorded) as stated in (3)
As well as the recommendation comments It states force was applied while placing restraints
on inmate. However in All of the statement of facts it does not state I was given a pre-confinement
evaluation nor was I seen by on duty Medical staff, none the less was there—(**CONT.**)

_03/27/2022_          _Wendell C___ (58567)
DATE          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

DISC  05-D          _0_, _Wendell C___
          #    Signature

**INSTRUCTIONS**
This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006,

(CONT.) A video recording for a POST use of force medical exam as stated in (c) force was applied as a punishment because I was trying to check in as stated in my written statement on 2/28/2022 at 9:50am - 10:18am Delivery of Dr's so I called a medical emergency as stated in the statement of facts from the disorderly conduct Dr I recieved the same incident of these 1-15's, disorderly conduct 108-220305 there was no cause for the use of force. I was not resisting any orders nor was I being disorderly nor was I under the influence of any type of narcotic as stated in the CM recommendation I was actually my help has arrived remember I called a medical emergency trying to check in so why would I attack my help So How can I recieve a Battery on Staff and approved for CM When there was no photographs provided by medical through a medical exam on staff to show that they have been battered or assualted nor is there a use of force video to show that force was used as stated in the CM recommendation As it states in (3) ALL organized use of force SHALL be recorded, The camera operator SHALL to the best of his or her ability ensure that ALL staff ACTIVELY involved in ANY use of force and captured within the view finder of the camera is identified by RANK/TITLE and NAME. However Sergeant Gouyer, Sergeant Beavers and Lievtenant Purvis CANNOT provide a use of force video recording with them from Feb 21, 2022 with me in that same video, stating that I caused a 1-15 battery or I Assualted ANY Staff, When the basis for recommedation for CM clearly states in the comments section that force was applied. However they did not properly follow procedures for a use of force. However on DC6-233C SCO review Section IV from 3/15/2022 at 1426 SCO Member, Swier, C.K. Decision CM approved, Basis For Close Management Decision - (CON

(CONT.) if Applicable: They left it blank. However I went to ICT on 3/14/2022 at 9:28 in Section III the Facility: state Walton C.I. However in Section I the Facility: states APalachee East Unit. there is no way that could be a typo error because the referral classification, Elizabeth A. Seago works at Walton C.I as states in the top where it says current location and she's at work when she Made this referral However this is the second referral on 03/04/2022 the first one was from 03/01/2022 However she made Multiple changes How can that occure when referral from 03/01/2022 Facility: State Walton C.I. The Remedy I seek is to have those 1-15 infractions overturned and erased or dismissed off My record and the placement for CMI overturned and just recieve a negative transfer to a program institution so I can obtain My GED and some skilled trades.

Please & thank you    GOD Bless

x 03/27/2022                    X Wall Phin R58967



APR 01 2022

Department of Corrections
Bureau

**PART B - RESPONSE**

| **CURRIN, WENDELL** | **R58567** | **22-6-08533** | **WALTON C.I.** | **J-108L** |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

The institution should be given the opportunity to respond to your issue.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

A. COCHRAN

---

*A. Cochran*

3/28/22

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 24 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Cuccin, Wendell P | R58567 | Walton, C.I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**          22-6-08533

