UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin
        Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

        Defendant.
_____/

## **DEFENDANT, WALTER GOYER'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

The Defendant, Walter Goyer, by and through his undersigned counsel, now files his Answer to Complaint and Affirmative Defenses and states as follows:

1. Defendant, Walter Goyer, denies each and every allegation in Plaintiff's Complaint and demands strict proof thereof.

## **AFFIRMATIVE DEFENSES**

1. As an Affirmative Defense, Defendant avers that Defendants are entitled to qualified immunity and therefore Plaintiff's claim is barred as a result.

2. As a further Affirmative Defense, Defendant avers that Plaintiff's claims are barred and/or limited by the doctrines of sovereign immunity, official immunity, sovereign and discretionary act immunity and Federal law.

3. As a further Affirmative Defense, Defendant states that Plaintiff has failed to exhaust the available grievance procedures and therefore, his claims are barred.

4. As a further Affirmative Defense, Defendant avers that Plaintiff has failed to state a cause of action under 42 U.S.C. §1983, and as a result, this Honorable Court lacks subject matter jurisdiction over Plaintiff's claims. Plaintiff has failed to allege the violation of any of his constitutional rights.

5. As a further Affirmative Defense, Defendant states that any injury or damage suffered by Plaintiff to the extent actually incurred was caused by Plaintiff's own wrongful acts, reckless misconduct or negligence, and any recovery must be reduced accordingly.

6. As a further Affirmative Defense, Defendant states that any recovery by Plaintiff for medical bills must be limited to the amounts actually paid or payable, as that is the true measure of any damages for such a claim.

7. As a further Affirmative Defense, Defendant states that the cause of this accident is due to the fault of others over which this Defendant had no control and to that extent the liability of this Defendant should be reduced or barred, and Plaintiff's damages reduced accordingly.

8. Defendant reserves the right to allege additional affirmative defenses as warranted.

## DEMAND FOR JURY TRIAL

The Defendant, Walter Goyer, hereby demands a trial by jury of all issues triable as of right by a jury.

Case No. 3:22-CV-20350-MCR-ZCB

## **CERTIFICATE OF SERVICE**

WE CERTIFY that a copy of the foregoing has been e-filed and e-served to: , this 7th day of March 2023.

.

        WALTON LANTAFF SCHROEDER & CARSON LLP
        Attorneys for Defendant Timothy Beavers
        551 NW 77th Street, Suite 204
        Boca Raton Florida 33487
        Tel:   (561) 689-6700
        Fax:  (561) 689-2647

        By: */s/ Michele T. Bachoon*
           Michele T. Bachoon, Esquire
           Florida Bar No.: 74129
           E-mail: mbachoon@waltonlantaff.com