UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN
    Plaintiff,

v.                                     CASE NO: 3:22-CV-20350/MCR/ZCB

TIMOTHY BEAVERS, et. al.,
    Defendants.
_____/

## DECLARATION FOR ENTRY OF DEFAULT

I, Wendell Currin hereby declares:

I am the Plaintiff herein. The complaint herein was filed on the 12th of October, 2022.

The Court files and record herein show that the Defendants were served by U.S. Marshall with a copy of summons and a copy of Plaintiff's complaint within seven days of the 29th of December, 2022.

More than 60 days have elapsed since the date on which Defendants herein were served with summons and a copy of Plaintiff's complaint, excluding date thereof.

The Defendants have failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other Plaintiff herein.





1

Plaintiff is unable to confer with or provide the Defendants with any of the *pro se* filings due to the Plaintiff's not having the Defendants correct address.

Defendants are not in the military service and are not infants or incompetents.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*Wendell Currin*
Wendell Currin, March 24, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "DECLARATION FOR ENTRY OF 'DEFAULT'" has been placed into the hands of Union Correctional Institution mailroom staff/ officials for placement into the U.S. Mail for ultimate delivery to: The Clerk of the Court, 1 North Palafox Street, Pensacola, Florida 32502 on this 24th day of March, 2023.

/s/ Wendell Currin R58567
Wendell Currin, DC#R58567
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

3