UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin,

              Plaintiff(s),

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

              Defendants.
_____/

# DEFENDANTS TIMOTHY BEAVERS, WALTER GOYER, AND DERRICK PURVIS', RESPONSE TO MOTION FOR DEFAULT

Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through the undersigned attorney, files this Response to Plaintiff's Motion for Default, and as grounds states as follows:

1. On 1/11/23 the Defendants were served with the Plaintiff's complaint.

2. On 3/7/23 each Defendant responded to the Plaintiff's complaint and filed their response with the Court. *See* Dkt. 19, 20 and 21.

3. The Answers to the Complaint were inadvertently not mailed to the Plaintiff.

4. The undersigned has since mailed the Answers to the Plaintiff.

5. The 4th District Court of Appeals has consistently held that lawsuits should be allowed to be determined on their merits. *Stroh v. Arthur & Dorothy Dudley*, 476 So.2d 230 (Fla. 4th DCA 1985), and *Love v. Allis-Chalmers Corporation*, 362 So.2d 1037 (Fla. 4th DCA), cert dismissed, 366 So.2d 879 (Fla. 1978). The Defendant believes this cause is defendable and should be treated as such.

Case No.
2

WHEREFORE, the Defendant respectfully requests that this Court deny the Motion for Default on the grounds stated herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically mailed/served this 31st day of MARCH, 2023, to:  .

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for**

551 NW 77th Street
Suite 204
Boca Raton, FL 33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com


By: /s/ *Michele T. Bachoon*
Michele T. Bachoon, Esquire
Florida Bar No.: 74129