UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

# CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Wendell Currin,

Inmate ID Number: R58567,

(*Write your full name and inmate ID number.*)

v.

Sgt. Timothy Beavers,

Sgt. Walter Goyer,

Lt. Derrick Purvis,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

Case No.: 3:22cv20350/MCR/ZCB
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☑ YES   ☐ NO


FILED USDC FLND PN
APR 11 '23 AM 9:50

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Wendell Currin   ID Number: R58567

List all other names by which you have been known: N/A

Current Institution: Union Correctional Institution

Address: P.O. Box 1000

Raiford, FL 32083

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Timothy Beavers

   Official Position: Sergeant

   Employed at: Walton Correctional Institution

   Mailing Address: 691 Institution Road

   DeFuniak Springs FL, 32433

   ☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

2. Defendant's Name: Walter Goyer

   Official Position: Sergeant

   Employed at: Walton Correctional Institution

   Mailing Address: 691 Institution Road

   DeFuniak Springs FL 32433

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

3. Defendant's Name: Derrick Purvis

   Official Position: LT.

   Employed at: Walton Correctional Institution

   Mailing Address: 691 Institution Road

   DeFuniak Springs FL 32433

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other (*explain below*):

_____N/A_____

_____N/A_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

The incident took place at Walton Correctional Institution, in C-dorm in the bathroom area where there was no camera viewing that area at apprex: 11:45PM on 2/21/2022. Defendant No.1 Sergeant Timothy Beavers was the first to punch Plaintiff knocking Plaintiff to the ground when Plaintiff turned around to submit to hand restraints, Defendant #1 used excessive force causing bodily harm by punching and kicking Plaintiff, breaking Plaintiff right index finger and damaging my vision in my right eye while constantly punching Plaintiff in the right eye over and over even after restraints was applied. While Plaintiff was in hand and leg restraints, defendent #1 along with defendants #2 and 3 dragged Plaintiff accross the floor by leg irons, refused to let Plaintiff see medical on 2/21/22, 2/22/2022.

Defendant #2 Sergeant Walter Goyer along with #1 and #3 Sergeant Goyer punched and kicked Plaintiff while in

## Statement of Facts Continued (Page____of____)

hand restraints using excessive force causing bodily harm dragging plaintiff across the floor by leg irons and refused to let plaintiff see medical after right index finger was broke and right eye was severely swollen by all defendants using excessive force on 2/21/2022

Defendant No. 3 Lt. Derrick Purvis, used excessive force along with other defendants causing bodily harm by breaking plaintiff right index finger and damaging my right eye vision by punching and kicking plaintiff in hand restraints then dragged plaintiff across the floor by hand restraints refusing to let plaintiff receive any medical treatment on 2/21/2022 - 2/22/2022. Each defendants maliciously sadistically caused a wanton infliction of pain which resulted in severe medical related injuries (broken right index finger and impairment vision right eye) and are fully responsible for such.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

The claims are for all Defendants Eight Amendments violation Excessive use of force and Deliberate in different to medical needs

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

$500,000 actual damages each Defendant, $500,000 punitive damages each Defendant. I am asking for this amount because I am right handed and my right index was broken and did not properly heal and is going to get worst over the years along with my right eye, I also now suffer from glaucoma due to this incident and will get worst as I age.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** ***If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*** If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

***This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.***

**ATTENTION:** ***The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while***

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES  ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: N/A  Case #: N/A

   Court: N/A

   Reason: N/A

2. Date: N/A  Case #: N/A

   Court: N/A

   Reason: N/A

3. Date: N/A  Case #: N/A

   Court: N/A

   Reason: N/A

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: N/A         Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A   Dismissal Date *(if not pending)*: N/A

   Reason: N/A

2. Case #: N/A         Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A   Dismissal Date *(if not pending)*: N/A

   Reason: N/A

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☑ NO

If "Yes," identify all lawsuits, petitions and appeals:

6. Case #: __N/A__  Parties: __N/A__

   Court: __N/A__  Judge: __N/A__

   Date Filed: __N/A__ Dismissal Date (*if not pending*): __N/A__

   Reason: __N/A__

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

1. Case #: N/A          Parties: N/A
   Court: N/A           Judge: N/A
   Date Filed: N/A      Dismissal Date (*if not pending*): N/A
   Reason: N/A

2. Case #: N/A          Parties: N/A
   Court: N/A           Judge: N/A
   Date Filed: N/A      Dismissal Date (*if not pending*): N/A
   Reason: N/A

3. Case #: N/A          Parties: N/A
   Court: N/A           Judge: N/A
   Date Filed: N/A      Dismissal Date (*if not pending*): N/A
   Reason: N/A

4. Case #: N/A          Parties: N/A
   Court: N/A           Judge: N/A
   Date Filed: N/A      Dismissal Date (*if not pending*): N/A
   Reason: N/A

5. Case #: N/A          Parties: N/A
   Court: N/A           Judge: N/A
   Date Filed: N/A      Dismissal Date (*if not pending*): N/A
   Reason: N/A

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 4/5/2023   Plaintiff's Signature: Wendell Currin

Printed Name of Plaintiff: Wendell Currin

Correctional Institution: Union Correctional Institution

Address: P.O. Box 1000

Raiford, FL 32083

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 5th day of 04, 20 23.

Signature of Incarcerated Plaintiff: Wendell Currin

Wendell Currin R58567 U4106L
Union Correctional Institution
P.O. Box 1000
Raiford, FL 32083

Mailed from a State
Correctional Institution



APR 2 1 2023

United States District Court
1 N Palafox Street
Pensacola, FL 32502



Received for mailing by C. W.
APR 05 2023
Union Correctional Institution