UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Wendell Currin,
Plaintiff

vs                                              Case No: 3:22cv20350/MCR/ZCB

Timothy Beavers, et al.,
Defendants
_____/

## NOTICE TO COURT

Plaintiff is an inmate of the Florida department of corrections. I have not heard anything from the defendants or the defendant counsel. So therefore I have noway to forward my Amended Complaint. Plus I have my interrogatories and my production of documents ready to forward to defendants or defendant counsel. How do I participate with my discovery process? On my notice it states do NOT file directly to the clerk, to forward directly to the defendant counsel. How am I to do this when I do not have no address? My due date for any requested discovery must be no later than May 11, 2023 my time almost expired, what do I do?

I declare under penalty of perjury that the foregoing is true and correct.

/S/ Wendell Currin    April 5th, 2023