UNITED STATES DISTRICT COURT<br>
NORTHERN DISTRICT OF FLORIDA<br>
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin,

          Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

          Defendants.

_____/

## **REQUEST TO PRODUCE**

The Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through the undersigned attorneys, pursuant to Rule 1.350, Florida Rules of Civil Procedure, request the Plaintiff, Wendell Currin, to produce the following documents at the offices of the undersigned counsel for inspection and/or copying within the time specified by the aforementioned Rule and Rule 1.090(e), Florida Rules of Civil Procedure, or at such other place and time as may be agreed upon by counsel.

1. All bills or statements for medical treatment, medication or other related items, the cost of which is claimed to have been incurred by the Plaintiff as a result of the injuries allegedly sustained by the Plaintiff.

2. Copies of all medical reports received by Plaintiff, Plaintiff's attorneys, from doctors, physicians, or anyone else who has rendered treatment to the Plaintiff or examined Plaintiff for injuries incurred as a result of the incident which is the subject matter of this lawsuit.

3. All written statements made by the Defendant concerning this action or its subject matter or an electrical, or other recording or transcription of a statement that is a substantial verbatim recital of an oral statement.

4. Any and all medical records relating to injuries you sustained prior to or separate from the alleged abuse.

5. Any and all incident reports or other documentation relating to the alleged abuse, including but not limited to any complaints you filed with prison officials or other authorities.

6. Any and all written statements or testimony from witnesses to the alleged abuse.

7. Any and all photographs or other visual evidence relating to the alleged abuse.

8. Any and all correspondence, including letters or emails, between you and any prison officials, officers or other personnel relating to the alleged abuse.

9. Any and all disciplinary records or complaints against you while incarcerated, which may be relevant to your credibility or motive in bringing these charges.

10. Any and all correspondence, including letters or emails, between you and any prison officials, officers or other personnel relating to the alleged abuse.

11. Records of any medical treatment you received as a result of the alleged abuse, including hospital records, emergency room records, and medical reports.

12. Any and all medical records pertaining to pre-existing medical conditions that may be relevant to your allegations of abuse.

13. Any and all medical records pertaining to injuries sustained by you prior to or separate from the alleged abuse, which may be relevant to the extent of any injuries that may have been caused by the officers named in your complaint.

14. Any and all statements made by witnesses to the events leading up to or following the alleged abuse.

15. Any and all statements made by witnesses who were present in the area where the alleged abuse took place.

16. Any and all grievances stemming from the subject incident as alleged in the Complaint.

17. Any and all responses to grievances stemming from the subject incident as alleged in the Complaint.

18. Any and all appeals resulting from the denial of any grievances and responses to same stemming from the subject incident as alleged in the Complaint.

19. Any and all grievances stemming from any incidents involving the Plaintiff since Plaintiff has been incarcerated at Walton Correctional Institute.

20. Any and all responses to grievances involving the Plaintiff since Plaintiff has been incarcerated at Walton Correctional Institute.

21. Any and all appeals resulting from the denial of any grievances and responses to same since Plaintiff has been incarcerated at Walton Correctional Institute.

22. A copy of the Plaintiff's disciplinary report history since Plaintiff has been incarcerated at Walton Correctional Institute.

23. Any and all other documents or evidence which support the Plaintiff's allegations in the Complaint.

**CERTIFICATE OF SERVICE**

WE CERTIFIY that a copy of the foregoing has been mailed to Plaintiff on this 12th day of April, 2004
.

                        Walton Lantaff Schroeder & Carson LLP
                        **Attorneys for**
                        551 NW 77th Street
                        Suite 204
                        Boca Raton, FL 33487
                        Tel:    (561) 689-6700
                        Fax:   (561) 689-2647

By: *MBachoon*
                        Michele T. Bachoon, Esquire
                        Florida Bar No. 74129