UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin,

        Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

        Defendants.
_____/

## DEFENDANTS' NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES TO PLAINTIFF(S)

COMES NOW the Defendant(s), Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through undersigned attorneys propounds the attached Set of Interrogatories consisting of Interrogatories To Plaintiff , to be answered within thirty (30) days from the date hereof in accordance with Fla. R. Civ. P. 1.340.

The undersigned counsel certifies that a copy of the FIRST Set of Interrogatories were electronically served on this 12th day of April, 2023.

An executed copy of this certificate is being filed with the Court as provided by said Rule.

WALTON LANTAFF SCHROEDER & CARSON LLP
Attorneys for Defendant
551  NW  77th Street
Suite  204
Boca Raton, FL  33487
Tel:  (561) 689-6700
Fax:  (561) 689-2647

Case No.

By: *MBachoon*
Michele T. Bachoon, Esquire
Florida Bar No.: 74129