# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

Wendell Currin
Plaintiff,

VS.  Case No: 3:22cv20350/MCR/ZCB

Timothy Beavers, et. al.,
Defendants.
_____/

## DECLARATION FOR ENTRY OF DEFAULT

I, Wendell Currin hereby declares:

I am the plaintiff herein. The complaint herein was filed on the 12th of October, 2022.

The court files and record herein show that the defendants counsel was ordered to send plaintiff a copy of all documents that have been filed on defendants' behalf, within seven days of the 11th of April, 2023.

More than 7 days have elapsed since the 11th of April, 2023 Plaintiff still have not recieved any documents from defendants counsel.

The defendants have failed to serve a copy of any documents or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetents.

I Declare under penalty of Perjury that the foregoing is true and correct.

Wendell Currin R58567
Wendell Currin, April 20, 2023

RECEIVED FOR MAILING
APR 20 2023
BY UNION CORRECTIONAL

FILED USDC FLND PN
APR 24 '23 PM 2:24

RECEIVED FOR MAILING

APR 20 2023

BY UNION CORRECTIONAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "DECLARATION FOR ENTRY OF DEFAULT" has been placed into the hands of Union Correctional Institution Mailroom Staff/officials for placement into the U.S. Mail for ultimate delivery to: The clerk of court, 1 North Palafox Street, Pensacola, FL 32502 on this 20th day of April, 2023.

/s/ Wendell C—— R58567
Wendell Currin, DC#R58567
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

Wendell Corria R585567 U4106L
Union Correctional Institution
P.O. Box 1000
Raiford FL 32083

Mailed from a State
Correctional Institution



US POSTAGE from PITNEY BOWES
ZIP 32083
02 4W
0000376785 APR 21 2023
$ 000.60⁰

US DISTRICT COURT
1 NORTH PALAFOX STREET
Pensacola, FL 32502

32502$5665 C003

APR 2 4 2023

RECEIVED FOR MAILING

APR 2 0 2023

BY UNION CORRECTIONAL