UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

            Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

            Defendant.

_____/

**DEFENDANTS TIMOTHY BEAVERS, WALTER GOYER, AND DERRICK PURVIS', RESPONSE TO DECLARATION FOR ENTRY OF DEFAULT**

    Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through the undersigned attorney, files this Response to Plaintiff's Declaration for Entry of Default, and as grounds states as follows:

1.    On March 29, 2023, the Plaintiff filed a Declaration for Entry of Default alleging he had not received the Answer to the Complaint.

2.    Defendants filed their Answers to the Complaint on March 7, 2023. (Docs. 12, 13, 14).

3.    Upon receipt of the Plaintiff's Motion for Default, the undersigned's office sent the Plaintiff all the documents which had been filed to date. Defendants state that all documents, including the Answer to Complaint, were sent to Plaintiff on April 3, 2023, and received by Union Correctional Institution on April 5, 2023. See FedEx proof of Delivery, attached hereto as Exhibit "A".

4.    On April 24, 2023, the Plaintiff filed a Declaration for Entry of Default alleging the Defendants failed to comply with the prior Court Order dated April 11, 2023, directing the Plaintiff to be served with a copy of all documents filed to date.

5.  As shown above, the Defendants sent the Plaintiff all documents filed by FedEx upon receipt of the original Motion for Default.

WHEREFORE, the Defendant respectfully requests that this Court deny the Declaration/Motion for Default on the grounds stated herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically mailed/served this 8th day of May, 2023, to:  .

            WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for**
551 NW 77th Street
Suite 204
Boca Raton, FL 33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com

By: _/s/ Michele T. Bachoon_
    Michele T. Bachoon
    Florida Bar No.: 74129

# EXHIBIT A

![FedEx]

April 26, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771743149155

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.STILES | **Delivery Location:** | 7816 NW 228TH ST |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | RAIFORD, FL, 32083 |
| | | **Delivery date:** | Apr 5, 2023 11:09 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771743149155 | **Ship Date:** | Apr 3, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Wendell Currin R58567, Union Correctional Institution
PO BOX 1000
Raiford
RAIFORD, FL, US, 32083

**Shipper:**
Solange Avallone,
551 NW 77TH ST
BOCA RATON, FL, US, 33487

**Reference**    8765-00593/ Currin



Thank you for choosing FedEx