UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

          Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

          Defendant.

_____/

## DEFENDANTS TIMOTHY BEAVERS, WALTER GOYER, AND DERRICK PURVIS', RESPONSE TO RESPONSE TO ORDER DATED MAY 9, 2023

Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through the undersigned attorney, files this Response to the Court's Order dated May 9, 2023 (Doc. 46), and as grounds states as follows:

1.      On May 6, 2023, the undersigned e-filed the Response to Plaintiff's Declaration for Entry of Default. (Doc 39).

2.      On May 6, 2023, the undersigned e-filed the Answers to the Plaintiff's Amended Complaint. (Docs. 42, 43, and 44).

3.      The Certificates of Service on the above-referenced documents did not indicate that the Plaintiff was served. This was an error. The Plaintiff was also sent the above-referenced documents on May 6, 2023 via FedEx (tracking # 772076061417) to Wendell Currin, R58567 at Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083.

4.      Defendants have since updated the certificates of service to reflect that the Plaintiff was sent the above-referenced documents on May 6, 2023. The updated documents are attached hereto as Exhibit "A".

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed and sent via FedEx 772128052858 to Wendell Currin, R58567 at Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 on this 12th day of May, 2023.

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendants**

551  NW  77th Street
Suite  204
Boca Raton, FL  33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com


By:   /s/ Michele Bachoon
    Michele T. Bachoon
    Florida Bar No.: 74129

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

          Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

          Defendant.

_____/

**DEFENDANTS TIMOTHY BEAVERS, WALTER GOYER, AND DERRICK PURVIS',
RESPONSE TO DECLARATION FOR ENTRY OF DEFAULT**

        Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through the undersigned attorney, files this Response to Plaintiff's Declaration for Entry of Default, and as grounds states as follows:

1.      On March 29, 2023, the Plaintiff filed a Declaration for Entry of Default alleging he had not received the Answer to the Complaint.

2.      Defendants filed their Answers to the Complaint on March 7, 2023. (Docs. 12, 13, 14).

3.      Upon receipt of the Plaintiff's Motion for Default, the undersigned's office sent the Plaintiff all the documents which had been filed to date. Defendants state that all documents, including the Answer to Complaint, were sent to Plaintiff on April 3, 2023, and received by Union Correctional Institution on April 5, 2023. See FedEx proof of Delivery, attached hereto as Exhibit "A".

4.      On April 24, 2023, the Plaintiff filed a Declaration for Entry of Default alleging the Defendants failed to comply with the prior Court Order dated April 11, 2023, directing the Plaintiff to be served with a copy of all documents filed to date.

5.      As shown above, the Defendants sent the Plaintiff all documents filed by FedEx upon receipt of the original Motion for Default.

WHEREFORE, the Defendant respectfully requests that this Court deny the Declaration/Motion for Default on the grounds stated herein.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed and sent via FedEx (tracking # 772076061417) to Wendell Currin, R58567 at Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 on this 6th day of May, 2023.

WALTON LANTAFF SCHROEDER &
CARSON LLP
**Attorneys for Defendants**
551  NW  77th Street
Suite  204
Boca Raton, FL  33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com


By:   Michele Bachoon
      Michele T. Bachoon
      Florida Bar No.: 74129

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

            Plaintiff(s),

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

            Defendant.

_____/

## **DEFENDANT, DERRICK PURVIS' ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES**

The Defendant, Derrick Purvis, by and through his undersigned counsel, now files his Answer to Amended Complaint and Affirmative Defenses and states as follows:

1. Defendant, Derrick Purvis, denies each and every allegation in Plaintiff's Amended Complaint and demands strict proof thereof.

## **AFFIRMATIVE DEFENSES**

1. As an Affirmative Defense, Defendant avers that Defendants are entitled to qualified immunity and therefore Plaintiff's claim is barred as a result.

2. As a further Affirmative Defense, Defendant avers that Plaintiff's claims are barred and/or limited by the doctrines of sovereign immunity, official immunity, sovereign and discretionary act immunity and Federal law.

3. As a further Affirmative Defense, Defendant states that Plaintiff has failed to exhaust the available grievance procedures and therefore, his claims are barred.

4.  As a further Affirmative Defense, Defendant avers that Plaintiff has failed to state a cause of action under 42 U.S.C. §1983, and as a result, this Honorable Court lacks subject matter jurisdiction over Plaintiff's claims. Plaintiff has failed to allege the violation of any of his constitutional rights.

5.  As a further Affirmative Defense, Defendant states that any injury or damage suffered by Plaintiff to the extent actually incurred was caused by Plaintiff's own wrongful acts, reckless misconduct or negligence, and any recovery must be reduced accordingly.

6.  As a further Affirmative Defense, Defendant states that any recovery by Plaintiff for medical bills must be limited to the amounts actually paid or payable, as that is the true measure of any damages for such a claim.

7.  As a further Affirmative Defense, Defendant states that the cause of this accident is due to the fault of others over which this Defendant had no control and to that extent the liability of this Defendant should be reduced or barred, and Plaintiff's damages reduced accordingly.

8.  Defendant reserves the right to allege additional affirmative defenses as warranted.

### DEMAND FOR JURY TRIAL

The Defendant, Derrick Purvis, hereby demands a trial by jury of all issues triable as of right by a jury.

### CERTIFICATE OF SERVICE

Walton Lantaff Schroeder & Carson LLP
551 NW 77th Street
Suite 204
Boca Raton, FL 33487
2

Case No. 3:22-CV-20350-MCR-ZCB

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed and sent via FedEx (tracking # 772076061417) to Wendell Currin, R58567 at Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 on this 6th day of May, 2023.

.

