# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WENDELL CURRIN,
　　Plaintiff,

v.　　　　　　　　　　　　　　　CASE NO: 3:22-CV-20350/MCR/ZCB

TIMOTHY BEAVERS, et. al.,
　　Defendants
　　_____/

```
RECEIVED BY
UNION CORRECTIONAL INSTITUTION
MAY 2 4 2023
FOR MAILING
```

## NOTICE OF NON-COMPLIANCE

　　Plaintiff is an inmate of the Florida Department of Corrections. I am sending this because I have not received any documents from the Defendants or the Defendant's Counsel.

　　I would like to point some things out, on (Document 34) it states Counsel's Notice of Appearance included Counsel's address. (D.O.C. 16). It also included a Certificate of Service indicating that a copy was served upon Plaintiff at his record address on February 8, 2023. But the Certificate of Service did not indicate that Plaintiff's F.D.O.C. Identification Number was included (D.O.C. 16), so he may not have received it. There is no indication that any documents subsequently filed by Counsel were served upon Plaintiff as required by Fed. R. Civ. P. 5 and N. D. Fla. Loc. R. 5.1(F). (D.O.C. 19, 20, 21, 29). The Court thus will require Defendant's Counsel to send Plaintiff a copy of all documents that have been filed on Defendant's behalf.

　　OK, on (Document 46) it states Defendant's Counsel filed a response stating that a copy of all then filed documents were sent to Plaintiff via Fed. Ex on April 3, 2023 and documents were received by Union Correctional Institution (Plaintiff's current institution) on April 5, 2023. (D.O.C. 45) Counsel attached a Fed. Ex.

proof-of-delivery indicating that "M Stiles" signed for the delivery on April 5, 2023. The Certificate of Service on the response (D.O.C. 45) and the Certificates of Service on Defendant's answers (D.O.C.s 42, 43, 44) to Amended Complaint do not indicate that any of those filings were served upon Plaintiff in compliance with Fed. R. Civ. P(d)(1)(B) and N. D. Fla. Loc. R.5.1(F). As previously noted, this is a recurring issue. (See D.O.C. 34 at 2). The Court will require Defendant's Counsel to serve Plaintiff with the response and answers (D.O.C.s 42, 43, 44, 45) and to file a Supplemental Certificate of Service for each documents within seven (7) days of the date of this order. May 9th, 2023.

However, seven (7) days has elapse since May 9, 2023 and I still have not received any documents from Defendant's Counsel. It states "M Stiles" signed for the delivery. However, my signature or initials are "W. Currin" not "M. Stiles" so I don't know who signed for my legal mail because I never received it. However, I am attaching incoming legal and / or privileged mail log for the months of February and April to show proof of the only documents I received during those months. Exhibit A, Exhibit B.

However, I have my interrogatories and my production of documents and tangible things all complete and ready to forward to the Defendant's Counsel. But I do not have a way to forward because I do not have an address to sent it too nor do I have a way to participate with the discovery process. It states the discovery deadline is extended to June 12th, 2023 and the dispositive motions deadline is extended to July 3, 2023. My time is almost expired for discovery process. What do I do?

I DECLARE under penalty of perjury that the foregoing is true and correct.

/s/ _Willi C___   May 23, 2023.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "NOTICE OF NON-COMPLIANCE" has been placed into the hands of Union Correctional Institution mailroom staff/officials for placement into the U.S. Mail for ultimate delivery to: The Clerk of the Court, 1 North Palafox Street, Pensacola, Florida 32502 on this 23 day of May, 2023.

Respectfully submitted,

/s/ Wendell Currin R58567
Wendell Currin, DC# R58567
Union Correctional Institution
P.O.Box 1000
Raiford, Florida 32083

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
## INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

Exhibit B

Institution: U  UNION

Month/Year: APRIL 10, 2023

| DC Number | Inmate Name | Date Mail Received by Inst. | From (Full Address of Sender) | Inmate Housing | Inmate Job | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | 04/07/2023 | CHASE LAW FLORIDA, PA<br>111 2ND AVE NE<br>ST PETERSBURG, FL 33701 | ▓▓▓ | | 4/10/23 | ▓▓▓ | C |
| R58567 | CURRIN, WENDELL | 04/07/2023 | US DISTRICT COURT<br>1 NORTH PALAFOX STREET<br>PENSACOLA, FL 32502 | U4106 | | 4/10/23 | x Wendell [signature] | C |

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
MAY 24 2023
FOR MAILING

DC2-522 (Effective 2/23/10)

Incorporated by Reference in Rule 33-210.102, F.A.C.

3

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

Exhibit A

Institution: U  UNION

Month/Year: FEBRUARY 14, 2023

| DC Number | Inmate Name | Date Mail Received by Inst. | From (Full Address of Sender) | Inmate Housing | Inmate Job | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| ■■■ | ■■■ | 02/13/2023 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE AUSTIN, TX 73301 | ■■■ | | 2/14/23 | X ■■■ | ∠ |
| ■■■ | ■■■ | 02/13/2023 | LEGAL SERVICES OF NORTH FLORIDA 1741 N PALAFOX STREET PENSACOLA, FL 32501 | ■■■ | | 2/14/23 | X ■■■ | ∠ |
| ■■■ | ■■■ | 02/13/2023 | US DISTRICT COURT 400 NORTH MIAMI AVE MIAMI, FL 33128 | ■■■ | | 2/14/23 | X ■■■ | ∠ |
| ■■■ | ■■■ | 02/13/2023 | US COURT OF APPEALS 56 FORSYTH STREET NW ATLANTA, GA 30303 | ■■■ | | 2/14/23 | ■■■ | ∠ |
| R58567 | CURRIN, WENDELL | 02/13/2023 | US DISTRICT COURT 1 NORTH PALAFOX STREET PENSACOLA, FL 32502 | U4106 | | 2/15/23 | X W■■■ | ∠ |
| ■■■ | RICHARDS, JESSE | 02/13/2023 | SOUTHERN POVERTY LAW CNETER 2 SOUTH BISCAYNE BLVD MIAMI, FL 3331 | ■■■ | | 2/14/23 | X ■■■ | ∠ |

RECEIVED BY UNION CORRECTIONAL INSTITUTION
MAY 24 2023
FOR MAILING

Wendell Currin R58567 U4106L
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

Mailed from a State Correctional Institution



MAY 3 0 2023

UNITED STATES DISTRICT COURT
1 N. PALAFOX STREET
PENSACOLA, FLORIDA, 32502

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
MAY 2 4 2023
FOR MAILING