UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

    Plaintiff(s),

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

    Defendant.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

  Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through the undersigned attorney, files this Notice of Compliance with Court Order dated June 14, 2023 (Doc. 51), and as grounds states as follows:

1. On June 14, 2023, this Honorable Court filed an Order giving the Defendants seven days within which to hand deliver Defendants' Answers (Docs 42, 43, and 44).

2. Defendants have complied with the aforementioned Court Order and sent via certified mail all Answers (Docs 42, 43, and 44) on June 15, 2023. See proof of mailing, attached hereto as Exhibit "A".

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Certified Mail to Wendell Currin, R58567 at Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 on this 16th day of June, 2023.

              WALTON LANTAFF SCHROEDER &
              CARSON LLP
              **Attorneys for Defendants**

Case No. 2

        551 NW 77th Street  
        Suite 204  
        Boca Raton, FL 33487  
        Phone: (561) 689-6700 Fax:  
        mbachoon@waltonlantaff.com

        By: __Michele Bachoon__  
           Michele T. Bachoon  
           Florida Bar No.: 74129