UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Wendell Currin,
Plaintiff

vs   Case No: 3:22cv20350/MCR/ZCB

Timothy Beavers, et. al.,
Defendants
_____/

PLAINTIFF'S MOTION TO COMPEL DISCOVERY

The plaintiff moves pursuant to Rule 34(b) and 37(a), Fed.R.Cil.P., for a order compelling the defendants to produce for Interrogatories and production of documents and tangible things requested on June 30, 2023.

I am the plaintiff in this case and it has been well over 30 days 58 to be exact since I provided the defendant attorneys with the Interrogatories and production of documents and I still have not received any answers, not even to the last order that was given on June 13, 2023 to send me answers to Docs. 42, 43, 44 within seven days.

August 28, 2023
Wendell Currin
RMC Main Unit
P.O. Box 628
Lake Butler Fl
32054

Reception & Medical Center
Date: 8/28/2023
Initials: WC

FILED USDC FLND PN
SEP 5 '23 AM 11:29

Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of this "MOTION TO COMPEL DISCOVERY" has been placed into the hands of RMC Main unit Mailroom staff/officials for placement into the U.S. Mail for ultimate delivery to: The clerk of court, 1 North Palafox Street, Pensacola, Florida 32502, this 28 day of August 2023.

/s/ Wendell Currin R58567
Wendell Currin DC# R58567
RMC Main Unit
P.O. Box 628
Lake Butler FL 32054

Wendell Corrin R58567 K3118L
RMC Main Unit
P.O. Box 628
Lake butler FL 32054

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION



U.S. District Court
1 North Palafox Street
Pensacola FL 32052

SEP 04 2023

Reception & Medical Center
Date: 8/28/2023
Initials: WC