UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

         Plaintiff(s),

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

         Defendant.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through the undersigned attorney, files this Response to Plaintiff's Motion to Compel Discovery as grounds states as follows:

1. On August 28, 2023, Plaintiff filed a Motion to Compel Discovery Responses from Defendants.

2. To date, Defendants have not received any Discovery Requests from Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Certified Mail to Wendell Currin, R58567 at RMC Main Unit, P.O. Box 628, Lake Butler, FL 32054.

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendants**
551 NW 77th Street
Suite 204
Boca Raton, FL 33487
Phone: (561) 689-6700 Fax:

mbachoon@waltonlantaff.com

By: <u>  Michele Bachoon</u>
Michele T. Bachoon
Florida Bar No.: 74129