UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

        Plaintiff(s),

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

        Defendant.
_____/

### **RESPONSE TO ORDER TO SHOW CAUSE**

The Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through their undersigned counsel, files its Response to Order to Show Cause, and in support thereof states as follows:

1. The undersigned counsel has attempted to comply with the court order regarding serving the Plaintiff.

2. The undersigned originally sent the documents through FedEx and they were not delivered. See Exhibit A, FedEx proof of delivery.

3. Upon receiving knowledge that FedEx was not delivering to the Plaintiff, the undersigned then sent everything to the Plaintiff via certified mail. See Exhibit B, certified mail receipts.

4. Research showed that inmates in Federal Prison should be able to get US mail through the United States Post Office.

5. Counsel was unaware the Plaintiff had not received the documents until she received the Moton to Compel from the Plaintiff.

6. The undersigned is unsure how to further comply with the Court order to hand deliver pleadings to the Plaintiff if Certified Mail is Insufficient.

WHEREFORE the Defendant requests that the Court not impose sanctions but rather direct the undersigned how to get mail to the Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Certified Mail to Wendell Currin, R58567 at RMC Main Unit, P.O. Box 628, Lake Butler, FL 32054.

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendants**
551 NW 77th Street
Suite 204
Boca Raton, FL 33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com


By:__Michele Bachoon
Michele T. Bachoon
Florida Bar No.: 74129

# EXHIBIT A



April 26, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771743149155

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.STILES | **Delivery Location:** | 7816 NW 228TH ST |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | RAIFORD, FL, 32083 |
| | | **Delivery date:** | Apr 5, 2023 11:09 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771743149155 | **Ship Date:** | Apr 3, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Wendell Currin R58567, Union Correctional Institution
PO BOX 1000
Raiford
RAIFORD, FL, US, 32083

**Shipper:**
Solange Avallone,
551 NW 77TH ST
BOCA RATON, FL, US, 33487

**Reference**       8765-00593/ Currin



Thank you for choosing FedEx

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wendel Currin, DC#R58567
   Union Correctional Institution
   25636 FL-16
   Raiford, FL 32083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

7006 3450 0002 5005 1543

**CERTIFIED MAIL**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Wendel Currin DC#R58567
Street, Apt. No., or PO Box: Union Correctional Institute
City, State, ZIP: 25636 FL-16, Raiford, FL 32083

PS Form 3800, August 2006   See Reverse for Instructions