<u>NORTHERN DISTRICT OF FLORIDA</u>
<u>PENSACOLA DIVISION</u>

Wendell Currin,
  Plaintiff

vs.                              Case No: 3:22cv20350/MCR/ZCB

Timothy Beavers, et.al.,
  Defendants
_____/

<u>PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>

  The plaintiff moves pursuant to rule 34(b) and 37(a), Fed.R.Civ.P for an order compelling the defendants to produce for request for productions of documents and tangible things and notice of service of interrogatories requested on June 30, 2023 and request for admissions requested on August 9, 2023.

9/26/2023
Wendell Currin R58567
R.M.C. Main Unit
P O Box 628
Lake Butler FL
32054

FILED USDC FLND PN
OCT 3 '23 AM 10:44

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "Motion to Compel Discovery" has been placed into the hands of R.M.C. Main Unit Mailroom staff/officials for placement into the U.S. Mail for ultimate delivery to: The Clerk of the Court, 1 North Palafox Street, Pensacola, Florida 32502 on this 27th day of September, 2023.

/s/ Wendell C— R58567
Wendell Currin DC# R58567
R.M.C. Main Unit
P.O. Box 628
Lake Butler FL 32054