FILED USDC FLND PN
OCT 3 '23 AM 10:44

Reception & Medical Center
Date: 9/27/2023
Initials: WC

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

Wendell Currin,
　　Plaintiff

vs.　　　　　　　　　　　Case No: 3:22cv20350/MCR/ZCB

Timothy Beavers, et.al.,
　　Defendants
_____/

## DECLARATION IN SUPPORT OF MOTION TO COMPEL

WENDELL CURRIN declares under penalty of perjury:

1.) I am the plaintiff in this case. I make this affidavit in support of my motion to compel discovery.

2.) On June 30, 2023 I served on the defendants' counsel a request for production of documents and tangible things, which is attached to this affidavit as Exhibit 1.

3.) Defendants did not respond to this request within the 30 days allowed nor did they request an extension of time from this court or agreement from the plaintiff to an extension of time.

4.) On June 30, 2023 I served on the defendants' counsel a request for service of interrogatories, which is attached to this affidavit as Exhibit 2.

5.) Defendants did not respond to this request within the 30 days allowed nor did they request an extension of time from this court or agreement from the plaintiff to an extension of time.

6.) On August 9, 2023 I served the defendants' counsel a request for

Admissions, which is attached to this affidavit as Exhibit 3.

7.) Defendants did not respond to this request within the 30 days allowed, nor did they request an extension of time from this court or agreement from plaintiff to an extension of time.

9/26/2023
Wendell Currin R58567
R.M.C. Main Unit
P.O. Box 628
Lake Butler FL 32054

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "Declaration in support of Motion to compel" has been placed into the hands of R.M.C. Main Unit Mailroom staff/officials For placement into the U.S. Mail for ultimate delivery to: The Clerk of the Court 1 North Palafox Street, Pensacola, Florida 32502 on this 27th day of September 2023

/s/ Wendell Currin R58567
Wendell Currin DC#R58567
R.M.C. Main Unit
P.O. Box 628
Lake Butler FL 32054

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
JUN 30 2023
FOR MAILING

WENDELL CURRIN,
    Plaintiff,

v.     CASE NO: 3:22-CV-20350/MCR/ZCB

TIMOTHY BEAVERS, et. al.,
    Defendants.
_____/

Reception & Medical Center
Date: 9/27/2023
Initials: WC

### REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS.

The Plaintiff by and through the undersigned attorneys, pursuant to Rule 1.350, Florida Rules of Civil Procedure, request the defendants Timothy Beavers, Walter Goyer, Derrick Purvis, to produce the following documents at the offices of the undersigned counsel for inspection and/ or copying within the time specified by the aforementioned Rule and Rule 1.090(e), Florida Rules of Civil Procedure, or at such other place and time as may be agreed upon counsel.

1). Plaintiff request for the defendants to provide a copy of the use of force video on the small hand held digital camera, with each defendant present along with the Plaintiff on the same video.

2). Plaintiff request for the defendants to provide a copy of the use of force video, where they all identified themselves and position and job-title as well as time and date, with Plaintiff on the same video until Plaintiff was secure in a assigned cell (H1108) pursuant to Chapter 33-602.210(3)(A).

3). Plaintiff request defendants to provide a copy of the video from H-dorm of Walton Correctional Institution on February 21-22, 2022 from where Plaintiff arrived to the confinement unit in a wheelchair to show that the use of force was not properly conducted.

4). Plaintiff request defendants to provide a copy of the original DR infraction, to why the defendants was present in C-dorm on February 21, 2022 at 11:45 p.m. Disorderly conduct, to show that in the statement of facts that there was an Medical Emergency declared.

5). Plaintiff request for the defendants to provide the post use of force video of the Nurse Connie Pybus performing her post use of force examination. Pursuant to Chapter 33-602210(c).

6). Plaintiff request for the defendants to provide a copy of the use of force video from February 21-22, 2022 at Walton Correctional Institution. Pursuant to Chapter 33-602.210(3)(B) to show that the examination was unable to be completed due to aggressive behaviors displayed by Plaintiff.

7). Plaintiff would like the defendants to provide the post use of force from February 21-22, 2022 video where Plaintiff arrived in a wheelchair to Medical for a post use of force exam and pre-confinement evaluation.

