UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Wendell Currin,
    Plaintiff

vs.                                      Case No.: 3:22cv20350/MCR/ZCB

Timothy Beavers, et.al.,
    Defendants
_____/

### NOTICE OF NON-COMPLIANCE

I am plaintiff in this case, I am submitting this notice because I believe defendants did not show cause within seven days of September 14, 2023 as to why sanctions should be imposed for an apparent failure to follow the court's prior order that required hand delivery (Doc 51) of Docs. 42, 43, 44. The court previously stated that "Defendant's service issues have stymied the progress of this case" (Doc 51) It appears that continues to be true, which leads the court to believe perhaps sanctions are necessary.

I really believe the defendants did not follow court's order only because all throughout the case they have not followed any order within 7 days. It is well pass 7 days from September 14, 2023 I think sanction should be imposed.

/S/ Wendell Currin R58567
Wendell Currin DC#R58567
R.M.C. Main unit
P O Box 628
Lake Butler FL, 32054