# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

Wendell Currin,
Plaintiff

Legal Mail
Provided to Florida State Prison on
12/11/23 for mailing by [signature]

vs                              Case No: 3:22cv20350/MCR/ZCB

Timothy Beavers, et. al.,
Defendants

_____/

## NOTICE TO COURT OF CHANGE OF ADDRESS

On December 11th, 2023 I Pro se hereby providing this notice to court of address change. Would ask this honorable court to direct future mailings filed in this court to the below address. I am no longer housed at:
R.M.C. Main Unit P O Box 628 Lake Butler, FL 32054
My new address is:
Florida State Prison P O Box 800 Raiford, FL 32083 "L1214"

Please and thank you

/s/ Wendell Currin R58567
Wendell Currin   R58567

FILED USDC FLND PN
DEC 14 '23 AM10:03

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "NOTICE TO COURT OF CHANGE OF ADDRESS" has been placed into the hands of Florida State Prison Mailroom staff/officials for placement into the U.S. mail for ultimate delivery to: The Clerk of the Court, 1 North Palafox Street, Pensacola FL 32502 on this 11th day of December, 2023.

/s/ Wendell Currin R58567
Wendell Currin DC#R58567
Florida State Prison
P.O. Box 800
Raiford FL 32083

Wendell Currin R58867
Florida State Prison
P.O. Box 800
Raiford FL 32083

Mailed From A State
Correctional Institution



US POSTAGE IMI PITNEY BOWES

ZIP 32083
02 4W
0000385900 DEC. 12. 2023
$ 000.63⁰

LEGAL MAIL

Clerk of Court
1 North Pulafox Street
Pensacola FL, 32502

3250285658 C003

DEC 14 2023

Legal Mail
Provided to Florida State Prison on
12/11/23 for mailing by