UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Wendell Curcio,
Plaintiff

vs

Case No: 3:22cv20350/MCR/ZCB

Timothy Beavers, et. al.,

## NOTICE TO COURT

The court has directed defendants to respond to the discovery request on or before November 20, 2023. Plaintiff was ordered to notify the court if plaintiff have not received any discovery responses by December 4, 2023. However it is December 4, 2023 and plaintiff still has not received any responses.

This case has been in effective for over an year since 10/12/2022 and the defendants are refusing to participate in this civil matter. They have been given multiple orders, and still has failed to comply with any order thus far. I really believe there should be sanctions imposed upon each defendant of $5,000, maybe after an sanction they would participate so we can move forward with this case.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Wendell Curcio    December 4, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "NOTICE TO COURT" has been placed into the hands of R.M.C. Main unit Mailroom staff/officials for placement into the U.S. Mail for ultimate delivery to: The Clerk of the court, 1 North Palafox street, Pensacola FL 32501 on this 4th day of december, 2023

/s/ Wendell Currin R58567
Wendell Currin R58567
R.M.C. Main unit
PO Box 628
Lake butler, FL 32054

Wendell Currin R58512 K2162
R.M.C. Main Unit
P O Box 628
Lake Butler FL 32054

DEC 08 2023

**MAILED FROM A STATE CORRECTIONAL INSTITUTION**



UNITED STATES DISTRICT COURT
1 North Palafox Street
Pensacola FL, 32502



Reception & Medical Center
Date: 12/4/23
Initials: WJC