UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
       Plaintiff,

vs.                                                         Case No.: 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.,
       Defendants.
                                                    /

# ORDER

Plaintiff has notified the Court that he still has not received the discovery responses that Defendants were supposed to provide by November 20, 2023. (Docs. 69, 73). The Court will require an expedited response from Defendants.[1]

Accordingly, it is **ORDERED**:

---

[1] By agreeing to represent FDOC employees in a case filed by a self-represented prisoner, counsel should have familiarized herself with the FDOC's very strict guidelines for sending documents to prisoners, including the manner/service use to send them and the envelopes/containers in which they are sent. Counsel is advised to consult FDOC resources to determine whether service of the discovery disclosures was made in accordance with those requirements. If they were not, then counsel must re-serve the documents.

On or before **December 28, 2023**, Defendants must respond to Plaintiff's Notice. (Doc. 73).

**SO ORDERED** this 18th day of December 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge