UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin

        Plaintiff(s),

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

        Defendant.
_____/

## RESPONSE TO ORDER ON PLAINTIFF'S NOTICE

    The Defendants, Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis, by and through their undersigned counsel, files their Response to Order On Plaintiff's Notice, and in support thereof states as follows:

1. On September 14, 2023 this court ordered the Plaintiff to supplement his motion to compel discovery with the actual discovery requests.

2. On October 3, 2023, the Plaintiff filed a Notice of Non-Compliance, a Motion to Compel Discovery and a Declaration in Support of Motion to Compel.

3. The undersigned's office policy was that when a service email comes through the assistant is supposed to save the documents into the document

management system and the attorney would then act on any documents which required action.

4. In the subject claim, the assistant inadvertently missed the Declaration in Support of Motion to Compel and failed to save it into the file. As such the undersigned was unaware the Plaintiff uploaded his discovery requests into Pacer.

5. The undersigned did review the Motion to Compel and in response to same, on 11/13/23, sent the Plaintiff a letter advising that we were still not in possession of any discovery requests.

6. On 12/14/23 the Plaintiff filed his Notice of Noncompliance.

7. In preparing this Response to the Notice, the undersigned reviewed the docket and noticed that the Plaintiff did upload discovery but that it was not contained in her file materials.

8. The undersigned has completed the response to discovery and is waiting on the verification pages from her clients to serve the Plaintiff verified responses.

9. Unverified responses have been sent to the Plaintiff via US mail so as to avoid further delay.

10. The undersigned apologizes to the Plaintiff and to the court for the omission of not responding timely to the filed discovery requests.

11. To ensure something like this does not happen again, the office policy has changed so that the attorney is responsible for uploading all documents into the document management system. In this way we hope to avoid future instances where an oversight causes such a delay.

12. The undersigned would request the court grant a short extension of time to allow her to obtain the verified discovery responses. She has already been in touch with her clients regarding same.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via regular US mail to Wendell Currin, DC#R58567, Florida State Prison, P.O. Box 800, Raiford, FL 32083 "L1214" this 28th day of December, 2023.

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendant**

551 NW 77th Street
Suite 204
Boca Raton, FL  33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com


By: */s/ Michele T.Bachoon*
Michele T. Bachoon
Florida Bar No.: 74129