UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Wendell Currin,
Plaintiff

Legal Mail
Provided to Florida State Prison or
[ ] for mailing by _____

vs

Case No: 3:22CV20350/MCR/ZCB

Timothy Beavers, et. al.,
defendants

## NOTICE OF NON-COMPLIANCE

The court directed the defendants to respond to
Plaintiff's Notice (Doc. 73) on or before December 28,
2023. As of today January 3rd, 2024 the defendants have
not responded to the plaintiff for nothing and did not
follow the order that was given to them on December 18,
2023.

I declare under penalty of perjury that the foregoing is true and
correct.

/s/ Wendell Currin                    January 3rd, 2024

FILED USDC FLND PN
JAN 9 '24 AM 8:57

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "NOTICE OF NON-COMPLIANCE" has been placed into the hands of Florida State Prison Mailroom Staff/Officials for placement into the U.S. Mail for ultimate delivery to: The Clerk of the court, 1 North Palafox Street, Pensacola Fl 32502 on this 3rd day of January, 2024.

/s/ Wendell Currin
Wendell Currin R58567
FSP
PO Box 800
Raiford Fl 32083

Wendell Currie
Florida State Prison
P O Box 800
Raiford FL 32083

**Mailed From A State**
**Correctional Institution**



US POSTAGE PITNEY BOWES

ZIP 32083 $ 000.63
02 4W
0000385900 JAN. 04. 2024.

# LEGAL MAIL

Legal Mail
Provided to Florida State Prison on
1/3/2? for mailing by

United STATES DISTRICT COURT
1. North Palafox Street
Pensacola, FL 32502

3250235626 C003

JAN 0 9 2024