# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

Wendell Currin,
  Plaintiff,

vs.                                   Case No: 3:22CV20350/MCR/ZCB

Timothy Beavers, et al.,
  Defendants.
_____/

Legal Mail
Provided to Florida State Prison on 1/17/24 for mailing by ____

## MOTION FOR EXTENSION OF TIME

Plaintiff, Wendell Currin, moves the Court pursuant to Fed. R. Civ. P. 6(b) to grant 45 days after February 8, 2024 to file and serve on defendants' counsel the following three documents, Plaintiff's statement of facts, Plaintiff's Exhibit list, and Plaintiff's witness list.

1.) Plaintiff Wendell Currin is a prisoner presently housed in L dorm, a close management unit at Florida State Prison.

2.) Wendell Currin require additional time to gather as much documentary evidence as possible due to not being provided any of my discovery requested from the defendants, so I can prepare statement of facts, Plaintiff Exhibit list and plaintiff's witness list.

3.) I am not lettered in the subject, nor am I a lawyer, and have enlisted and am reliant upon assistance of others also not formally trained at matters of law.

4.) I am wholly dependent upon the Florida State Prison law library for legal research materials such as case law, word processing service, and photocopies.

5.) To obtain legal services an inmate must fill out a DC6-236 inmate request and place on his cell door for placement into institutional mail for delivery to the library.

6.) Upon receipt of an Inmate request the law library has 15 working days to respond and fill and then mail that request back to me.

7.) Upon law library return mailing a prisoners' legal materials move at the speed permitted by institutional security protocol and issues of the moment.

8.) Mr. Wendell Currin by the nature of his close management status was not able to call state's counsel collect to determine the state's position on this motion.

9.) This motion is made in good faith and not for the purpose of creating unfair advantage or unnecessary delay.

## CONCLUSION

Federal Rule of Civil Procedure rule 6(b) by its plain terms authorizes a court to grant a party an enlargement of time for good cause shown. See Woods v. Concord Financial Corp., 373 F. 2d 733 (5th cir. 1967); Johnson v. Board of Regents of University of Georgia, 263 F. 3d 1234, 1269 (11th cir. 2001).

Since I have shown by circumstances surrounding me, that are not of my own making the court should grant the 45 days time sought of the original deadline to permit the filing of his statement of facts, exhibit list and witness list.

Respectfully Submitted,
/s/ Wendell Currin
Wendell Currin DC#R58567
Florida State Prison
PO Box 800
Raiford FL
32083

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "MOTION FOR EXTENSION OF TIME" has been placed into the hands of Florida State Prison Mailroom staff/officials for placement into the U.S. Mail for ultimate delivery to: the Clerk of the Court 1. North Palafox Street, Pensacola, Florida 32502 on this 17th day of January, 2024.

/s/ Wendell Currin
Wendell Currin, DC#R58561
Florida State Prison
P.O. Box 800
Raiford, Florida
32083