UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN

v.                                         Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:  <u>January 23, 2024</u>
Type of motion/pleading:  <u>Motion for Extension of Time</u>
Filed by:  <u>Plaintiff</u>          on <u>1/22/24</u>          Doc. <u>80</u>
Response by:  _____  on _____ Doc. ____

        JESSICA LYUBLANOVITS,
        CLERK OF COURT
        <u>/s/ Sylvia D. Williams</u>
        Deputy Clerk:  Sylvia D. Williams

## ORDER

Upon consideration of the motion for extension of time, it is **ORDERED** this 23rd day of January 2024, that:

The motion (Doc. 80) is **GRANTED** because Plaintiff has shown good cause for extending the deadline to submit pre-trial materials. Plaintiff's pre-trial materials are due **March 25, 2024**. Defendants' pre-trial materials are due **April 22, 2024**.

        /s/ *Zachary C. Bolitho*
        Zachary C. Bolitho
        United States Magistrate Judge

1