UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

vs.                                   Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.,
    Defendants.
_____/

## **ORDER**

Plaintiff's Letter to The Clerk of Court was received on February 5, 2024 and referred to the undersigned with the following deficiency:

- Litigants should not correspond with the Court in letter form.  A request for action of any kind relating to a case must be made by a motion.  *See* Fed. R. Civ. P. 7(b)(1); N.D. Fla. Loc. R. 7.1(A).  The title of the motion must include a clear, concise, and specific description of the motion and the filing party.  *See* Fed. R. Civ. P. 7(b)(2), 10(a).  The body of the motion must state with particularity the grounds for the request and must set forth the relief or order sought.  *See* Fed. R. Civ. P. 7(b).

For this reason, the Clerk of Court is **ORDERED** to **RETURN** Plaintiff's letter without filing.[1]  If Plaintiff requests action from the Court, then he must file an appropriate motion.

**SO ORDERED** this 7th day of February 2024.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

---

[1] Plaintiff is advised that the order directing submission of pre-trial documents instructed him to file a **list** of exhibits that he intends to offer at trial, not the exhibits themselves. (Doc. 78 at 2).