UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

vs.                                    Case No.: 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.,
    Defendants.
_____/

## ORDER

On December 28, 2023, counsel for Defendants stated that she was in the process of sending verified discovery responses to Plaintiff. (Doc. 75). The Court will require counsel to provide a status report of those responses.

Accordingly, it is **ORDERED** that Defendants' counsel must file a report on the status of service of Defendants' verified discovery responses on or before **February 9, 2024**.

**SO ORDERED** this 7th day of February 2024.

                                          /s/ *Zachary C. Bolitho*
                                          Zachary C. Bolitho
                                          United States Magistrate Judge