UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin
        Plaintiff(s),

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

        Defendant.
_____/

## NOTICE OF COMPLIANCE- STATUS REPORT

On February 7, 2023, the Court ordered the Defendants to file a Report on the Status of serving Verified Responses to the Plaintiff's discovery requests. The office of the undersigned sent the Plaintiff the Verified Response to Interrogatories on January 16, 2024 via regular US mail.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 9th day of February, 2023, to: Wendell Currin, Plaintiff, DC#R58567, Florida State Prison, P.O. Box 800, Raiford, FL 32083 "L1214".

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendants**

551 NW 77th Street
Suite 204
Boca Raton, FL 33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com

By: _Michele T. Bachoon_
    Michele T. Bachoon

Case No. 2

Florida Bar No.: 74129