NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

Wendell Currin,
   Plaintiff

Legal Mail
Provided to Florida State Prison on
2/14/24 for mailing by ___

vs           Case No. 3:22cv20350/MCR/ZCB

Timothy Beavers, et al.,
Defendants

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

The Plaintiff Moves pursuant to Rule 34(b) and 37(a). Fed. R. Civ. P, for a order compelling defendants Timothy Beavers, Walter goyer and Derrick Purvis to Produce for interrogatories, Production of documents and tangible things requested on June 30, 2023, and admissions requested on august 9, 2023. Defendants counsel responded she never received any discovery request, Plaintiff was ordered to send discovery request to clerk of court to be forwarded to defendants counsel. On or before November 20, 2023 Defendants must serve responses to plaintiff discovery request, which defendants failed to follow given order. On December 28, 2023 counsel for defendants stated she was in the process of sending verified discovery responses to plaintiff. As of February 13, 2024 plaintiff still has yet to receive ANY requested discovery from the defendants, which is hindering plaintiff to prepare pre-trial materials. (Exhibit list).

Plaintiff also Move for an order pursuant to Rule 37(a)(4) requiring the aforesaid Defendants to pay Plaintiff the sum of $2,800 each as reasonable expenses in obtaining this order, on the ground that the defendants' refusal to answer the interrogatories and Production of documents and admissions had no substantial justification.

Date: 2/13/2024

/s/ Wendell Currin

Wendell Currin

FILED USDC FLND PN
FEB 20 '24 AM11:02

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of this "MOTION TO COMPEL DISCOVERY" has been placed into the hands of Florida State Prison Mailroom Staff/officials for placement into the U.S. Mail for ultimate delivery to: The Clerk of the court, 1 North Palafox street, Pensacola, FL 32502, this ___ day of February 2024.

s/Wendell Currin R58567
Wendell Currin DC# R58567
Florida State Prison
P.O. Box 800
Raiford FL, 32083

Wendell Currin
Florida State Prison
PO Box 800
Raiford FL 32083

Mailed From A State
Correctional Institution

US POSTAGE PITNEY BOWES
ZIP 32083   $ 000.64⁰
02 4W
0000385900 FEB. 15. 2024

**LEGAL MAIL**

United States District court
1 North Palafox street
Pensacola, FL 32502

3250235885 C003



Legal Mail
Provided to inmate
2/14/24 for mailing via
the Dyson CI