UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN

v.                                    Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:   March 8, 2024
Type of motion/pleading:   Unopposed Motion to Reopen Discovery and Extend All Deadlines for 60 Days
Filed by:   Plaintiff          on 3/8/24          Doc. 93

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ Sylvia D. Williams
Deputy Clerk:   Sylvia D. Williams

## ORDER

Upon consideration of the unopposed motion, it is **ORDERED** this 8th day of March 2024, that:

The motion (Doc. 93) is **GRANTED** to the extent that discovery is reopened and the discovery deadline is **May 7, 2024**. The only other existing deadlines are for filing pre-trial materials (Doc. 82). Those deadlines will be re-set by future order, if necessary.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

1