IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA

CASE NO.:  3:22-CV-20350-MCR-ZCB

WENDELL CURRIN,

      Plaintiff,

v.

SERGEANT TIMOTHY BEAVERS,
SERGEANT WALTER GOYER, AND
LIEUTENANT DERRICK PURVIS,

      Defendants.
_____/

### MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS

    Defendants, pursuant to the Federal Rules of Civil Procedure, hereby files this Motion to extend deadlines to file all pre-trial motions, including but not limited to, all motions for summary judgment and sates in support thereof the following:

    1.  On February 10, 2023, this Honorable Court entered the Case Management and Scheduling Order stating that the discovery deadline was May 11, 2023 and dispositive motions must be filed by June 1, 2023.

    2. On April 11, 2023, this Honorable Court issued an Order extending the discovery deadline through June 12, 2023 and the dispositive Motion Deadline through July 3, 2023.

    3. On March 8, 2024, this Honorable Court granted the Plaintiff's Motion to Reopen Discovery and extended the discovery deadline to May 7, 2024.

    4. Defendants request that this Court also extend the deadline for dispositive motions through May 28, 2024.

5. I CERTIFY that I have conferred in good faith with opposing counsel and opposing counsel does object to the Motion to Extend Deadline for Dispositive Motions.

WHEREFORE, Defendants respectfully requests that this Honorable Court enter an Order extending the deadline for dispositive motions, and for all such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I CERTIFY a true copy hereof has been served on attorneys of record through the Court's CM/ECF electronic filing system on March 25, 2024.

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendants**

551 NW 77th Street
Suite 204
Boca Raton, FL  33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com

*By: Michele T. Bachoon*
Michele T. Bachoon
Florida Bar No.: 74129