IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA

CASE NO.: 3:22-CV-20350-MCR-ZCB

WENDELL CURRIN,

    Plaintiff,

v.

SERGEANT TIMOTHY BEAVERS,
SERGEANT WALTER GOYER, AND
LIEUTENANT DERRICK PURVIS,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR RELIEF FROM TECHNICAL ADMISSONS AND TO DEEM RESPONSES TO REQUESTS FOR ADMISSIONS AS TIMELY FILED

COMES NOW Defendants, TIMOTHY BEAVERS, WALTER GOYER, AND DERRICK PURVIS ( "Defendants"), by and through their undersigned counsel, and hereby moves this Honorable Court for relief from technical admissions to Plaintiff's First Request for Admissions, and requests to deem belated responses timely filed, and in support thereof states as follows:

1. On October 3, 2023, the Plaintiff filed his discovery requests to Defendant.

2. Defendant failed to timely respond to Plaintiff's First Request for Admissions.

3. Due to a clerical error, the responses to Plaintiff's First Request for Admission were not served.

4. Defendant did request a short extension of time to respond to discovery via the Response to Order on Plaintiff's Notice filed on 12/28/23 (Doc 75). On this same date Defendant mailed the discovery responses to Plaintiff.

5. Defendants have legitimate defenses to the Plaintiff's claim and an order granting this Motion will in no way prejudice Plaintiff's ability to prosecute his claim on the merits.

6. Therefore, Plaintiff will not be prejudiced by any extension granted to Citizens in this matter. Further, the record evidence in this action will be contrary to the technical admissions.

7. Federal Rule of Civil Procedure 36 allows for liberal relief from admissions, particularly when the other party does not suffer any prejudice.

8. Accordingly, Defendants seek an order relieving it from any technical admissions under Federal Rule of Civil Procedure 36 and accepting the admission responses as timely served.

9. I CERTIFY that I have conferred in good faith with opposing counsel and opposing counsel does object to the Motion for Relief from Technical Admissions.

   WHEREFORE, Defendants respectfully requests that this Honorable Court enter an Order granting it relief from technical admissions, deeming its responses

timely filed, and for all such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I CERTIFY a true copy hereof has been served on attorneys of record through the Court's CM/ECF electronic filing system on March 25, 2024.

    WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendants**

551 NW 77th Street
Suite 204
Boca Raton, FL 33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com


*By: Michele T. Bachoon*
Michele T. Bachoon
Florida Bar No.: 74129