UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,

    Plaintiff,

v.

TIMOTHY BEAVERS, ET AL.,

    Defendants.

Case No. 3:22-CV-20350-MCR-ZCB

**PLAINTIFF'S STATEMENT OF FACTS**

Plaintiff, Wendell Currin, by and through undersigned counsel, in accordance with the Court's January 28, 2024 order, [ECF No. 78], provides his factual contentions.

1. Mr. Currin alleges Defendants, Timothy Beavers, Walter Goyer and Derrick Purvis, Florida State correctional officers, used excessive force against him on February 21, 2022 while he was incarcerated at Walton Correctional Institution. He also alleges the Defendants interfered with his receiving medical treatment that evening and the next day.

2. On the day of the incident, Mr. Currin was housed in C Dorm. That evening another inmate offered him what he thought was just a

cigarette. Mr. Currin then began to feel dizziness and paranoia, and thought other inmates were going to attack him.

3. At approximately 11:40 p.m. Mr. Currin approached the security booth, knocked on the booth door and said he was having a medical emergency. Mathew C. Asher, the officer in the booth, called for security. An inmate, Derick Corbett, asked Mr. Currin if he was ok.

4. Mr. Currin saw the defendants—Sgt. Beavers, Sgt. Goyer and Lt. Purvis—appear in the unit. Anticipating the officers would take him to the medical unit, Mr. Currin approached the bathroom area and turned around to submit to hand restraints.

5. However, instead of placing hand restraints on Mr. Currin, Sgt. Beavers punched Mr. Currin in the face, knocking him to the ground. Sgt. Beavers, Sgt. Goyer and Lt. Purvis then punched and kicked Mr. Currin while applying hand restraints and leg irons. At some point Officer Irvin Ramos appeared and assisted the defendants with applying leg restraints.

6. Sgt. Beavers repeatedly punched Mr. Currin in his right eye.

7. While applying hand restraints, one of the Defendants twisted Mr. Currin's right index finger so hard he thought it was broken.

8. After restraints were applied, the Defendants continued to attack Mr. Currin while dragging him across the bathroom floor by leg and

hand restraints. The Defendants picked Mr. Currin up off the floor and sat him in a wheelchair.

9. Instead of taking Mr. Currin to the medical clinic, the Defendants took him to confinement and threw him in the shower.

10. Mr. Currin was always compliant and denies ever hitting, shoving or attacking any of the officers.

11. That night (February 21 or 22) a nurse, possibly Connie L. Pybus, came to confinement and briefly observed Mr. Currin while he was in the shower. She said nothing to him and left. In her Diagram of Injury reports she noted that he had a laceration above and/or below his right eye (there are two separate diagrams, one noting the cut above the eye and one noting the cut below the eye). Mr. Currin was never taken to the medical unit on February 21 or 22, 2022.

12. On February 22, 2022, Psychologist Michelle Volland came to Mr. Currin's cell front, observed that his eye was swollen, and noted that he complained of pain in his hand and wrist.

13. As a result of the Defendants' attack, Mr. Currin's right hand, wrist, index finger and thumb were injured. Mr. Currin, who is right handed, could not ball up his fist. Mr. Currin suffered bruising, pain and discomfort all over his body, including his lower back.

14. The Defendants excessively tightened his handcuffs when they took Mr. Currin to confinement, resulting in abrasions and cuts to his wrists.

15. Prior to the incident, Mr. Currin was suffering from a pernicious bone condition affecting his hips. The Defendants' attack exacerbated his condition, accelerating his need for hip replacement surgery.

16. As a result of being punched in his face, Mr. Currin's right eye frequently twitched and became watery, and his vision became blurry.

17. After the incident, Mr. Currin submitted multiple inmate sick-call requests complaining of his injuries and seeking treatment.

18. A medical exam from July 2022 showed that he had decreased rotation of motion of his right pointer finger.

19. Mr. Currin's eyesight was normal before the incident. Afterward he required, and was prescribed, glasses, and his right eye continues to hurt from time to time.

