# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION
### Civil Hearing Minutes

**Case Style:** *Currin v. Beavers, et al.; 3:22cv20350-MCR/ZCB*

**Type of Hearing:** **Motion Hearing (ECF 88) and Status Conference**

**Time Commenced:** **2:00 p.m.**          **Time Concluded:** **2:52 p.m.**

**Presiding:** **Zachary C. Bolitho, U.S. Magistrate Judge**

**Court Reporter:** **DCR**

**Courtroom Deputy:** **Sylvia Williams**

---

**Attorney(s) for Plaintiffs:**
**James Cook, Esquire**

**Attorney(s) for Defendants:**
**Michele Bachoon, Esquire**

This hearing included attendance by:

       Videoconferencing/ZOOM:          ___ YES     _X__ NO

       Telephone:          ___ YES     _X__ NO

**Filed 3/27/2024**
**CRD initials: sdw**