UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

vs.                              Case No.: 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.,
    Defendants.
_____/

## ORDER

Plaintiff has filed a Motion for an Order Governing Discovery in a Prisoner Case and a Motion for HIPAA-Qualified Protective Order. (Docs. 106, 107). The Court will require an expedited response from Defendants.

Accordingly, it is **ORDERED**:

On or before **April 19, 2024**, Defendants must respond to Plaintiff's motions. (Docs. 106, 107).

**SO ORDERED** this 11th day of April 2024.

                              /s/ *Zachary C. Bolitho*
                              Zachary C. Bolitho
                              United States Magistrate Judge