UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN

v.  Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:   April 17, 2024
Type of motion/pleading:   Unopposed Motion for Leave to Take Video Deposition of Prisoner 60 Days
Filed by:   Defendants   on 4/16/24   Doc. 109

JESSICA LYUBLANOVITS,<br>
CLERK OF COURT<br>
/s/ Sylvia D. Williams<br>
Deputy Clerk:   Sylvia D. Williams

## ORDER

Upon consideration of the unopposed motion, it is **ORDERED** this 17th day of April 2024, that:

The motion (Doc. 109) is **DENIED** as moot.  The Court already authorized Defendants' counsel to depose Plaintiff.  (*See* Doc. 17 at 3).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1