UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN

v.                              Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:   April 18, 2024
Type of motion/pleading:   Unopposed Motions for Leave to Take Video Depositions of Prisoners
Filed by:   Defendants     on 4/17/24     Docs. 110, 111, 112

JESSICA LYUBLANOVITS,
CLERK OF COURT

*/s/ Sylvia D. Williams*
Deputy Clerk:   Sylvia D. Williams

## ORDER

Upon consideration of the unopposed motions, it is **ORDERED** this 18th day of April 2024, that:

The motions (Docs. 110, 111, 112) are **GRANTED**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1