# Wolfe, Christine

| | |
|---|---|
| **From:** | Wolfe, Christine |
| **Sent:** | Thursday, April 4, 2024 7:43 AM |
| **To:** | cookjv@gmail.com |
| **Cc:** | 'Joshua Tarjan' |
| **Subject:** | RE: Subpoena Records Request for Wendell Currin-DC#R58567 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I have already begun drafting our typical protective orders, so to that extent, yes, these will be opposed.

I agree to the extension of time to respond, and am working to get you any video and photographs ASAP, as requested.

I am looking into how this subpoena has been classified re charges and will get back to you shortly.

Thank you,

**Christine L. Wolfe**
Assistant General Counsel
Office of the General Counsel
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office:  (850) 717-3612



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

---

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Thursday, April 4, 2024 7:13 AM
**To:** Wolfe, Christine <Christine.Wolfe@fdc.myflorida.com>
**Cc:** 'Joshua Tarjan' <josh@tarjanlawfirm.com>
**Subject:** RE: Subpoena Records Request for Wendell Currin-DC#R58567

Christine, I am re-sending you the protective orders I sent yesterday. I think we will need them. I need to file a motion by the end of the day and I need to know if you oppose them. I have a mediation for most of today but I wonder if I can call you perhaps later today, maybe around or after 4?

*James V. Cook, Esq.*
*Law Office of James Cook*
*314 West Jefferson Street*
*Tallahassee, FL 32301*
*(850)222-8080 office*
*(904)567-0877 voice mailbox*
*A civil rights practice*

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Wednesday, April 3, 2024 4:01 PM
**To:** 'Wolfe, Christine' <Christine.Wolfe@fdc.myflorida.com>
**Cc:** 'Joshua Tarjan' <josh@tarjanlawfirm.com>
**Subject:** RE: Subpoena Records Request for Wendell Currin-DC#R58567

Christine, just following up to see whether you are okay with the extension to 4/19. Also, are the two protective orders okay with you or would you object to my motion to the Court to render them? Are you going to be claiming undue burden and cost to shift the cost of production to us? I can tell you it has been quite a while since FDC has tried to charge us to respond to a Rule 45 Subpoena. Finally, are you able to produce the hand-held and fixed wing video on an expedited basis?

In our discovery requests, we mention photographs. There is one photograph of special interest. There was a photo taken of Plaintiff's face when he got to (I think it was Union C.I.) after the use of force? That is another piece of evidence that we'd like to get earlier than some other things.

*James V. Cook, Esq.*
*Law Office of James Cook*
*314 West Jefferson Street*
*Tallahassee, FL 32301*
*(850)222-8080 office*
*(904)567-0877 voice mailbox*
*A civil rights practice*

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Tuesday, April 2, 2024 7:16 PM
**To:** 'Wolfe, Christine' <Christine.Wolfe@fdc.myflorida.com>
**Cc:** 'Joshua Tarjan' <josh@tarjanlawfirm.com>
**Subject:** RE: Subpoena Records Request for Wendell Currin-DC#R58567

Thanks Christine. Let me introduce you to my co-counsel, Josh Tarjan.

We have a limited time because we entered a pro se case after the case had languished for some time (not due to our client's fault) and we have to move it along. We are agreeable to a reasonable extension. I would propose a due date of Friday, April 19, 2024, 30 days from service. That is just one workday less than you requested but it gives us a couple weeks before the end of discovery to work with the records. We would ask for a rolling production in which you would provide us with records as you receive them rather than all at once on the last day.

We are mindful that you will need protective orders for non-dissemination and I am attaching two proposals. One is a General Protective Order. The other is a HIPAA-Qualified Protective Order (applying to Protected Health Information (PHI) under HIPAA. They are non-dissemination orders that will protect the privacy of the production so that it can be produced unredacted. Emphatically, the records should not be redacted as if they were produced in response to public records requests. We don't object to the redactions under Fed.R.Civ.P. 5.2 which apply to home addresses and phone numbers, Social Security Numbers (except for the last four digits) and birthdates (except for the birth year). We also don't object to redaction of the designations for your software or officer i.d. numbers.

