UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin
        Plaintiff(s),

v.

Sergeant Timothy Beavers, Sergeant Walter
Goyer and Lieutenant Derrick Purvis

        Defendant.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER GOVERNING DISCOVERY IN A PRISONER CASE (DOC 106) AND MOTION FOR A HIPAA QUALIFIED PROTECTIVE ORDER (DOC 107)

Defendants, Timothy Beavers, Walter Goyer and Derrick Purvis, by and through their undersigned counsel, respond to Plaintiff's Motion for an Order Governing Discovery in a Prisoner Case (doc. 106) and Motion for a HIPAA Qualified Protective Order (doc 107) by adopting and incorporating the Florida Department of Corrections' response to Plaintiff's Motions (doc. 115).

## CERTIFICATE OF SERVICE

I CERTIFY a true copy hereof has been served on attorneys of record through the Court's CM/ECF electronic filing system on April 19, 2024.

Case No. 2

WALTON LANTAFF SCHROEDER
& CARSON LLP
**Attorneys for Defendants**

551 NW 77th Street
Suite 204
Boca Raton, FL 33487
Phone: (561) 689-6700 Fax:
mbachoon@waltonlantaff.com


<u>By: Michele T. Bachoon</u>
    Michele T. Bachoon
    Florida Bar No.: 74129