UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

vs.                                 Case No.: 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.,
    Defendants.
_____/

## **ORDER**

Plaintiff has filed a Motion for an Order Governing Discovery in a Prisoner Case and a proposed discovery order. (Docs. 106, 106-1). Defendants and non-party Florida Department of Corrections (FDC) oppose Plaintiff's proposed discovery order and propose one of their own. (Docs. 115, 116).

There is no indication that Plaintiff's counsel and counsel for Defendants and the FDC have had an in person or telephone conversation to discuss whether they can agree on terms of a proposed discovery order. *See generally* N.D. Fla. Loc. R. 7.1(B) (encouraging parties to have an "oral conference" before filing a motion raising an

1

issue).  The Court has found that telephonic or in person conversations between counsel about issues raised in discovery motions often result in the resolution (or at least the narrowing) of the dispute.

The Court, therefore, **ORDERS** counsel for the parties and the FDC to confer telephonically or in person regarding the terms of a proposed discovery order.  That conference shall occur **on or before Friday, April 26, 2024.**  During that conference, the Court expects counsel to endeavor in good faith to resolve their disagreements about the terms of a proposed discovery order.  If counsel agree on the terms of a proposed discovery order, then they should file, **on or before Monday, May 6, 2024**, a joint notice advising the Court that the matter has been resolved.  They must attach a proposed discovery order that they agree on.

If, after having a conference, counsel are unable to resolve the terms of a proposed discovery order, then Plaintiff's counsel must file, **on or before Monday, May 6, 2024**, a status report identifying each issue that they agree on and each issue that they disagree on.  Plaintiff's report

should include the date that the in person or telephonic conversation occurred, as well as the duration of the conversation.

If counsel are unable to agree on terms of a proposed discovery order, then counsel should expect that the Court will schedule an in-person hearing shortly after Plaintiff files the status report.

**SO ORDERED** this 22nd day of April 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge