UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN

v.                                  Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:   May 6, 2024
Type of motion/pleading:   Joint Motion to Extend Discovery Deadline
Filed by:   Plaintiff and Defendants    on 5/5/24         Doc. 119

JESSICA LYUBLANOVITS,
CLERK OF COURT

/s/ Sylvia D. Williams
Deputy Clerk:   Sylvia D. Williams

## ORDER

Upon consideration of the joint motion, it is **ORDERED** this 6th day of May 2024, that:

Because the parties have shown good cause for extending the discovery deadline, the motion (Doc. 119) is **GRANTED**. The discovery deadline is extended to **May 6, 2024**.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

1