UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN

v.  Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on: <u>May 6, 2024</u>
Type of motion/pleading: <u>Unopposed Motions for Leave to Take Video Depositions of Prisoners</u>
Filed by: <u>Defendants</u> on <u>5/6/24</u>  Docs. <u>120, 121, 122</u>

JESSICA LYUBLANOVITS,
CLERK OF COURT

<u>/s/ Sylvia D. Williams</u>
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the unopposed motions, it is **ORDERED** this 6th day of May 2024, that:

The motions (Docs. 120, 121, 122) are **GRANTED**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1