UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,

    Plaintiff,

vs.

TIMOTHY BEAVERS, et al.,

    Defendants.

Case No. 3:22-cv-20350/MCR/ZCB

## STATUS REPORT ON PROPOSED DISCOVERY ORDER

In accordance with the Court's Order (ECF 118), the Plaintiff files this report on the still unresolved objections to Plaintiff's Proposed Discovery Order:

The parties conferred by Zoom on April 25, 2024, and shared their concerns about aspects of discovery that implicate FDC security concerns. Some such issues have resolved. The remaining issues can be encapsulated as follows:

1. Whether records normally withheld from public disclosure will be produced to Plaintiff's counsel substantially unredacted except for the redactions required by Fed.R.Civ.P. 5.2 and stipulated officer i.d. numbers and proprietary software designations, based on the Court's Order that such records be used only for litigation, or whether the records will be produced to Plaintiff's counsel with the same redactions that would apply to records being released to the general public under Florida Public Records law or under agency security rules.

1

2. Whether Plaintiff will be able to have "eyes only" review of categories of documents presumptively afforded special protection as confidential subject to further court review, including video, audio, and photos, that show prison security infrastructure, prison staff photos for identification by witnesses, control room and dormitory logs and daily records of special housing, post orders and policy records designated by FDC as "restricted" and daily security rosters showing past officer work assignments, or whether Plaintiff may only review the video and not the other categories of protected records.

Respectfully submitted on May 6, 2024,   */s/ James V. Cook*
James V. Cook, Esq., FBN 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Tel. 850-222-8080
cookjv@gmail.com

*/s/ Joshua Tarjan*
Joshua Tarjan, Esq., FBN 107092
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*For Plaintiff Currin*

I CERTIFY the foregoing was filed on 5/6/2024, serving counsel of record registered to be notified by the CM/ECF electronic filing system and counsel for the Florida Department of Corrections at christine.wolfe@fdc.myflorida.com

*s/James V. Cook*