UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,

    Plaintiff,

v.

TIMOTHY BEAVERS, ET AL.,

    Defendants.

Case No. 3:22-CV-20350-MCR-ZCB

## JOINT MOTION TO CLARIFY EXTENDED DISCOVERY DEADLINE

The Parties have conferred and hereby jointly file this motion to clarify the new deadline for discovery, and state the following in support thereof:

1. On March 8, 2024, the Court set May 7, 2024 as the discovery deadline. (Doc. 95).

2. On May 6, 2024, approximately two months later, the Court issued an order (Doc. 123) granting the Parties' joint motion to extend the discovery deadline 30 days (Doc. 119).

3. However the new order (Doc. 123) states that the new deadline is "May 6, 2024," one day prior to the original deadline of May 7, 2024.

4.     The Parties assume the Court's writing "May 6, 2024" in the order instead of "June 6, 2024" for the new, extended deadline was scrivener's error.

WHEREFORE, the Parties respectfully request that the Court clarify whether the intent of the order was to set June 6, 2024 as the new discovery deadline.

## RULE 7.1(B) CERTIFICATE

Counsel for the Parties have conferred and file this motion jointly.

Dated: May 8, 2024.

Respectfully submitted,

| | |
|---|---|
| WALTON LANTAFF SCHROEDER & CARSON LLP<br>Attorneys for Defendants<br><br>551 NW 77th Street<br>Suite 204<br>Boca Raton, FL 33487<br>Phone: (561) 689-6700<br>mbachoon@waltonlantaff.com<br><br>By:    */s/ Michele Bachoon*<br>       Michele T. Bachoon<br>       Florida Bar No.: 74129 | */s/ Joshua Tarjan*<br>JOSHUA TARJAN (FBN 107092)<br>The Tarjan Law Firm P.A.<br>12372 SW 82 Avenue<br>Pinecrest, FL 33156<br>josh@tarjanlawfirm.com<br>Tel. (305) 423-8747<br><br>        -and-<br><br>*/s/ James Cook*<br> JAMES V. COOK (FBN 0966843)<br>Law Office of James Cook<br>314 West Jefferson Street<br>Tallahassee, FL 32301<br>(850) 222-8080; 561-0836 fax<br>cookjv@gmail.com<br><br>*Attorneys for Plaintiff* |

**Certificate of Compliance with Local Rule 7.1(F)**

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains 157 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ Joshua Tarjan*
Joshua Tarjan