UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin
        Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

        Defendants.
_____/

## DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO TAKE VIDEO DEPOSITION OF PRISONER PHILLIP MCCULLOUGH

Defendants, Timothy Beavers, Walter Goyer and Derrick Purvis, by and through their undersigned counsel, pursuant to FRCP 30(a)(2)(B) move the Court for an entry of an Order allowing the video deposition of Florida inmate, and would show as follows:

1. Phillip McCullough, DC#E21293 ("McCullough") is incarcerated at Graceville Correctional and Rehabilitation Facility in Graceville, Florida and is a witness to events sued upon.

2. McCullough has testimony that will be material to claims or defenses and may contribute to a fair disposition of this case on the merits.

## MEMORANDUM OF LAW

Rule 26, Federal Rules of Civil Procedure, contemplates reasonable discovery as part of the litigation process. To disallow this discovery would disadvantage Defendants and increase the labor and uncertainty of litigation. Avoiding surprise is a stated purpose of the rules of discovery. *Hickman v. Taylor*, 329 U.S. 495 (1947); *United States v. Proctor & Gamble Co.*, 356 U.S. 677 (1958). The rules of discovery are accorded a broad and liberal treatment to affect their purpose of adequately informing the litigants in civil trials. *Herbert v Lando*, 441 U.S. 153 (1979). Taking the video deposition of this prisoner could also make the deposition available to play at trial, making the security burden lighter.

Rule 30(a)(2)(B), Federal Rules of Civil Procedure requires leave of court prior to the taking of the deposition of an incarcerated witness. As with the other rules of discovery, leave should be freely granted in the interests of ascertaining the facts of a case and to assist the parties in preparing for trial.

WHEREFORE, Defendants move for leave to take a video deposition of Phillip McCullough.

## RULE 7.1(B) CERTIFICATE

Counsel for Defendants has conferred with counsels for Plaintiff who have no objections to this motion.

## **CERTIFICATE OF SERVICE**

I CERTIFY a true copy hereof has been served on attorneys of record through the Court's CM/ECF electronic filing system on May 15, 2024.

>WALTON LANTAFF SCHROEDER
>& CARSON LLP
>**Attorneys for Defendants**
>
>551 NW 77th Street
>Suite 204
>Boca Raton, FL 33487
>Phone: (561) 689-6700 Fax:
>mbachoon@waltonlantaff.com
>
>
>By: Michele T. Bachoon
>　　Michele T. Bachoon
>　　Florida Bar No.: 74129