UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,

    Plaintiff,

vs.

TIMOTHY BEAVERS, et al.,

    Defendants.

Case No. 3:22-cv-20350/MCR/ZCB

**UNOPPOSED MOTION FOR VIDEO REVIEW BY REMOTE VIDEO**

    Plaintiff, WENDELL CURRIN, moves this Honorable Court for an Order enabling Plaintiff to review video evidence by video link, and would show that opposing counsel does not object to this Motion, and would further show:

    On Friday, May 24, 2024, counsel for Plaintiff received hand-held and fixed wing video depicting the matter sued upon from the Florida Department of Corrections (FDC) through an Interim Protective Agreement with FDC implementing provisions from the Plaintiff's proposed Order Governing Discovery in a Prisoner Case, that were not subject to disagreement among the Parties.

    Normally, review of video would be done in person with the inmate plaintiff's lawyer entering the prison with a laptop and digital media on disk or a flash drive. There are always security concerns about computer equipment going through prison gates and it is normally a drawn-out approval process. As prisoner case litigants are able to handle depositions and mediations with prisoners remotely, it appears it would also be possible to review video evidence with prisoners remotely.

    Plaintiff' Currin's Classification Officer Cody Williams at the Reception

1

Medical Center where Currin is now housed has represented to the undersigned that video connections (Zoom) can be provided in the same way they are provided for depositions and mediations if the communications are court-ordered. It appears that such orders can be "permissive" and not necessarily "mandatory." In other words, the order could say that video may be reviewed by remote means to the extent that time and facilities are available for such review.

Classification Officer Williams represented to the undersigned that if such an order were received on May 30, 2024, that facilities were available and video review could take place on Monday, June 3, 2024, around 10:00 a.m. or 2:00 p.m. Plaintiff's deposition will be taken on June 4, 2024, and will involve a discussion of the video.

WHEREFORE, Plaintiff moves this Honorable Court for an Order to the effect that Plaintiff may review video evidence by remote means to the extent that the facilities and time are available at the institution.

Respectfully Submitted,   /s/ James V. Cook
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorney for Plaintiff*

I CERTIFY that I have conferred in good faith with opposing counsel and opposing counsel does not object to this Motion.

I CERTIFY the foregoing was filed electronically on 5/29/2024, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

/s/James V. Cook

2