UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

| | |
|---|---|
| **Case Style:** | *Currin v. Beavers, et al.;* 3:22cv20350-MCR/ZCB |
| **Type of Hearing:** | Motion Hearing (ECF 106 and 115) |
| **Time Commenced:** | 1:40 p.m.    **Time Concluded:**    2:20 p.m. |
| **Presiding:** | Zachary C. Bolitho, U.S. Magistrate Judge |
| **Court Reporter:** | DCR |
| **Courtroom Deputy:** | Sylvia Williams |

**Attorney(s) for Plaintiffs:**
James Cook, Esquire

**Attorney(s) for Defendants:**
Michele Bachoon, Esquire

**Florida Department of Corrections:**
Christine Wolfe, Esquire
Charles Martin, Esquire

This hearing included attendance by:

      Videoconferencing/ZOOM:    ___ YES    _X_ NO

      Telephone:    ___ YES    _X_ NO

**Filed 5/30/2024**
**CRD initials: sdw**