UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

v.   Case No.: 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.
    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's "Unopposed Motion for Video Review by Remote Video." (Doc. 133). The motion seeks an order permitting the Florida Department of Corrections to enable Plaintiff to review evidence by video conference with his attorney. Defendants have not objected to the motion. Accordingly, the Court hereby authorizes Plaintiff to review videos and photographs remotely by video conference with his attorney on June 3, 2024 at 10:00 a.m. EST.

It is so **ORDERED** this the 30th day of May 2024.

*s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge