UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

vs.                               Case No.: 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, et al.,
    Defendants.
_____/

# ORDER

    This matter came before the Court for hearing on motions for a protective/confidentiality order governing discovery filed by Plaintiff and non-party Florida Department of Corrections (FDC). (Docs. 106, 115). During the hearing, the parties and the FDC agreed to use the confidentiality order issued by the Court in *Bowens v. Clemmons*, 3:22cv3003/LC/HTC (N.D. Fla.) as a template for a stipulated confidentiality order in this case. (*Id.*, Doc. 58.).

    The Court hereby **ORDERS** the parties and the FDC to file a proposed stipulated confidentiality order governing discovery in this case. That proposed stipulated confidentiality order shall have no substantive differences from the order issued in *Bowens*. The proposed

1

stipulated confidentiality order shall be filed, along with a consent motion seeking the Court's approval of the proposed order, on or before **June 7, 2024**.

The Clerk of Court is directed to **TERMINATE** the pending motions for protective/confidentiality order (Docs. 106, 115).

**SO ORDERED** this 31st day of May 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge