UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,

    Plaintiff,

vs.

TIMOTHY BEAVERS, et al.,

    Defendants.

Case No. 3:22-cv-20350/MCR/ZCB

**UNOPPOSED MOTION FOR CONFIDENTIALITY ORDER**

Plaintiff, WENDELL CURRIN, moves this Honorable Court for a Confidentiality Order based on the model of *Bowens v. Greene*, 3:22cv3003-LC-HTC, and would show counsel for the Florida Department of Corrections (FDC) and counsel for the Defendants do not object to this Motion, and would further show:

Plaintiff has taken the "Amended Confidentiality Order"[1] entered in *Bowens V. Greene*, Case No. 3:22cv3003-LC-HTC, on March 3, 2023, proposed as a compromise form of an Order protecting materials deemed to be confidential by counsel for FDC at Hearing on May 30, 2024, and made the minimal changes necessary to the Order to align with the posture of this case. Plaintiff has sent a true copy of the Order to counsel for FDC and the Defendants who have reviewed and expressed that they have no objection to the Order attached hereto.

WHEREFORE, Plaintiff moves this Honorable Court to enter this Confidentiality Order reviewed and approved by all aforementioned counsel.

---

[1] The *Bowens* Order was amended on March 3, 2023, to add an additional category of records, i.e., "Any policies or procedures deemed by FDC to be restricted."

1

Respectfully Submitted,   /s/ James V. Cook
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorney for Plaintiff*

I CERTIFY that I have conferred in good faith with counsel for FDC and counsel for the Defendants herein, and both counsel express no objection to the Order.

I CERTIFY the foregoing was filed electronically on 6/4/2024, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

/s/James V. Cook