UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WENDELL CURRIN,**
    **Plaintiff,**

v.                                                        CASE NO. 3:22cv20350-MCR/ZCB

**TIMOTHY BEAVERS, et al.,**
    **Defendants.**
_____/

## ORDER

The Court finds it would be beneficial to require the parties to participate in a settlement conference with the Magistrate Judge to further explore an amicable resolution and avoid the costs of trial, if possible. Accordingly, this matter is hereby referred to Magistrate Judge G. Miles Davis pursuant to 28 U.S.C. § 636(b) for a settlement conference to be scheduled and conducted no later than **September 17, 2024**. *See also* N.D. Fla. Loc. R. 72.3. The Clerk is directed to refer the case to the undersigned when the Magistrate Judge files a report of the results of that conference.

**DONE AND ORDERED** this 17th day of July 2024.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE