UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
Case No. 3:22-CV-20350-MCR-ZCB

Wendel Currin
        Plaintiff,

v.

Sergeant Timothy Beavers, Sergeant Walter Goyer and Lieutenant Derrick Purvis

        Defendants.
_____/

## **MOTION TO APPEAR VIRTUALLY**

Defendants, file this Motion to Appear remotely at the settlement conference scheduled before the Honorable Magistrate Miles Davis for Monday August 26, 2024 at 9:30 am, and in support thereof, states as follows:

1. The adjuster, Shital Patel, is located in Tallahassee.

2. She has a mediation scheduled for August 27, 2024, in Tallahassee.

3. As such, the adjuster requests that she be allowed to appear remotely for the settlement conference scheduled for August 26, 2024.

4. Additionally, the undersigned is located in Palm Beach County.

5. It takes two days to travel to Pensacola and back.

1

6. The undersigned has an executive board meeting scheduled for 9:00 am August 27, 2024, as well as a deposition at 1:30 pm.

7. As such, the undersigned would also like to be allowed to appear remotely for the settlement conference.

8. No party will be prejudiced by a virtual settlement conference.

WHEREFORE, the Defendants respectfully requests the Honorable Court enter an Order Granting Defendants' Motion to Appear Virtually, and such other and further relief this Court deems just and proper.

## RULE 7.1(B) CERTIFICATE

Counsel for Defendants has conferred with counsels for Plaintiff who take no position on this motion.

## CERTIFICATE OF SERVICE

I CERTIFY a true copy hereof has been served on attorneys of record through the Court's CM/ECF electronic filing system on July 22, 2024.

2

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendants**

551 NW 77th Street
Suite 204
Boca Raton, FL 33487
Phone: (561) 689-6700
mbachoon@waltonlantaff.com


By: <u>Michele T. Bachoon</u>
    Michele T. Bachoon
    Florida Bar No.: 74129