IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

vs.                                                  Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, ET AL.
    Defendants.
_____/

## ORDER

This case is before me on Defendants' Motion to Appear Virtually. ECF No. 142. Defense counsel requests that she and adjuster Shitel Patel be permitted to appear virtually at the settlement conference scheduled for August 26, 2024.

The presence of adjuster, Shital Patel, will be excused, but Defense Counsel is responsible for ensuring the adjuster is immediately accessible **by telephone** throughout the duration of the conference.

Defense counsel's personal request to appear virtually is **DENIED**.

The individual defendants may, but are not required to, personally attend, with the understanding that counsel has full authority to settle the case in their behalf.

DONE AND ORDERED this 24th day of July, 2024.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**