*United States District Court*
**MINUTES - GENERAL**

Time Commenced: 9:24am         Case #: 3:22cv20350-MCR/ZCB

Time Concluded: 11:42am        Date: August 26, 2024

DOCKET ENTRY: Settlement Conference

PRESENT:   HON. Miles Davis, MAGISTRATE JUDGE

Sylvia Williams
Deputy Clerk

DCR
Court Reporter/Tape

Case Style: CURRIN v. BEAVERS, et al.

**Defendant(s):**        **Plaintiff(s):**

Michele Bachoon, Esq.        James Cook, Esq.
Shital Patel, Adjuster (via telephone)        Wendell Currin, Pla

PROCEEDINGS:

Results of settlement conference: SETTLED.

Filed 8/26/2024
CRD initials: SDW