UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL CURRIN,
    Plaintiff,

vs.                                                  Case No. 3:22cv20350/MCR/ZCB

TIMOTHY BEAVERS, ET AL.
    Defendants.
_____/

## SETTLEMENT CONFERENCE REPORT

On this date, the undersigned conducted a settlement conference in this matter at the Winston E. Arnow Federal Building in Pensacola, Florida. The parties reached a settlement, and the terms thereof have been electronically recorded.

Date: August 26, 2024.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**