I am filing this appeal for Dr log# 108-220311 is in violation of F.A.C 33-601.304(3)(E)(F)(G)
However if you look at all three infractions I recieved for 1-15 on 2/31/22 they all state the
same time (11:45) I stated 3 different statements and are all claiming I struck them at
the same time (11:45) this infraction says I stated "fuck your fat ass, grabbed him by the neck
and struck him in the shoulder with a close fist. However this infraction does not state any
immediate actions taken nor does it states any specific facts necessary for understanding the
charge, however it states Past use of force physical is attached and no photographs were
taken due to no visible injuries, But it does not state inmate was taken to Medical for
a pre-confinement evaluation nor does it states that I was seen by on duty Medical staff
to evaluate that I did have Multiple visible injuries. F.A.C. 33-602.222(3)(A) Inmates
SHALL be given Pre-confinement Medical evaluations by medical staff prior to being
Placed in disciplinary confinement. This infraction is in violation of F.A.C 33-601.303(2) If the
employee cannot resolve the matter through a verbal reprimand or corrective consultation the
employee SHALL consult with and obtain approval from his or her Supervisor regarding
PREPARATION of a formal disciplinary report, unless the employee is at the department head
level or correctional officer lieutenant level or higher. However no where in the statement of facts
does it states the OIC approved and authorized or was noticed of the writing of this
report. Also a violation of 33-601.308(1)(2)(A) The disciplinary team or hearing officers findings
SHALL enumerate the specific facts derived from the disciplinary report, the disciplinary investigative
report or witness statements and what specific evidence was used in used in the disciplinary team
or hearing conclusion However the Basis for decision from log #108-220311 states based on the officers
written report, and Any and All evidence presented and verified through the investigation. There was no
specifics facts used except for the officers improper statement as used in statement of facts of
infraction (2)(A) states, The dismissal of a disciplinary report may occur due to procedural
errors, technical errors or duplication of charges. This infraction is in procedural - (CONT.)

| 03/13/2022 | Wendell P Cuccin R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**      ☒  1 Wendell Cuccin

# / Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 3/14/22      Institutional Mailing Log #:_____

(Date)

(Received By)

108      5A

NF/DF

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | (1-15)  2/21/22 |
|---|---|---|---|
| | INMATE (2 Copies) | INMATE | |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY | |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

-(CONT.) errors because this infraction was not authorized and obtained approval nor does it states the **OIC** was notified of the writing of the report. nor does it state I was escorted to medical for a pre-confinement evaluation nor was I seen by on duty medical staff. And its a duplication of charges cause if you look at all of the V-15 infraction(s) I recieved on 2/21/2022, they all say 11:45 and all state the exact thing in the writing of the report, except I susposedly made different statements and struck them all at the same time 11:45. **33-602.222**(2)(A) states, Inmates **SHALL** be given pre-confinement medical evaluation by medical staff prior to being place in disciplinary confinement. However this infraction in procedural error because **F.A.C. 33-601.307**(1)(B) was violated it states if an inmate waives the right to be present or refuses to be present. form DC6-112D, 24hour/refusal to appear form shall be signed by the inmate and witness by the staff. However in the Findings and Actions from 03/03/2022 at 7:54 in the comments section, states inmate currin refused to appear at his disciplinary hearing and refused to sign the form DC6-112D, noting waiver or rights to be present at the disciplinary hearing which was witnessed by 2 staff members. However If you review Audio and video from 03/03/2022 anytime before 7:54 observing cell front #1108 where I was housed #1108 not one time did any one approach my cell and afford me the opportunity to attend or hearing and I refuse nor did anyone approach my cell with any type of form none to less form DC6-112D 24hour/refusal to appear form and ask me to sign and I refused to sign. (1)(B) also, state. The reason for the inmate's absence **SHALL** be explained in the basis of decision of the disciplinary report. Which the hearing team failed to do so. This Infraction is also a violation of **F.A.C. 33-208.002** (12)(19) because the comments section of the Findings and Action, holds false information. The remedy I Seek is to have this Dr removed from off my record, The CM recommendation denied and recieve a negotive transfer, because if its no infraction, how can there be a recommendation?

Please & thank you   GOD Bless

X 03/13/2022                              x Waddell Currin R58567

APR 22 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| CURRIN, WENDELL | R58567 | 22-6-10117 | UNION C.I. | U3102L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

You have not presented sufficient evidence or information to warrant overturning the disciplinary report.

Upon review, all pertinent facts for the review and determination by the hearing team is notated within the Basis of Findings per procedure.