        WALTON LANTAFF SCHROEDER & CARSON LLP
        Attorneys for Defendant Derrick Purvis
        551  NW  77th Street, Suite  204
        Boca Raton Florida 33487
        Tel:   (561) 689-6700
        Fax:  (561) 689-2647

        By: */s/ Michele T. Bachoon*
          Michele T. Bachoon, Esquire
          Florida Bar No.:  74129
          E-mail:  mbachoon@waltonlantaff.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

          Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

          Defendant.

_____/

## DEFENDANT, TIMOTHY BEAVERS' ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

The Defendant, Timothy Beavers, by and through his undersigned counsel, now files his Answer to Amended Complaint and Affirmative Defenses and states as follows:

1. Defendant, Timothy Beavers, denies each and every allegation in Plaintiff's Amended Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1. As an Affirmative Defense, Defendant avers that Defendants are entitled to qualified immunity and therefore Plaintiff's claim is barred as a result.

2. As a further Affirmative Defense, Defendant avers that Plaintiff's claims are barred and/or limited by the doctrines of sovereign immunity, official immunity, sovereign and discretionary act immunity and Federal law.

3. As a further Affirmative Defense, Defendant states that Plaintiff has failed to exhaust the available grievance procedures and therefore, his claims are barred.

4.  As a further Affirmative Defense, Defendant avers that Plaintiff has failed to state a cause of action under 42 U.S.C. §1983, and as a result, this Honorable Court lacks subject matter jurisdiction over Plaintiff's claims. Plaintiff has failed to allege the violation of any of his constitutional rights.

5.  As a further Affirmative Defense, Defendant states that any injury or damage suffered by Plaintiff to the extent actually incurred was caused by Plaintiff's own wrongful acts, reckless misconduct or negligence, and any recovery must be reduced accordingly.

6.  As a further Affirmative Defense, Defendant states that any recovery by Plaintiff for medical bills must be limited to the amounts actually paid or payable, as that is the true measure of any damages for such a claim.

7.  As a further Affirmative Defense, Defendant states that the cause of this accident is due to the fault of others over which this Defendant had no control and to that extent the liability of this Defendant should be reduced or barred, and Plaintiff's damages reduced accordingly.

8.  Defendant reserves the right to allege additional affirmative defenses as warranted.

## <u>DEMAND FOR JURY TRIAL</u>

The Defendant, Timothy Beavers, hereby demands a trial by jury of all issues triable as of right by a jury.

Case No. 3:22-CV-20350-MCR-ZCB

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed and sent via FedEx (tracking # 772076061417) to Wendell Currin, R58567 at Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 on this 6th day of May, 2023.

.

WALTON LANTAFF SCHROEDER & CARSON LLP
Attorneys for Defendant Timothy Beavers
551  NW  77th Street, Suite  204
Boca Raton Florida 33487
Tel:     (561) 689-6700
Fax:    (561) 689-2647

By: _/s/ Michele T. Bachoon____
    Michele T. Bachoon, Esquire
    Florida Bar No.:  74129
    E-mail:  mbachoon@waltonlantaff.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

        Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

        Defendant.

_____/

## DEFENDANT, WALTER GOYER'S ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

    The Defendant, Walter Goyer, by and through his undersigned counsel, now files his Answer to Amended Complaint and Affirmative Defenses and states as follows:

1. Defendant, Walter Goyer, denies each and every allegation in Plaintiff's Amended Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1. As an Affirmative Defense, Defendant avers that Defendants are entitled to qualified immunity and therefore Plaintiff's claim is barred as a result.

2. As a further Affirmative Defense, Defendant avers that Plaintiff's claims are barred and/or limited by the doctrines of sovereign immunity, official immunity, sovereign and discretionary act immunity and Federal law.

3. As a further Affirmative Defense, Defendant states that Plaintiff has failed to exhaust the available grievance procedures and therefore, his claims are barred.

4.  As a further Affirmative Defense, Defendant avers that Plaintiff has failed to state a cause of action under 42 U.S.C. §1983, and as a result, this Honorable Court lacks subject matter jurisdiction over Plaintiff's claims. Plaintiff has failed to allege the violation of any of his constitutional rights.

5.  As a further Affirmative Defense, Defendant states that any injury or damage suffered by Plaintiff to the extent actually incurred was caused by Plaintiff's own wrongful acts, reckless misconduct or negligence, and any recovery must be reduced accordingly.

6.  As a further Affirmative Defense, Defendant states that any recovery by Plaintiff for medical bills must be limited to the amounts actually paid or payable, as that is the true measure of any damages for such a claim.

7.  As a further Affirmative Defense, Defendant states that the cause of this accident is due to the fault of others over which this Defendant had no control and to that extent the liability of this Defendant should be reduced or barred, and Plaintiff's damages reduced accordingly.

8.  Defendant reserves the right to allege additional affirmative defenses as warranted.

## DEMAND FOR JURY TRIAL

The Defendant, Walter Goyer, hereby demands a trial by jury of all issues triable as of right by a jury.

## CERTIFICATE OF SERVICE

Walton Lantaff Schroeder & Carson LLP
551 NW 77th Street
Suite 204
Boca Raton, FL 33487
2

Case No. 3:22-CV-20350-MCR-ZCB

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed and sent via FedEx (tracking # 772076061417) to Wendell Currin, R58567 at Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 on this 6th day of May, 2023.

.

WALTON LANTAFF SCHROEDER & CARSON LLP
Attorneys for Defendant Walter Goyer
551  NW  77th Street, Suite  204
Boca Raton Florida 33487
Tel:    (561) 689-6700
Fax:    (561) 689-2647

By: _/s/ Michele T. Bachoon___
    Michele T. Bachoon, Esquire
    Florida Bar No.:  74129
    E-mail:  mbachoon@waltonlantaff.com