8). Plaintiff request for Walton Correctional Institution Medical Facility to provide all copies of Sick-Calls Plaintiff submitted to Medical after February 21, 2022 making complaints of injury of broken right index finger, that was not properly cared for.

9). Plaintiff request for Walton Correctional Institution Medical Facility to provide all copies of Sick-Calls Plaintiff submitted to Medical after February 21, 2022 making complaints of injury of right eye that was not properly cared for.

10) Plaintiff request for the defendants to provide Form DC6-232.

11). Plaintiff request for the defendants to provide a Form DC6-230 Report of Force used pursuant to Chapter 33-602.210(12)(e).

12) Plaintiff request for the defendants to provide a copy of Form DC2-802 pursuant to Chapter 33-602.210 (I)

13). Plaintiff request for the defendants to provide a copy of Forms DC6-11B Witness Disposition, and Form DC6-151, Documentary or Physical evidence disposition and all the statements that was made for all three Disciplinary Reports, Log#'s 108-220310; 108-220311; 108-220312.

Respectfully submitted,

/s/ Wendell Currin R58567
Wendell Currin, DC#R58567
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

3

Reception & Medical Center
Date: 9/27/2023
Initials: WC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS" has been placed into the hands of Union Correctional mailroom staff / officials for placement into the U.S. Mail for ultimate delivery to: Michele T. Bachoon Walton, Lantaff, Schroeder & Carson LLP, 551 NW 77th Street, Suite 204, Boca Raton, Florida 33487, this 30 day of June, 2023

/s/ Wendell Currin R58567
Wendell Currin, DC#R58567
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

4

EXHIBIT A

Reception & Medical Center
Date: 9/27/2023
Initials: WC

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
JUN 30 2023
FOR MAILING

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

v.                      CASE NO: 3:22-CV-20350/MCR/ZCB

TIMOTHY BEAVERS, et. al.,
    Defendants.
_____/

## NOTICE OF SERVICE OF INTERROGATORIES

Plaintiff profound the attached thirteen (13) Interrogatories to Timothy Beavers, Walter Goyer, Derrick Purvis, to be answered in accordance with Florida Rule of Civil Procedure 1.340.

## INTEROGATORIES TO DEFENDANTS

1). Plaintiff request for defendants to state their position, duty and reason for being present in C-dorm at Walton Correctional Institution on February 21, 2022 at 11:45 p.m.

2). Plaintiff request defendants to state Connie Pybus duty and reason why wasn't any pictures taken of Plaintiff's visible injuries to provide with diagram of injuries Form DC4-708.

FILED USDC FLND PN
JUL 10 '23 PM3:00

3). Plaintiff request for defendants to explain why Nurse Connie Pybus, LPN did not conduct an Medical emergency examination on February 21-22, 2022 along with the post use of force and pre-confinement evaluation.

4). Plaintiff would like to know how can Nurse Connie Pybus conduct a post use of force exam and a pre-confinement evaluation in five (5) minutes?

5). Plaintiff request for Nurse Connie Pybus, LPN to explain why there wasn't an Medical emergency examination conducted on February 22, 2022 along with the post use of force and pre-confinement evaluation.

6). Plaintiff request for the defendants to explain, If the inmate was alert, and responding to questions verbally and not physically injured, why did the Plaintiff never get taken to Medical and arrived to the confinement unit in a wheelchair?

7). Plaintiff request for Mental Health, Michelle Volland to explain how the Plaintiff was acting during the follow up of the post use force, DR referral from February 22, 2022, explain the Plaintiff's physical appearance and complaints reported.

8). Plaintiff request for the Warden of Walton Correction Institution to provide the reason why authorization of the use of force was granted.

9). Plaintiff request defendants to explain if Plaintiff had Sergeant Goyer grabbed by the neck in the chokehold how was Plaintiff able to strike Lt. Purvis and Sergeant Beavers in the manner the DR infractions allegedly reported in the Statement of Facts of all three (1-15) DR infractions while force is being applied to Plaintiff by all three defendants at the same time?

10). Plaintiff request defendants to explain how was Plaintiff able to make three different statements all at the same time 11:45 pm., while defending himself from physical harm being applied to him by all three defendants?