Dated: March 25, 2024.

                Respectfully submitted,

                */s/ James Cook*
                JAMES V. COOK (FBN 0966843)
                Law Office of James Cook
                314 West Jefferson Street
                Tallahassee, FL 32301
                (850) 222-8080; 561-0836 fax
                cookjv@gmail.com

        -and-

*/s/ Joshua Tarjan*
JOSHUA TARJAN (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2024, the undersigned filed a true and correct copy of this motion with CM/ECF, which will serve a copy on all counsel of record.

*/s/ James Cook*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,

    Plaintiff,

v.                                                        Case No. 3:22-CV-20350-MCR-ZCB

TIMOTHY BEAVERS, ET AL.,

    Defendants.

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, by and through undersigned counsel, in accordance with the Court's January 28, 2024 order, [ECF No. 78], and without waiving future objections, provides his exhibit list:

| Number | Description of Exhibit |
|---|---|
| 1. | Plaintiff's medical records from the Florida Department of Corrections ("FDOC"). (These records have been subpoenaed. Discovery is ongoing.) |
| 2. | FDOC procedures, policies and protocols |
| 3. | Chapter 33 of the Florida Administrative Code ("F.A.C.") |
| 4. | F.A.C. 33-208.002 – Rules of Conduct |
| 5. | F.A.C. 33-602.210 – Use of Force |
| 6. | Emergency Room Records for Mr. Currin related to subject incident, including 2/21/22 record by Connie L. Pybus, LPN |
| 7. | Emergency Room Records for Defendant Beavers related to subject incident |

| Number | Description of Exhibit |
|---|---|
| 8. | Emergency Room Records for Defendant Goyer related to subject incident |
| 9. | Emergency Room Records for Defendant Purvis related to subject incident |
| 10. | Diagrams of Injury for Mr. Currin related to subject incident, showing laceration near eye |
| 11. | Diagram of Injury for Defendant Beavers related to subject incident (no injury noted). |
| 12. | Diagram of Injury for Defendant Goyer related to subject incident (no injury noted). |
| 13. | Diagram of Injury for Defendant Purvis related to subject incident (no injury noted) |
| 14. | Physical Examination Report signed by J. Putney 7/28/22 |
| 15. | Consultation Requests |
| 16. | Vision Assessments by Tyler Maxon OD |
| 17. | Vision Assessments by Dortheanne Roberts, optometrist |
| 18. | Eye prescription by Dortheanne Roberts, optometrist, 14/14/23 |
| 19. | Optical exam report 10/5/22 |
| 20. | Hand imaging radiological reports |
| 21. | Mr. Currin's hip x-rays, including 2/24/22 |
| 22. | Mr. Currin's Inmate Sick-Call Requests forms |
| 23. | Mr. Currin's Inmate Sick-Call Requests form, 3/3/22 – right hand |
| 24. | Mr. Currin's Inmate Sick-Call Requests form, 3/6/22 – hips, bone disease |
| 25. | Mr. Currin's Inmate Sick-Call Requests form, 3/23/22 – lower back, knees and pernicious bone disease |

| Number | Description of Exhibit |
|---|---|
| 26. | Mr. Currin's Inmate Sick-Call Requests form, 4/3/22 – right eye |
| 27. | Mr. Currin's Inmate Sick-Call Requests forms, 4/9/23 - hips |
| 28. | Mr. Currin's Inmate Sick-Call Requests form, 6/1/22 – right hand and thumb |
| 29. | Mr. Currin's Inmate Sick-Call Requests form, 6/6/22 – right hand, pointer finger and thumb |
| 30. | Mr. Currin's Inmate Sick-Call Requests forms, 6/12/22 – right hand, pointer finger and thumb pain |
| 31. | Physical exam reports |
| 32. | Michelle Volland mental health case management report, 2/22/22 |
| 33. | Operating room record, 8/18/23, left total hip replacement |
| 34. | Reception and Medical Center Admission History And Physical form, 8/18/23 |
| 35. | Requests for Pre-Approval of Health Care Services, 9/8/23, avascular necrosis of bone of hip |
| 36. | Report of Force Used, 2/21/22 incident |
| 37. | Use of Force Incident Reports by Defendant Beaver for 2/21/22 |
| 38. | Use of Force Incident Reports by Defendant Goyer for 2/21/22 |
| 39. | Use of Force Incident Reports by Defendant Purvis for 2/21/22 |
| 40. | Use of Force Incident Report by CO Irvin Ramos for 2/21/22 |
| 41. | Disciplinary Report Worksheets related to subject incident |
| 42. | Mr. Currin's grievances and appeals related to the subject incident |
| 43. | FDOC responses to Mr. Currin's grievances and appeals related to the subject incident |