Of more concern to us is the following: First, we need the video, fixed wing and hand-held as quickly as possible. This is core evidence in the case and has to be reviewed with our client, which can be hard and time-consuming to set up. We may also need to do a site visit, based on that. The second thing is that it looks like our discovery requests are being treated like public records requests and we are being billed accordingly. There is a process under Fed.R.Civ.P. 45 for shifting costs for production under Fed.R.Civ.P. 45 in which you first make an objection of undue burden or cost for production of the materials and that has to be made explicitly with a showing and then we have to be given an opportunity to respond. Normally, we have not been hit with costs for production and we have responded to FDC concerns. Recently we went on site to scan some 8,000-10,000 pages of documents owing to concerns about burden on FDC staff.

Attached, please find proposed protective orders that should help facilitate production.

James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080 office
904-470-2388 voice mailbox
A civil rights practice

From: Wolfe, Christine <Christine.Wolfe@fdc.myflorida.com>
Sent: Tuesday, April 2, 2024 2:32 PM
To: cookjv@gmail.com
Subject: RE: Subpoena Records Request for Wendell Currin-DC#R58567

Good afternoon, Mr. Cook,

I was planning on reaching out to you shortly. I have already begun gathering the requested documents. However, I think we may need more time. Would you object to an additional 14 days to get everything prepared and sent over?


**Christine L. Wolfe**
Assistant General Counsel
Office of the General Counsel
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: (850) 717-3612



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

**From:** Beard, Donna <Donna.Beard@fdc.myflorida.com>
**Sent:** Tuesday, April 2, 2024 2:10 PM
**To:** cookjv@gmail.com; Smith, Stephanie <Stephanie.Smith@fdc.myflorida.com>
**Cc:** Partridge, Amber <Amber.Partridge@fdc.myflorida.com>; Wolfe, Christine <Christine.Wolfe@fdc.myflorida.com>
**Subject:** RE: Subpoena Records Request for Wendell Currin-DC#R58567

Good afternoon Mr. Cook,

The subpoena is being handled by Assistant General Counsel Christine Wolfe.

Sincerely,
**Donna Beard**
Government Operations Consultant
Office of the General Counsel
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: 850-717-3605
Direct: 850-717-3625



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

Exhibit B

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Tuesday, April 2, 2024 2:07 PM
**To:** Smith, Stephanie <Stephanie.Smith@fdc.myflorida.com>
**Cc:** Beard, Donna <Donna.Beard@fdc.myflorida.com>; Partridge, Amber <Amber.Partridge@fdc.myflorida.com>
**Subject:** RE: Subpoena Records Request for Wendell Currin-DC#R58567

Stephanie, it looks like this is being handled like a public records request instead of a subpoena in a federal lawsuit. Could you please tell us which lawyer in the FDC General Counsel's Office is handling this?

Mdp hv#Y1#Frrn/#Hvt1#
Odz#Riilfh#ri#Mdphv#Frrn#
647#Zhvw#Mhiihuvrq#Vwuhhw#
Wdoodkdvvhh/#IO#65634#
;8305550;3;3#riilfh#
<37074:0;3;:#yrlfh#pdloer{#
D#flyld#uljkw#sudfwlfh#

**From:** Smith, Stephanie <Stephanie.Smith@fdc.myflorida.com>
**Sent:** Tuesday, April 2, 2024 11:16 AM
**To:** cookjv@gmail.com
**Cc:** Beard, Donna <Donna.Beard@fdc.myflorida.com>; Partridge, Amber <Amber.Partridge@fdc.myflorida.com>
**Subject:** Subpoena Records Request for Wendell Currin-DC#R58567

Good morning,

We are in receipt of the Subpoena records request (attachment #1) for Wendell Currin-DC#R58567. Please see the invoice (attachment #2) for this request. This invoice is for Union CI Dorm Housing Logs from 02-20-2022 through 03-05-2022 and Union CI Duty Rosters-All Shifts from 02-20-2022 through 03-05-2022 (part of #6-highlighted on the attached Subpoena). You may submit payment to the following address:

Union Correctional Institute
Attention: Classification Records
P.O. Box 1000
Raiford, Florida, 32083

Once payment has been received, you will then be notified on how and when you will receive the records. If you have any questions about the invoice, please let us know.

Thank you,

Stephanie Smith
Corrections Sentence Technician
Union Correctional Institution
Florida Department of Corrections
386-431-4245
386-431-2264(FAX)

*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

Exhibit B