It is the responsibility of the disciplinary team to consider the facts, review the statements/evidence and determine the credibility of witnesses. In this case, the team accepted the report writer's statement as the most credible.

Your administrative appeal is denied.

A. COCHRAN

*A. Cochran*

4/14/22

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

APR 06 2022

Department of Corrections
~~Office of the General~~

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

| Cussin, Wendell | P | R58567 | Walton C.I. |
|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**   22-6-1011?

I am filing this appeal for formal grievance log# 2203-108-024 for Dr log# 108-220305 because that my argument was this infraction was in violation of **F.A.C 33-601.307(1)(B)** If you look at the Dr Hearing information from 3/3/2022 states the hearing was held at 7:52 am. However the response states SGT. Head was at my door at 6:33am. It don't take 5 minutes to escort inmates to Ydorm from H-dorm for hearing and the hearing gets held over 1 hour and a half later. after I so called refused I never refuse to go cause im always gone fight my case. This formal grievance response is in violation of **F.A.C 33-208.002(12)(14)** As well as the Dr log# 108-220305 as I raised on the appeal. why wasn't I giving a response in the comment section on formal grievance log# 2203-108-024 about this rule im raising? Because if you review the **AUDIO** and view the camera recording you will not see nor hear SGT. **Head** or anyone approach my cell H1108 yes someone was on the wing pulling people for Dr court on 3/3/2022 but I was not one of these inmates, I was up all that morning waiting to attend court. I never was giving an opportunity as I stated on my appeal showing cell front of H1108 where im housed H1108C. you see this response only states The fixed wing camera was reviewed and shows SGT Head at your cell on 3/3/22 at 6:33 why the response does not state at your cell H1108 as I stated on my appeal. ok where is my cell door at? so if sco review the audio and video yourself and not just take the institution word yourself you will see that the institution is in multiple violations. It also states which was signed by two witnesses. But it only states SGT. Miller witnessed this. Who is the other witness? **33-601.307(1)(B)** states The reason for inmates absence **SHALL** be explained in the basis of decision section of the disciplinary report which was failed to do so. It was in the (CONT.)

| 03/29/2022 | Wendell Cussin R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

| # | Signature |
|---|---|
| 1 | Wendell Cussin |

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

*Receipt for Appeals Being Forwarded to Central Office*

Submitted by the inmate on: 3/30/22

(Date)   Institutional Mailing Log #: _____   (Received By)

5A

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

2203-108-024
(9-14)   2/21/22

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

*(CONT.)* comment section, according to chapter **33** its on the wrong part of the Disciplinary report and that is the only thing the Institution is going by the comments and the falsefy documents signed forms SGT. Miller noted. Because that was one of my arguments on my appeal why wasnt I giving an response to that particular issue as I raised on my appeal. whats the reason why this didnt take place. The remedy I seek is to have this DR overturned and removed off of my record and cecieve a negotive transfer, and a fair justice.

Please & thank you   GOD bless

X 03/19/2022                X Wendell Law   R58567

## PART B - RESPONSE

| CURRIN, WENDELL | R58567 | 2203-108-024 | WALTON C.I. | H1108L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

DISCIPLINARY REPORT LOG #108-220305 HAS BEEN REVIEWED.  YOU REFUSED TO BE PRESENT DURING THE DISCIPLINARY HEARING AND REFUSED TO SIGN FORM DC6-112D, WAIVER OF RIGHT TO BE PRESENT AT DISCIPLINARY HEARING WHICH WAS SIGNED BY TWO WITNESSES.  ALL WITNESS STATEMENTS WERE READ AND CONSIDERED.  YOU CLAIM THAT NOONE EVER CAME TO YOUR CELL TO GIVE YOU THE OPPORTUNITY TO APPEAR OR SIGN THE WAIVER.  THE FIXED WING CAMARA WAS REVIEWED AND SHOWS SGT. HEAD AT YOUR CELL DOOR ON 3/3/22 AT 6:23 A.M.  SGT. HEAD WAS QUESTIONED AND HE STATED THAT YOU REFUSED TO APPEAR AND THAT YOU REFUSED TO SIGN THE FORM.  SGT. MILLER WITNESSED THIS.   YOU HAVE NOT PRESENTED ANY NEW EVIDENCE THAT WOULD CHANGE THE DISCIPLINARY HEARING TEAM'S FINDING OF GUILTY.