11). Plaintiff ask defendant Lt. Derrick Purvis how long has he worked with the Department of Corrections (Walton Correction Institution)? Where was he assigned at the time of the use of force? What was his duties on the night of the use of forced? What does he remember about the incident? What did he write about the use of force in any reports? Have he ever been suspended or disciplined for anything throughout his employment with D.O.C.? If so, what was the reason(s) for each?

3

12). Plaintiff ask defendant Sergeant Walter Goyer how long has he worked with the Department of Corrections (Walton Correctional Institution)? Where was he assigned at the time of the use of forced? What was his duties on the night of the use of force? What does he remember about the incident? What did he write about the use of force in any reports? Have he ever been suspended or disciplined for anything throughout his employment with D.O.C.? If so, what was the reason(s) for each?

13. Plaintiff ask defendant Sergeant Timothy Beavers how long has he worked with the Department of Corrections (Walton Correction Institution)? Where was he assigned at the time of the use of force? What was his duties on the night of the use of forced? What does he remember about the incident? What did he write about the use of force in any reports? Have he ever been suspended or disciplined for anything throughout his employment with D.O.C.? If so, what was the reason(s) for each?

/s/ Wendell C.  R58567
Wendell Currin, DC# R58567
Union Correctional Institution
P. O. Box 1000
Raiford, Florida 32083



## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of this "NOTICE OF SERVICE OF INTERROGATORIES" has been placed into the hands of Union Correctional mailroom staff / officials for placement into the U.S. Mail for ultimate delivery to: Michele T. Bachoon Walton, Lantaff, Schroeder & Carson LLP, 551 NW 77th Street, Suite 204, Boca Raton, Florida 33407, this __30__ day of June, 2023.

/s/ Wendell C_____ R58567
Wendell Currin DC# R58567
Union Correctional Institution
P O Box 1000
Raiford FL 32083

UNITED STATES DISTRICT COURT FOR THE
NORTHEN DISCTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff

Vs.                          CASE NO.: 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et. al.,
    Defendants               /

RECEIVED BY UNION CORRECTIONAL INSTITUTION AUG 09 2023 FOR MAILING

Reception & Medical Center
Date: 9/27/2023
Initials: WC

## PLAINTIFF'S REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed. R. Civ. P., Plaintiff request the defendants to make the following admissions within 30 days after the service of this request.

1. The Plaintiff was escorted to medical at Walton Correctional Institution on February 21, 2022.
2. The Plaintiff post use of force medical exam was conducted by LPN Connie Pybus.
3. Nurse Connie Pybus concluded that the Plaintiff was suffering from a bruise right eye and a broken right index finger.
4. Per Chapter 33-602.210(3)(A)6 & (c) who is the staff member holding the video camera while the medical exam was being conducted through a window or at a distance.
5. There was a post use of force medical exam conducted?
6. The post use of force medical exam was conducted in medical facility at Walton Correctional Institution.
7. Defendant Timothy Beavers punched Plaintiff in the right eye multiple times?
8. Nurse Connie Pybus filled out a diagram of injuries form DC4-708 indicating Plaintiff suffered injuries to right eye.
9. Why Nurse Connie Pybus did not take photos of Plaintiff injuries?
10. There was an medical emergency conducted along with the post use of force exam.

11. On February 21, 2022 at 11:40pm there was an medical emergency declared.

12. LT. Derrick Purvis did authorized the illegal use of force.

13. LT. Derrick Purvis was apart of the use of force.

14. LT. Derrick Purvis was the shift supervisor during the use of force.

Reception & Medical Center
Date: 9/27/2023
Initials: W/C

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
AUG 09 2023
FOR MAILING

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this "Request for Admissions" has been placed into the hands of Union Correctional mailroom staff / officials for placement into the U.S. Mail for ultimate delivery to: Michele T. Bachoon Walton, Lantaff, Schroeder & Carson LLP, 551 NW 77th Street, Suite 204, Boca Raton, Florida 33407, this 9th day of August.

/S/ Wendell Currin R58567
Wendell Currin DC#R58567
Union Correctional Institution
P. O. Box 1000
Raiford, Fl. 32083

2

WENDELL GUARTOY R56543 1G 3168

R.M.C. Main Unit
P.O. Box 628
Lake butler FL, 32054



MAILED FROM A
STATE CORRECTIONAL
INSTITUTION



OCT 0 2 2023

US DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL 32502