| Number | Description of Exhibit |
|---|---|
| 44. | Chain of Custody forms for subject incident, regarding fixed wing video and post use of force video |
| 45. | Checklist – Use of Force File for subject incident |
| 46. | MINS Incident Reports for subject incident |
| 47. | Deposition transcripts for any depositions to be taken |
| 48. | Fixed wing video for subject incident |
| 49. | Post use of force video for subject incident |
| 50. | Intake photograph of Mr. Currin taken at Union C.I. on or about March 30, 2022 |
| 51. | Defendant employee files, including disciplinary records. (These records have been subpoenaed. Discovery is ongoing.) |
| 52. | Defendants' responses to Plaintiff's interrogatories |
| 53. | Defendants' responses to Plaintiff's request for production |
| 54. | Defendants' responses to Plaintiff's request for admissions |

Discovery is ongoing, and Plaintiff reserves the right to amend this list accordingly.

Dated: March 25, 2024.

Respectfully submitted,

/s/ James Cook
 JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

4

        -and-

*/s/ Joshua Tarjan*
JOSHUA TARJAN (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2024, the undersigned filed a true and correct copy of this motion with CM/ECF, which will serve a copy on all counsel of record.

*/s/ James Cook*

5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,

    Plaintiff,

v.

TIMOTHY BEAVERS, ET AL.,

    Defendants.

Case No. 3:22-CV-20350-MCR-ZCB

## PLAINTIFF'S WITNESS LIST

Plaintiff, by and through undersigned counsel, in accordance with the Court's January 28, 2024 order, [ECF No. 78], provides his witness list:

| No. | Witness & Address | Description |
|---|---|---|
| 1. | **Wendell Currin**<br>c/o undersigned counsel<br><br>Florida State Prison (Male)<br>*Physical Address:*<br>23916 NW 83rd Ave<br>Raiford, Florida 32083<br>*Mailing Address:*<br>Post Office Box 800<br>Raiford, FL 32083 | Plaintiff. Mr. Currin is an inmate.<br><br>Estimated testimony time: 3 hours |
| 2. | **Sgt. Timothy Beavers**<br>c/o Michele Bachoon, counsel for the Defendants | Defendant<br><br>Estimated testimony time: 1 hour |

| No. | Witness & Address | Description |
|-----|-------------------|-------------|
| 3.  | **Sgt. Goyer** <br> c/o Michele Bachoon, counsel for the Defendants | Defendant <br><br> Estimated testimony time: 1 hour |
| 4.  | **Capt. Derrick Purvis** <br> c/o Michele Bachoon, counsel for the Defendants | Defendant, lieutenant at time of incident. Will authenticate the post use of force video. <br><br> Estimated testimony time: 1 hour |
| 5.  | All individuals listed in Defendants' witness list | Plaintiff adopts all witnesses listed in Defendant's witness list filed 3/8/24 [ECF No. 94], without waiving any objections to said witnesses. |
| 6.  | **Mathew C. Asher** <br> Walton C.I. <br> c/o Florida Department of Corrections ("FDOC") | Mr. Asher, a corrections officer ("CO"), will testify that he was in the security booth when Mr. Currin had a medical emergency on 2/21/22, and that Mr. Currin indicated he was having a medical emergency. <br><br> Estimated testimony time: 1 hour |
| 7.  | **Irvin Ramos** <br> Walton C.I. <br> c/o FDOC | CO Ramos will testify that on 2/21/22 he placed leg restraints on Mr. Currin. <br><br> Estimated testimony time: 30 minutes |
| 8.  | **Michelle Volland** <br> Walton C.I. <br> c/o FDOC and/or Centurion | Ms. Volland is a psychologist. She will testify that when she observed Mr. Currin on 2/22/24 his eye was swollen, he complained of pain in his hand and wrist, and he stated, "They beat me up. I got high and they put me in hand restraints and I was compliant but they said I wasn't compliant." <br><br> Estimated testimony time: 30 minutes |