GRIEVANCE DENIED.

YOU MAY OBTAIN FURTHER REVIEW OF YOUR COMPLAINT BY PROPERLY COMPLETING A DC1-303, PROVIDING ATTACHMENTS AS REQUIRED BY CHAPTER 33-103 AND FORWARDING YOUR COMPLAINT TO THE BUREAU OF INMATE GRIEVANCES, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FL  32399-2500.

| S. CARROLL | T. KNIGHT, WARDEN | 3-24-22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED 2-21-22
MAR 07 2022
ASST WARDEN
WALTON C.I.
9-17

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Currin, Wendell P | R58567 | Walton C.I. |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**          2203 108 024

I am filing this Appeal for Dr log# 108-220305 Disciplinary report hearing information is in violation of **F.A.C. 33-601.307(1)(B)** It states, If the Waives the right to be present or refuses to be present, form DC6-1120, 24 Hour/ Refusal to Appear Waiver form, **SHALL** be signed by the inmate and witnessed by an employee. If the inmate refuses to sign this form, this shall be noted and sign by the employee. However If you look at the comments of the Findings and Actions from 3/3/2022 at 7:52 it states inmate Currin refused to appear at his disciplinary hearing and refused to sign the form DC6-1120, noting waiver of right to be present at disciplinary hearing Which was witness by 2 staff members. However because of these actions that makes this infraction a violation of **F.A.C. 33-208.002(12)(19)** no employee shall falsely reports or records, no employee shall knowingly submit inaccurate or provide untruthful information on **ANY** department records, reports or documents. Because if you review the audio and video from 3/3/2022 any time before 7:52 showing cell front H1108 where I was housed H1108L not any time did anyone approach my cell and afford me the opportunity to appear at Dr Hearing and I refused, nor did any one approach my cell with any type of form none to less form DC6-1120 for me to sign and I refused to sign. 33-601.307(1)(B) also states, The reason for the inmate's absence **SHALL** be explained in the basis of the decision section of the disciplinary report, Which they failed to do so. The Remedy I seek is to have this Dr removed off My record and thrown out, and recieve a negative transfer. Please & thank you

| 3/6/2022 | Wendell C   R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

DC 05d

| X | 1 | Wendell C |
|---|---|---|
| # | | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____          Institutional Mailing Log #: _____          _____
                                        (Date)                                                                                                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.



APR 01 2022

**PART B - RESPONSE**

| CURRIN, WENDELL | R58567 | 22-6-08536 | WALTON C.I. | H1108L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

The institution should be given the opportunity to respond to your issue.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

A. COCHRAN

---

*A. Cochran*

3/28/22

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAR 24 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Cussin, Wendell P | R58567 | Walton C.I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**    22-6-08536