2

| No. | Witness & Address | Description |
|---|---|---|
| 9. | **Mario Rodriguez**, DC # 386206<br>Hardee C.I. (Male)<br>6901 State Road 62<br>Bowling Green, FL 33834-9505 | Mr. Rodriguez is an inmate. He can testify to the events of February 21, 2022. |
| 10. | **Derick Corbett**, DC # R63710<br>Graceville Correctional and Rehabilitation Facility (Male)<br>5168 Ezell Rd.<br>Graceville, FL 32440 | Mr. Corbett is an inmate. He will testify that he witnessed Mr. Currin having a medical emergency on 2/21/22.<br><br>Estimated testimony time: 1 hour |
| 11. | **Other inmates** in C-Dorm on 2/21/22<br><br>Various addresses throughout Florida | Discovery is ongoing. Plaintiff anticipates other inmates testifying that they observed the Defendants attacking Mr. Currin, unprovoked, on 2/21/22. |
| 12. | **Unknown officer** who took Mr. Currin's intake photo at Union C.I. | This officer will testify that he took Mr. Currin's intake photo when he transferred to Union C.I. on or about March 30, 2022.<br><br>Estimated testimony time: 15 minutes |
| 13. | **Paul Scott**<br>Union C.I.<br>c/o FDOC | CO Scott would testify that when Mr. Currin arrived at Union C.I. on or about March 30, 2022, he observed Mr. Currin's bruised eye, and asked if he got into a fight.<br><br>Estimated testimony time: 30 minutes |

| No. | Witness & Address | Description |
|---|---|---|
| 14. | **Connie L. Pybus**, LPN<br>Walton C.I.<br>c/o FDOC and/or Centurion | Ms. Pybus will testify that she authored diagram of injury forms and emergency room records for the 2/21/22 incident, for the Defendants and Mr. Currin.<br><br>Estimated testimony time: 1 hour |
| 15. | **Melissa Decker**, LPN<br>Walton C.I.<br>c/o FDOC and/or Centurion | Ms. Decker will testify about any diagram of injury forms and emergency room records she signed and/or helped author for the 2/21/22 incident.<br><br>Estimated testimony time: 15 minutes |
| 16. | **Kena Forrester**<br>(Troupe) APRN<br>Walton C.I.<br>c/o FDOC and/or Centurion | Ms. Forrester will testify about signing medical records 2/22/22 and Emergency Room Records 2/25/22 regarding this incident.<br><br>Estimated testimony time: 15 minutes |
| 17. | Jessica Putney APRN<br>Union C.I. | Signed physical exam reports:<br>Re. decreased motor rotation of pointer finger, 7/28/22<br>Consultation Request, 4/8/22<br>Consultation Request 4/26/22, refer to orthopedist<br>Imaging reports, 8/9/22<br>Vision assessment, 9/1/22 |
| 18. | Dortheanne Roberts, Optometrist, Centurion Union C.I.<br>541 Golden Links Dr<br>Orange Park, FL 32073 | Dr. Roberts will testify regarding her vision assessment of Mr. Currin on 9/1/22 and 4/14/23 |