I am filing this appeal for Oclog# 108-220310, is in violation of F.A.C 33-601.304(2)(E)(F)(G) However if you look at all (3) infractions I recieved for 1-5 on 3/21/22 they all state the same time (11:45) I stated 3 different statements and are all claiming I struck them at the same time (11:45) this infraction says I stated "Fuck you cracker" and struck him in the abdomen with a close fist. However this infraction does not state any immediate actions taken nor does it states any specific facts necessary for understanding the charge. However it states Post use of force physical is attached an no photo graphs were taken due to no visible injuries. But it Does **NOT** state inmate was taken to medical for a Pre-confinement evaluation nor Does it states I was seen by on duty medical staff to evaluate I did have multiple visible injures. F.A.C 33-602.222(3)(A) Inmates **SHALL** be given Pre-confinement medical evaluation by medical staff prior to being placed in disciplinary confinement However this infraction is in violation of F.A.C 33-602.220(3)(A) Disciplinary charges are pending and the inmate needs to be temporarily removed from the general population in order to provide security or safety until such time as the disciplinary **HEARING** is **HELD**. The lenght of time spent in administrative confinement **SHALL** not exceed **7** working days unless the **ICT** authorizes an extension of **5** working days. This extension **SHALL** be documented on form DC6-229 Daily record of special housing unit. However I recieved this infraction on 02/21/2022 at 11:45 PM and didn't do or **HEARING** until 03/10/2022 at 7:11 am which is 13 working days. However this infraction in violation of F.A.C 33-601.308(1) The disciplinary team or hearing officer findings **SHALL** enumerate the **SPECIFIC FACTS** derived from th OR, the disciplinary investigative report or the witness statements and what specific evidence was used in the disciplinary team's or hearing chaclusion. However the Basis for decision from log# 108-220310 findings and Action Date 03/10/2022 at 7:11 states Based on the **WRITTEN** report, All evidence presented and verified through - (CON)

| 03/13/2022 | Wendell Cussin    R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    ☒ , Wendell Cussin

#    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 3/24/22    Institutional Mailing Log#: _____    _____

(Date)    (Received By)    5A

NF/DF

(1-5)  2/21/22

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

-(CONT.) the investigation. However there are no **SPECIFIC FACTS** used, because it only states Based on the **WRITTEN** report, But what written report? there were several written reports submitted, then it quote the improper written report from the infraction. However the hearing Delay comments, does not provide a valid enough reason, it states the same thing as log # 108-220311 and these infractions goes together happened at same time actually its the same incident, so how come this one for log# 108-220310 was not heard at the same time as log# 108-220311 and log# 108-220312 their all the same incident. However if you look at the Actions taken I was given 60 DC with 10 AC credit, However log# 108-220311 I receieved 60 DC with 1 AC with both Drs was recieved 2/31/22 why was the delay with this infraction. **33-601.308(2)(A)** states the dismissal may occur due to procedural errors, technical errors or duplication of charges. This infraction is in procedural error because it ~~was not authered~~ ~~at the but it appeared or stated~~ does not state inmate was escorted to medical for pre-confinement evaluation or seen by on duty medical staff. The 7 Working days was violated and If you look in the comment section of Findings and Action From log# 108-220310 it states, The inmate **NOT** provide a written statement. That makes this infraction a violation of **33-208.002(12)(19)** no employee shall falsefy reports or records, no employee shall Knowingly submit inaccurate or untruthful information on any reports, records or documents. However I did provide a written statement during the investigation process. **33-601.308(2)(A)** This infraction is a duplication of charges cause if you look at all the 1-15 infraction(s) I recieved on 2/21/2022 log#'(s) 108-220310, 108-220311, and 108-220312 all state 11:45, they all state the exact same thing in the statement of facts up until I suspusedly made a statement and did some type of physical act towards them. At (11:45) How is that possible to make **3** total different statements and Strike **3** physically Fit staff at same time while being restraint. The remedy I seek is to have this Dr dismissed and removed off of my record, The CM recommendation denied and recieve a negative transfer, cause if its no DC how can it be a CM recommendation.  Please & thank you  GOD Bless
X 03/13/2022     x Wendell Cumin R58567

APR 01 2022

**PART B - RESPONSE**

| CURRIN, WENDELL | R58567 | 22-6-08537 | WALTON C.I. | H1108L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

The institution should be given the opportunity to respond to your issue.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

A. COCHRAN

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

3/28/22
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

REC

MAR 24 2022

Department of C
Inmate Grievance

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Cussin, Wendell P | R58567 | Walton C.I. |
|---|---|---|
| Last  First  Middle Initial | DC Number | Institution |