| No. | Witness & Address | Description |
|---|---|---|
| 19. | **Gregory J, M.D.**<br>Address unknown | Dr. Gregory will testify as to his evaluation of Mr. Currin's hip X-rays.<br><br>Estimated testimony time: 1 hour |
| 20. | J. Shawn Bone<br>Optometric Technician<br>National Eye Care, Inc.<br>(RMC Optometry)<br>Address unknown | 10/5/22 eye exam |
| 21. | **Dr. James Ryan**<br>Reception Medical Center<br>Lake Butler, FL 32054 | Dr. Ryan will testify as to his surgery on Mr. Currin: left total hip replacement, 8/18/23<br><br>Estimated testimony time: 1 hour |
| 22. | **Dr. Thomas Winters**<br>Reception Medical Center<br>Lake Butler, FL 32054 | Requesting physician for right total hip replacement. Surgery was RMC. Aug 18, 2023 |
| 23. | Medical Records Custodian<br>FDOC<br>501 S. Calhoun Street<br>Tallahassee, FL 32399 | This witness will testify regarding the creation and storage of Plaintiff's medical records and x-rays to establish that they are business records in accordance with Fed.R.Evid. 803(6).<br><br>Estimated testimony time: 1 hour |
| 24. | Medical Records Custodian<br>National Eye Care, Inc.<br>(RMC Optometry)<br>c/o John M. Maxon, registered corporate agent<br>104 Springline Drive<br>Vero Beach, FL 32963 | This witness will testify regarding the creation and storage of Plaintiff's medical records and x-rays to establish that they are business records in accordance with Fed.R.Evid. 803(6).<br><br>Estimated testimony time: 15 minutes |

| No. | Witness & Address | Description |
|---|---|---|
| 25. | FDOC Corporate Representative with knowledge of Chapter 33 of the Florida Administrative Code. 501 S. Calhoun Street Tallahassee, FL 32399. | Estimated testimony time: 30 minutes |
| 26. | FDOC Corporate Representative with knowledge of the Department's procedure manual, policies and procedures. 501 S. Calhoun Street Tallahassee, FL 32399. | Estimated testimony time: 1 hour |
| 27. | FDOC representative who will authenticate the fixed wing video identifying the wing in which the subject incident occurred and the incident. 501 S. Calhoun Street Tallahassee, FL 32399 | Estimated testimony time: 15 minutes |

Addresses:

   Walton C.I. (Male)
   691 Institution Road
   DeFuniak Springs, FL 32433-1831

   Union C.I.
   25636 NE SR-16
   Raiford, FL 32083

Plaintiff also lists:

28. All witnesses called by Defendants to testify at trial, without waiving objections thereto.

29. All witnesses listed by the Defendants on any Pre-trial Witness List or timely amendments to same, without waiving objections thereto.

30. As discovery is ongoing, Plaintiff reserves the right to call nurses, physicians, experts, chiropractors and others who treated or examined Mr. Currin.

31. Records custodians for all exhibits listed on Plaintiff's or Defendants' Trial Exhibit Lists.

32. Impeachment witnesses.

33. Rebuttal witnesses.

34. Such other and further impeachment and rebuttal witnesses as may be developed or may become necessary.

35. All witnesses referred to in any documents obtained through discovery, or referred to in any depositions, answers to interrogatories, responses to request to produce, etc., without waiving any objections thereto.

Plaintiff reserves the right to supplement his Witness List with additional fact witnesses upon proper notice to the parties.

Dated: March 25, 2024.

        Respectfully submitted,

        */s/ James Cook*
        JAMES V. COOK (FBN 0966843)
        Law Office of James Cook
        314 West Jefferson Street
        Tallahassee, FL 32301
        (850) 222-8080; 561-0836 fax
        cookjv@gmail.com

        -and-

        */s/ Joshua Tarjan*
        JOSHUA TARJAN (FBN 107092)
        The Tarjan Law Firm P.A.
        12372 SW 82 Avenue
        Pinecrest, FL 33156
        josh@tarjanlawfirm.com
        Tel. (305) 423-8747

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2024, the undersigned filed a true and correct copy of this motion with CM/ECF, which will serve a copy on all counsel of record.

        */s/ James Cook*