Part A – Inmate Grievance          22-6-08537

I am filing this appeal for DC log #108-220312 is violation of F.A.C. 33-601.304(3)(E)(F)(G) However if you look at all three infractions I recieved for 1-15 on 2/31/2022 they all state the same time (11:45) I stated (3) different statements and are all claiming I struck them at the same time (11:45) this infraction say's I stated "Fuck you! I'm going to run you all night long." And kicked him SEVERAL times in the lower right leg during the struggle." However the definition for struggle: is A violent effort or ~~~~ exertion. Definition for Exert: To put forth, as strength, ability, etc put in vigorous action. Definition for violent & Moving, acting or characterized by extreme and sudden, or improper, force. definition ~~~~ for vigor: Active strength or force, as of ~~body~~ or mind; effective energy or Power. However this infraction does not state any immediate actions taken nor does it states any specific facts for necessary understanding the charge. However it states last use of force physical is attached and no photographs were taken due to no visible injuries, But it does not state inmate was taken to Medical for a pre-confinement evaluation nor does it states inmate was seen by no duty staff from Medical to evaluate that I did have visible injuries multiple injuries. F.A.C. 33-602.222(2)/A Inmates Shall be given Pre-confinement medical evaluation by medical staff prior to being placed in disciplinary confinement. This infraction is in violation of F.A.C. 33-601.303(2) If the employee cannot resolve the matter through a verbal reprimand or corrective consultation the employee SHALL consult with and obtain approval from his or her supervisor regarding PREPARATION of a formal disciplinary report, unless the employee is at the department head level or correctional officer lieutenant level or above. However no where in the statement of facts does it states the OIC approved and authorized or was notified of the writing of this report. However this infraction is in violation of F.A.C. 33-601.308(1)(2)(A) The disciplinary team or hearing officer's Findings SHALL enumerate the specific facts derived from the disciplinary report, the disciplinary investigative report or the witness statements (CONT.)

| 03/13/2022 | Wendell Cussin R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

| 2 | Wendell Cussin |
|---|---|
| # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 3/24/22
(Date)

Institutional Mailing Log #:_____

(Received By)    5A

108
NF/DP
(1-15)  2/01/22

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

-(CONT.) and what specific evidence was used in the disciplinary teams or hearing conclusion. However the Basis of decision from log# 108-220312 Findings and Action Date 03/10/2022 At 7:10 states Based on the written report, All evidence Presented and verified through the investigation. However there are no **SPECIFIC FACTS** used, because it states Based on the **written** report, But what written report? then it quote the officer's improper written report. However in the hearing delay comments, it does not provide a valid enough reason It says the same thing as log# 108-220311 and these infractions go together so how come this one for log# 108-220312 was not heard same time, However in the Actions taken I was given 60 DC with 10 AC credit However infraction log# 108-220311 I recieved 60 DC with 1 AC with both DR's was recieved 2/21/2022 Why was a delay with this infraction. However this infraction is in violation of **33-602.220** (3)(A) Disciplinary charges are pending And the inmate needs to be removed from the general population in order to provide security or safety until such time as the disciplinary **HEARING** is **HELD.** The length of time spent in administrative confinement **SHALL** not exceed 7 working days unless the ICT authorizes an extension of **5** working days. This extension shall be documented on form DC6-229, Daily records of special housing However I recieved this infraction on 2/21/2022 at 11:45 and did not do Dr **HEARING** until 03/10/2022 at 7:11am which is 13 working days. **33-601.308(7)(A)** states, The dismissal of a disciplinary report may occur due to procedural errors, technical errors or duplication of charges. This infraction is in procedural error because it was not authorized and obtained approval or Notified of the **OIC** of the writing of this report, It does not state inmate was escorted to medical for a pre-confinement evaluation nor was I seen by on duty Medical staff. The 7 working days was violated. And its a duplication of charges cause if you look at all of the 1-15 infractions I recieved on 2/21/2022 they all state 11:45 And they all state the exact same thing in the statement of facts up until I supposedly made a statement and did same type of physical act towards them. The Remedy I seek is to have this Dr dismissed and removed off my record, and the CM recommendations Denied cause with no Dr, how can it be a CM recommendation and recieve a negative transfer.    Please + thank you    GOD BLESS

X 03/13/2022                    X Wendell Craig R58567

## PART B - RESPONSE

| CURRIN, WENDELL | R58567 | 2203-108-057 | WALTON C.I. | H1108L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

YOU WERE FOUND GUILTY OF 1-15, BATTERY OR ATTEMPTED BATTERY ON A CORRECTIONAL OFFICER, BASED UPON SGT. BEAVERS'S WRITTEN REPORT AND CONFIRMED IN THE INVESTIGATION. SGT. BEAVERS STATED THAT HE WAS PRESENT IN C-DORMITORY AFTER RESPONDING TO A CALL FOR A DISORDERLY INMATE. SGT. BEAVERS OBSERVED YOU DISRUPTING THE NORMAL OPERATIONS OF THE DORM AND ATTEMPTED TO RESTRAIN YOU. YOU THEN STATED, "FUCK YOU, I'M GOING TO RUN YOU ALL NIGHT LONG," AND KICKED SGT. BEAVERS SEVERAL TIME IN THE LOWER RIGHT LEG DURING THE STRUGGLE. YOU CLAIM THAT DR LOG NUMBERS: 108-220310, 108-220311, AND 108-220312 COULD NOT HAVE HAPPENED AT THE SAME TIME; HOWEVER, THERE ARE 60 SECONDS IN A MINUTE AND DURING THIS KIND OF CONFRONTATION, IT IS POSSIBLE. PER CHAPTER 33-601.04, THE PRE-CONFINEMENT EVALUATION DOES NOT HAVE TO BE INCLUDED IN THE STATEMENT OF FACTS. LT. PURVIS WAS THE O.I.C. AND APPROVED THIS DISCIPLINARY REPORT PER CH 33-601.303(2). PER CHAPTER 33-602.220(3)(A) "THE LENGTH OF TIME SPENT IN ADMINISTRATIVE CONFINEMENT FOR THIS REASON SHALL NOT EXCEED SEVEN WORKING DAYS UNLESS THE ICT AUTHORIZES AN EXTENSION OF FIVE WORKING DAYS," WHICH THE ICT DID AUTHORIZE. YOU CALLED WITNESSES IN YOUR BEHALF AND THE WITNESS STATEMENTS WERE READ AND CONSIDERED DURING THE DISCIPLINARY HEARING. YOU HAVE NOT PRESENTED ANY NEW EVIDENCE THAT WOULD CHANGE THE DISCIPLINARY HEARING TEAM'S FINDING OF GUILTY.

GRIEVANCE DENIED.

YOU MAY OBTAIN FURTHER REVIEW OF YOUR COMPLAINT BY PROPERLY COMPLETING A DC1-303, PROVIDING ATTACHMENTS AS REQUIRED BY CHAPTER 33-103 AND FORWARDING YOUR COMPLAINT TO THE BUREAU OF INMATE GRIEVANCES, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FL 32399-2500.

| S. CARROLL | T. KNIGHT, WARDEN | 3-30-22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

RECEIVED

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAR 15 2022

ASST. WARDEN PROGRAMS
WALTON C.I.

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Currin, Wendell P | R58567 | Walton C.I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**          2203108057

I am filing this appeal for Dr log# 108-220312 because it's in violation of **F.A.C 33-601.304(2)(E)(F)(G)** However if you look at all 3 infractions for 1-15 I recieved on 02/21/2022 all state the same time 11:45 I stated 3 different statements and all are claiming I struck them at the same time 11:45. However this infraction does not state any immediate actions taken nor does it state any specific facts necessary for understanding the charge. However it state post use of force physical is attached and no photographs were taken due to no visible injuries. But it does not state inmate was escorted to Medical for a pre-confinement evaluation nor does it state inmate was seen by on duty medical stuff to evaluate that I did have multiple visible injuries. However this infraction is in violation of **F.A.C. 33-208.002(13)(19)**, it's also a violation of **F.A.C. 33-601.303(2)** if the employee cannot resolve the matter through a verbal reprimand or corrective consultation the employee **SHALL** consult with and obtain approval from his or her supervisor regarding **PREPARATION** of a formal disciplinary report, unless the employee is at the department head level or correctional officer lieutenant level or higher. However no where in the statement of facts does it states the OIC approved and authorized or notified the writing of this report. However this infraction is in violation of **F.A.C. 33-601.308(1)(a)(A)** The disciplinary team or hearing officer's findings **SHALL** enumerate the **SPECIFIC** facts derived from the DR, the disciplinary investigative report or the witness statements and what specific evidence was used in the disciplinary team's or hearing conclusion. However the Basis for decision from log# 108-220312 findings and Actions states based on the written report. All evidence presented and verified through the investigation. But what written report there were a few written reports turn in pertaining this DR. There were no **SPECIFIC** facts used except for the officers improper — **(CONT.)**

| 03/14/2022 | Wudell Currin R58567 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

One (1sd)

| # | Signature |
|---|---|
| 2 | Wudell Currin |

**INSTRUCTIONS**

(CONT.) statement as used in the statement of facts of the infraction.

33-601.308(2)(A) The dismissal of a disciplinary report may occur due to Procedural errors, technical errors or duplication of charges. This infraction is in procedural error because the DIC did not approve and authorized or was notified the writing of this report, nor does it state Inmate was escorted to Medical for a pre-confinement evaluation nor was inmate seen by on duty medical staff. Its a violation of the 7 working days. And its a duplication of charges cause if you look at all 3 infractions I recieved on 02/21/2022 for 1-15 they all say 11:45 and state the exact same thing in the statement of facts, up until I supposedly made a statement and did some type of physical act towards staff.

33-602.222(2)(A) Inmates **SHALL** be given a Pre-confinement Medical evaluation by medical staff prior to being placed in disciplinary confinement. Which never happened. Also A violation of **F.A.C 33-602.220(3)(A)** Disciplinary charges are pending and the inmate needs to be temporarily removed from general population in order to provide security or safety until such time as the disciplinary **HEARING** is **HELD**. The length of that time spent in administrative Confinement **SHALL NOT** exceed **7** working days unless the ICT authorizes an extension of **5** working days. This extension **SHALL** be documented on form DC6-229, daily record of special housing. However I recieved this infraction on 02/21/2022 delivered to inmate on 02/28/2022 and went to Dr Court on 3/10/2022 However thats a total of 13 working days and 8 working days since dr delivered to inmate. How come Dr was not heard the same day as log #168-220311 both Dr are the same incident the Basis of decision does not have valid reason for the delay. the hearing delay comments states the exact - (CONT.)

—(CONT.) same thing as Dr log# 108-220311 so if these infraction are the same incident the Dr hearing should have been the same day because the investigation process was the same process so why was the delay with this Dr hearing. The remedy I seek is to have this Dr thrown out and dismissed off my record, the cm recommendation denied and recieve a negative transfer because if theirs no infraction how can they be a cm recommendation Please & thank you GOD Bless

X 03/14/2022            X Wllh — R58567

Wendell Currin RS8567 U11652
Union Correctional Institution
P.O. Box 1000
Raiford, FL 32083

Mailed from a State
Correctional Institution

US POSTAGE
ZIP 32083
02 4W
0000376785

Clerk, U.S. District Court
One North Palafox Street
Pensacola, FL 32502-5658

Union Correctional Institution

OCT 0 4 2022

Received for mailing by C. W.